# EXHIBIT B

US011213601B2

(12) **United States Patent**
Jones et al.

(10) Patent No.:     **US 11,213,601 B2**
(45) Date of Patent:        **Jan. 4, 2022**

(54) **FRAGRANCE INTENSITY CONTROL MECHANISM WITH PID CONTROL**

(71) Applicant: **Pura Scents, Inc.**, Orem, UT (US)

(72) Inventors: **Brian Aaron Jones**, Orem, UT (US); **Bruno Miranda Lima**, Orem, UT (US); **Richard Nathanial Stapler, III**, Orem, UT (US); **Zachary Dennis Blume**, Orem, UT (US)

(73) Assignee: **Pura Scents, Inc.**, Pleasant Grove, UT (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **16/878,355**

(22) Filed: **May 19, 2020**

(65) **Prior Publication Data**

US 2020/0276348 A1     Sep. 3, 2020

**Related U.S. Application Data**

(63) Continuation of application No. 15/626,007, filed on Jun. 16, 2017, now Pat. No. 10,967,091, which is a
(Continued)

(51) **Int. Cl.**
*A61L 9/03*          (2006.01)
*H05B 1/02*          (2006.01)
*H05B 3/14*          (2006.01)

(52) **U.S. Cl.**
CPC .............. *A61L 9/037* (2013.01); *A61L 9/035* (2013.01); *H05B 1/0252* (2013.01); *H05B 3/141* (2013.01);
(Continued)

(58) **Field of Classification Search**
None
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

2,732,148 A   1/1956   Lummis
3,195,581 A   7/1965   Brosseit
(Continued)

FOREIGN PATENT DOCUMENTS

CN        1313163 A      9/2001
CN     101528274 A      9/2009
(Continued)

OTHER PUBLICATIONS

Extended European Search Report of Application No. EP16862913.7 dated Jun. 26, 2019 (13 pages).
(Continued)

*Primary Examiner* — Thor S Campbell
(74) *Attorney, Agent, or Firm* — VLP Law Group, LLP; Michel Bohn

(57)          **ABSTRACT**

A scent dispenser may comprise a vial retaining mechanism, a heating element, vial sensor, and a controller. The vial retaining mechanism includes a vial coupling that removeably retains a vial containing a scented solution. The includes a wick extending from a cavity of the vial through an opening of a neck of the vial. The heating element is shaped to receive and heat the wick of the vial. The vial sensor includes an array of sensor pads that are arranged in alignment with the vial retained by the vial coupling. The controller is electrically coupled to the heating element and electrically coupled to the array of sensor pads. The controller regulates a temperature level of the heating element, and receives signals from the array of sensor pads and processing the signals to determine a fluid level of the vial.

**20 Claims, 52 Drawing Sheets**



## US 11,213,601 B2

Page 2

### Related U.S. Application Data

continuation of application No. 15/342,065, filed on Nov. 2, 2016, now Pat. No. 9,827,343.

(60) Provisional application No. 62/249,917, filed on Nov. 2, 2015, provisional application No. 62/278,894, filed on Jan. 14, 2016, provisional application No. 62/278,913, filed on Jan. 14, 2016, provisional application No. 62/279,005, filed on Jan. 15, 2016, provisional application No. 62/279,316, filed on Jan. 15, 2016, provisional application No. 62/279,508, filed on Jan. 15, 2016, provisional application No. 62/279,698, filed on Jan. 16, 2016, provisional application No. 62/279,745, filed on Jan. 16, 2016, provisional application No. 62/279,747, filed on Jan. 16, 2016, provisional application No. 62/279,748, filed on Jan. 16, 2016, provisional application No. 62/279,766, filed on Jan. 17, 2016, provisional application No. 62/279,767, filed on Jan. 17, 2016.

(52) **U.S. Cl.**
CPC ...... *A61L 2209/111* (2013.01); *A61L 2209/12* (2013.01); *A61L 2209/135* (2013.01); *H05B 2203/021* (2013.01)

(56) **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,645,493 A | 2/1972 | Manoogian et al. | |
| 3,786,995 A | 1/1974 | Manoogian et al. | |
| 3,876,498 A | 4/1975 | Justus | |
| 3,923,593 A | 12/1975 | Verseput | |
| 4,043,359 A | 8/1977 | Christo | |
| 4,128,357 A | 12/1978 | Barth et al. | |
| 4,142,415 A * | 3/1979 | Jung | G01F 23/263 |
| | | | 73/304 C |
| 4,218,785 A | 8/1980 | Crawford et al. | |
| 4,331,289 A | 5/1982 | Killy | |
| 4,396,143 A | 8/1983 | Killy | |
| 4,483,769 A | 11/1984 | Sherman | |
| 4,490,075 A | 12/1984 | Risi et al. | |
| 4,523,604 A | 6/1985 | Hutto | |
| 4,530,497 A | 7/1985 | Moran et al. | |
| 4,544,305 A | 10/1985 | Hair | |
| 4,557,720 A | 12/1985 | Hemphill | |
| 4,562,960 A | 1/1986 | Marty et al. | |
| 4,563,937 A | 1/1986 | White | |
| 4,577,653 A | 3/1986 | Marty | |
| 4,583,341 A | 4/1986 | Barth et al. | |
| 4,586,255 A | 5/1986 | Jacobson | |
| 4,593,430 A | 6/1986 | Spangler et al. | |
| 4,601,148 A | 7/1986 | Risi et al. | |
| 4,624,051 A | 11/1986 | Apprille et al. | |
| 4,696,322 A | 9/1987 | Knapp et al. | |
| 4,703,875 A | 11/1987 | Malek | |
| 4,707,592 A | 11/1987 | Ware | |
| 4,722,847 A | 2/1988 | Heckert | |
| 4,765,365 A | 8/1988 | Roland | |
| 4,767,547 A | 8/1988 | Straathof et al. | |
| 4,802,255 A | 2/1989 | Breuer et al. | |
| 4,807,401 A | 2/1989 | Atwater | |
| 4,834,575 A | 5/1989 | Barth et al. | |
| 4,837,613 A | 6/1989 | Paxton et al. | |
| 4,864,898 A | 9/1989 | Tricinella | |
| 4,869,928 A | 9/1989 | Kurumatani et al. | |
| 4,885,155 A | 12/1989 | Parran et al. | |
| 4,905,337 A | 3/1990 | McKay | |
| 4,916,817 A | 4/1990 | Atwater | |
| 4,929,351 A | 5/1990 | Sanborn | |
| 4,949,600 A | 8/1990 | Tricinella | |
| 4,969,996 A | 11/1990 | Hankammer | |
| 4,981,239 A | 1/1991 | Cappel et al. | |
| 4,986,420 A | 1/1991 | Gunn et al. | |
| 5,000,356 A | 3/1991 | Johnson et al. | |
| 5,009,828 A | 4/1991 | McCree | |
| 5,027,465 A | 7/1991 | McKay | |
| 5,050,103 A | 9/1991 | Schiller et al. | |
| 5,059,282 A | 10/1991 | Ampulski et al. | |
| 5,063,062 A | 11/1991 | Greenspan et al. | |
| 5,073,235 A | 12/1991 | Trokhan | |
| 5,094,761 A | 3/1992 | Trinh et al. | |
| 5,111,477 A * | 5/1992 | Muderlak | H05B 1/0225 |
| | | | 392/390 |
| 5,156,834 A | 10/1992 | Beckmeyer et al. | |
| 5,175,791 A * | 12/1992 | Muderlak | A61L 9/03 |
| | | | 219/492 |
| 5,191,525 A | 3/1993 | LeBrun et al. | |
| 5,237,816 A * | 8/1993 | Duffy | F01K 23/108 |
| | | | 60/39.182 |
| 5,259,062 A * | 11/1993 | Pelonis | F24F 5/0017 |
| | | | 392/365 |
| 5,297,725 A | 3/1994 | Sutherland | |
| 5,376,334 A | 12/1994 | Fischer | |
| 5,511,122 A | 4/1996 | Atkinson | |
| 5,535,474 A | 7/1996 | Salazar | |
| 5,541,170 A | 7/1996 | Rhodes et al. | |
| 5,583,122 A | 12/1996 | Benedict et al. | |
| 5,620,965 A | 4/1997 | Blank | |
| 5,652,228 A | 7/1997 | Bissett | |
| 5,687,259 A | 11/1997 | Linford | |
| 5,687,485 A | 11/1997 | Shurtleff et al. | |
| 5,721,005 A | 2/1998 | Gutwein et al. | |
| 5,735,011 A | 4/1998 | Asher | |
| 5,746,598 A | 5/1998 | Fischer | |
| 5,761,814 A | 6/1998 | Anderson et al. | |
| 5,783,544 A | 7/1998 | Trinh et al. | |
| 5,849,728 A | 12/1998 | Bissett | |
| 5,872,112 A | 2/1999 | Blank | |
| 5,891,453 A | 4/1999 | Sagel et al. | |
| 5,894,017 A | 4/1999 | Sagel et al. | |
| D411,456 S | 6/1999 | Mast et al. | |
| 5,922,307 A | 7/1999 | Montgomery | |
| 5,924,597 A | 7/1999 | Lynn | |
| 5,926,897 A | 7/1999 | Volpenhein | |
| 5,930,474 A | 7/1999 | Dunworth et al. | |
| 5,956,848 A | 9/1999 | Tseng et al. | |
| 5,956,851 A | 9/1999 | Apprille et al. | |
| 5,989,569 A | 11/1999 | Dirksing et al. | |
| 5,997,890 A | 12/1999 | Sine et al. | |
| 6,026,532 A | 2/2000 | Catanzaro | |
| 6,041,926 A | 3/2000 | Petricca et al. | |
| 6,045,811 A | 4/2000 | Dirksing et al. | |
| 6,052,903 A | 4/2000 | Metcalf et al. | |
| 6,067,525 A | 5/2000 | Johnson et al. | |
| 6,077,318 A | 6/2000 | Trinh et al. | |
| 6,096,342 A | 8/2000 | Dansereau et al. | |
| 6,118,248 A | 9/2000 | Gartstein et al. | |
| 6,126,980 A | 10/2000 | Smith et al. | |
| 6,165,513 A | 12/2000 | Dansereau et al. | |
| 6,185,822 B1 | 2/2001 | Tseng et al. | |
| 6,202,150 B1 | 3/2001 | Young et al. | |
| 6,212,777 B1 | 4/2001 | Gilder et al. | |
| 6,232,523 B1 | 5/2001 | Tan et al. | |
| 6,235,968 B1 | 5/2001 | Tan et al. | |
| 6,248,135 B1 | 6/2001 | Trinh et al. | |
| 6,248,390 B1 | 6/2001 | Stillman | |
| 6,251,384 B1 | 6/2001 | Tan et al. | |
| 6,254,065 B1 | 7/2001 | Ehrensperger et al. | |
| 6,265,008 B1 | 7/2001 | Smith et al. | |
| 6,266,674 B1 | 7/2001 | Hejna, Jr. | |
| 6,278,455 B1 | 8/2001 | Baker | |
| 6,284,007 B1 | 9/2001 | Tao | |
| 6,308,359 B2 | 10/2001 | Fritsch et al. | |
| 6,326,040 B1 | 12/2001 | Kearney et al. | |
| 6,331,292 B1 | 12/2001 | Montgomery | |
| 6,367,108 B1 | 4/2002 | Fritsch et al. | |
| 6,457,969 B1 | 10/2002 | Khosla | |
| 6,487,367 B2 * | 11/2002 | Vieira | A01M 1/2077 |
| | | | 392/392 |
| 6,490,920 B1 * | 12/2002 | Netzer | G01C 9/06 |
| | | | 324/687 |

## US 11,213,601 B2
Page 3

(56)                **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 6,497,735 B2 | 12/2002 | Tao | |
| 6,522,834 B1 * | 2/2003 | Herrick | H05B 3/60 222/251 |
| 6,579,516 B1 | 6/2003 | Mansouri | |
| D487,660 S | 3/2004 | Sayers et al. | |
| 6,712,287 B1 * | 3/2004 | Le Pesant | A61L 9/125 239/346 |
| 6,783,117 B2 * | 8/2004 | Wohrle | A61L 9/035 261/104 |
| 6,950,607 B2 * | 9/2005 | Yip | A61L 9/035 392/390 |
| 7,131,603 B2 | 11/2006 | Sakaida et al. | |
| 7,152,809 B2 * | 12/2006 | Ketcha | A01M 1/205 239/13 |
| 7,164,849 B1 | 1/2007 | Bankers et al. | |
| 7,188,100 B2 | 3/2007 | De Bellis et al. | |
| 7,389,943 B2 * | 6/2008 | Jaworski | A01M 1/205 239/102.2 |
| RE40,464 E * | 8/2008 | Vieira | A01M 1/2077 219/486 |
| 7,469,844 B2 * | 12/2008 | Conway | B05B 17/0607 239/102.2 |
| D584,809 S * | 1/2009 | Porchia | D23/366 |
| 7,493,028 B2 * | 2/2009 | DeWitt | F24F 6/10 392/386 |
| 7,574,432 B1 | 8/2009 | De Bellis | |
| 7,610,118 B2 * | 10/2009 | Schramm | A01M 1/2033 239/69 |
| 7,622,073 B2 * | 11/2009 | Schramm | A61L 9/035 422/123 |
| 7,625,187 B2 * | 12/2009 | Collins | F04D 15/0218 417/36 |
| D615,415 S | 5/2010 | Holmes et al. | |
| 7,712,683 B2 | 5/2010 | Robert et al. | |
| 7,734,159 B2 * | 6/2010 | Beland | A61L 9/037 392/390 |
| D623,532 S | 9/2010 | Kuzma et al. | |
| 7,930,068 B2 | 4/2011 | Robert et al. | |
| D639,923 S * | 6/2011 | Belongia | D23/366 |
| 8,027,575 B2 * | 9/2011 | Hasik | A61L 9/03 392/394 |
| 8,135,265 B2 * | 3/2012 | Tollens | A61L 9/14 392/395 |
| 8,170,405 B2 * | 5/2012 | Harris | A01M 1/2033 392/392 |
| 8,346,894 B2 | 1/2013 | Arunachalam | |
| 8,429,005 B2 | 4/2013 | Mannik et al. | |
| 8,472,976 B1 | 6/2013 | Ledet | |
| 8,615,825 B2 * | 12/2013 | Bovill | E03C 1/12 4/679 |
| 8,633,623 B2 * | 1/2014 | Bingler | H02K 11/33 310/87 |
| 8,721,962 B2 * | 5/2014 | Woo | A61L 9/127 422/5 |
| 8,881,945 B2 * | 11/2014 | Gasper | A01M 1/2038 222/1 |
| 8,892,129 B1 | 11/2014 | Ledet | |
| 8,910,640 B2 * | 12/2014 | Sears | A24F 47/008 131/273 |
| 8,983,278 B2 * | 3/2015 | Ruiz Ballesteros | A61L 9/037 392/394 |
| 8,983,279 B2 * | 3/2015 | Adair | A61L 9/02 392/395 |
| 9,427,485 B2 * | 8/2016 | Tremblay | A61L 2/20 |
| 9,462,414 B1 | 10/2016 | Ledet | |
| 9,669,125 B2 * | 6/2017 | Gasper | A61L 9/125 |
| 9,717,813 B2 * | 8/2017 | Deflorian | A61L 9/03 |
| 10,179,184 B2 * | 1/2019 | Belz | A61L 9/03 |
| 10,561,804 B1 * | 2/2020 | Culligan | H05B 1/0244 |
| 2003/0138241 A1 | 7/2003 | Pedrotti et al. | |
| 2004/0005240 A1 | 1/2004 | Adiga et al. | |
| 2004/0050951 A1 | 3/2004 | Almero | |

| | | | |
|---|---|---|---|
| 2004/0204043 A1 * | 10/2004 | Wang | G06F 1/1616 455/556.1 |
| 2004/0247300 A1 * | 12/2004 | He | A61L 9/03 392/390 |
| 2005/0167860 A1 * | 8/2005 | Brooks | A61L 9/125 261/81 |
| 2005/0185398 A1 | 8/2005 | Scannell | |
| 2005/0205916 A1 * | 9/2005 | Conway | A61L 9/127 257/299 |
| 2005/0226788 A1 * | 10/2005 | Hrybyk | A61L 9/122 422/124 |
| 2006/0001714 A1 * | 1/2006 | Usui | G01F 23/2967 347/86 |
| 2006/0193611 A1 * | 8/2006 | Ruiz Ballesteros | A61L 9/035 392/394 |
| 2006/0219962 A1 * | 10/2006 | Dancs | A61L 9/127 250/577 |
| 2007/0014549 A1 | 1/2007 | Demarest et al. | |
| 2007/0036673 A1 | 2/2007 | Selander | |
| 2007/0058955 A1 * | 3/2007 | Bankers | G01F 23/22 392/386 |
| 2007/0235555 A1 | 10/2007 | Helf et al. | |
| 2008/0013932 A1 * | 1/2008 | He | A01M 1/2072 392/390 |
| 2008/0050102 A1 * | 2/2008 | Lamers | A61L 9/03 392/386 |
| 2008/0056691 A1 * | 3/2008 | Wingo | A61L 9/127 392/395 |
| 2008/0085103 A1 * | 4/2008 | Beland | A61L 9/127 392/390 |
| 2009/0149334 A1 * | 6/2009 | Waterbury | G01N 27/226 506/7 |
| 2010/0018732 A1 | 1/2010 | Daniel et al. | |
| 2010/0094468 A1 * | 4/2010 | Sahu | G01F 23/0076 700/281 |
| 2010/0143186 A1 | 6/2010 | Belmonte et al. | |
| 2010/0187327 A1 | 7/2010 | Irvin | |
| 2010/0210313 A1 | 8/2010 | Huang et al. | |
| 2010/0226617 A1 | 9/2010 | Piccionelli | |
| 2010/0243754 A1 | 9/2010 | Harris | |
| 2011/0220636 A1 * | 9/2011 | Hendricks | H05B 1/0252 219/494 |
| 2012/0018528 A1 | 1/2012 | Samain | |
| 2012/0080537 A1 | 4/2012 | Walter | |
| 2012/0240932 A1 * | 9/2012 | Gusky | A61M 16/0875 128/204.21 |
| 2012/0262133 A1 * | 10/2012 | Martinelli | H02M 1/15 323/234 |
| 2013/0081541 A1 | 4/2013 | Hasenoehrl et al. | |
| 2013/0093108 A1 | 4/2013 | Scolari | |
| 2013/0276532 A1 * | 10/2013 | Kato | G01F 23/268 73/304 C |
| 2014/0152323 A1 | 6/2014 | Kumar et al. | |
| 2015/0133209 A1 | 5/2015 | Patterson et al. | |
| 2015/0235546 A1 | 8/2015 | Stapleford | |
| 2015/0267123 A1 * | 9/2015 | Ito | C10G 2/344 518/712 |
| 2015/0297776 A1 | 10/2015 | Conroy et al. | |
| 2015/0352544 A1 * | 12/2015 | Buermann | B01L 3/0289 435/6.11 |
| 2015/0359263 A1 | 12/2015 | Bellinger | |
| 2016/0081393 A1 | 3/2016 | Black | |
| 2016/0097668 A1 * | 4/2016 | Vilag | B67D 7/3272 222/65 |
| 2016/0157524 A1 | 6/2016 | Bowen et al. | |
| 2016/0361452 A1 | 12/2016 | Blackley | |
| 2017/0046738 A1 | 2/2017 | Cameron | |
| 2017/0055740 A1 * | 3/2017 | Sindi | A47G 19/2227 |
| 2018/0020727 A1 | 1/2018 | Hoffman et al. | |
| 2018/0153208 A1 | 6/2018 | Schaller et al. | |
| 2018/0286207 A1 | 10/2018 | Baker et al. | |

**US 11,213,601 B2**

Page 4

(56)                **References Cited**

U.S. PATENT DOCUMENTS

| 2019/0158938 | A1 | 5/2019 | Bowen et al. |
| 2019/0369576 | A1 | 12/2019 | Elrod |

FOREIGN PATENT DOCUMENTS

| EP | 0345149 | A3 | 5/1989 |
| WO | 1990012600 | A1 | 11/1990 |
| WO | 1996023530 | A1 | 8/1996 |
| WO | 2004080604 | A2 | 9/2004 |

OTHER PUBLICATIONS

International Search Report and Written Opinion, PCT/US2016/060184, dated Mar. 10, 2017 (16 pages).
Programmable System-on-Chip (PSoC), Cypress Embedded in Tomorrow, Jun. 28, 2016 (44 pages).
Wikipedia, "Geo-fence," downloaded from https://en.wikipedia.org/wiki/Geo-fence, Oct. 30, 2016 (2 pages).
CapSense Design Code, Cypress Perform, www.cypress.com, 2016 (113 pages).
CapSense_CSD_P4 Slider Design example project 1.20, Cypress Perform, 2014 (7 pages).
International Preliminary Report on Patentability received for PCT Patent Application No. PCT/US16/60184, dated May 17, 2018, 9 pages.
Office Action of Application No. CN201680077088.4, dated Apr. 9, 2020, p. 1-2.
Partial European Search Report and Search Opinion Received for EP Application No. 16862913, dated Mar. 27, 2019, 10 pages.

* cited by examiner



Figure 1A



Figure 1B



Figure 2B

Figure 2A



Figure 2C



Figure 2D



Figure 2E



Figure 2F



Figure 2G



Figure 3A



Figure 3B

Figure 4B



Figure 4A

Figure 4D



Figure 4C



Figure 5A

Figure 5B

**U.S. Patent**    Jan. 4, 2022    Sheet 14 of 52    US 11,213,601 B2



Figure 6



700

Receive vial identifier for vial
702

Identify scent dispenser
704

Determine slot of scent dispenser
706

Associate vial with slot of scent dispenser
708

Figure 7A

750

Detect vial inserted into slot of scent dispenser
752

Capture optical representation of vial
754

Identify vial
756

Verify vial
758

Associate vial with slot of scent dispenser
760

Figure 7B



800

Enable transceiver of first scent dispenser
802

Receive WLAN transmissions from devices within transmission range
804

Identify second scent dispenser(s) based on WLAN transmissions
806

Determine signal strength of WLAN transmissions of second scent dispensers
808

Determine distance(s) between second scent dispenser(s) and first scent dispenser
810

Adjust intensity level of first scent dispenser and/or second scent dispenser(s) based on distance(s)
812

Figure 8



Figure 9



1000
Receive input(s) defining geofence settings defining geofence for scent dispenser(s) installed on premises for user ID(s)
1002
Store geofence settings in data store
1004
Receive geo-location data from location-aware device associated with particular user ID
1006
Geolocation data associated with particular user ID within geofence?
1008
N
Y
Geofence criteria of another user ID already met and scent profile of other user in use?
1010
N
Operate scent dispenser(s) using scent profile of particular user
1012
Y
Does other user have priority?
1014
N
Y
Continue using scent profile of other user
1016

Figure 10



1100
Receive input, for user ID, defining scent schedule for scent installed in scent dispenser in room of premises 1102
Store scent schedule in data store of server 1104
Monitor schedule 1106
Detect even based on scent schedule 1108
Activate dispensing of scent? 1110
Y
Wirelessly transmit state settings instructing scent dispenser to dispense scent 1112
N
Cease dispensing of scent? 1114
Y
Wirelessly transmit state settings instructing scent dispenser to disable dispensing of scent 1116
N
Switch scents? 1118
Y
Wirelessly transmit state settings instructing scent dispenser to switch scents 1120
N

Figure 11

1200



Detect motion using motion sensor of scent dispenser
1202

Activate scent dispenser based on detected motion
1204

Figure 12A

1250

Monitor motion using motion sensor of scent dispenser
1206

Determine room vacant based on monitored motion
1208

Suspend dispensing of scent based on determined room vacancy
1210

Figure 12B



Figure 13



Figure 14B



Figure 14A

U.S. Patent          Jan. 4, 2022          Sheet 23 of 52          US 11,213,601 B2

1412



Figure 14D

1408



1410

Figure 14C



Figure 14F



Figure 14E



Figure 14H

Figure 14G



Figure 15B



Figure 15A



Figure 15D



Figure 15C

1528



Figure 15F



1522



Figure 15E



**Figure 15H**



**Figure 15G**



Figure 16B



Figure 16A



Figure 16D





Figure 16C



Figure 16E



Figure 17

1806

1808



Figure 18B



Figure 18A

1800

1802

1814
1816



Figure 18D



1810
1812

Figure 18C



Figure 18F



Figure 18E

1830

1832





**Figure 18H**



**Figure 18G**

1826

1828



Figure 18J



Figure 18I



**Figure 18L**



**Figure 18K**



1850

1848

Figure 18M



Figure 19B



Figure 19A





Figure 19D



Figure 19C



Figure 19F





Figure 19E

1934

1936



Figure 20B

1930

1932



Figure 20A



188
WiFi + µC Module
Light Sensor
Facing DOWN
GND
PTS840
Setup
TEPT4400
78171-0004
PUREEL

Figure 21



Figure 22



Figure 23

U.S. Patent        Jan. 4, 2022        Sheet 48 of 52        US 11,213,601 B2



Figure 24



Figure 25



Figure 26



Figure 27A

Figure 27B

US 11,213,601 B2

<table>
<tr><td>1</td><td>2</td></tr>
</table>

## FRAGRANCE INTENSITY CONTROL MECHANISM WITH PID CONTROL

### BACKGROUND

The present disclosure relates to scent dispensation.

Existing solutions for dispensing scents within a location, such as a home, include conventional scented candles, incense stocks, hanging air fresheners, and electric fragrance diffusers, such as those that plug into an outlet socket and include a heating element to heat a fragrant substance. In some cases, a porous substrate is saturated with the fragrant substance and then placed adjacent to a heat source, which heats up the fragrant substance to diffuse it within a predetermined space.

While functional, these solutions are limited. For example, it is often difficult to tell when a fragrance dispenser has run out of fragrance, as the dispenser typically lacks any sort of indicator and one is left to smell the dispenser manually to determine how much fragrance is actually left, which is ineffective as the dispenser itself may still smell like the diffuse fragrance up close that may have little effect in the area that is to be perfumed. In addition, if the users wishes to change a fragrance, the user has to manually open the dispenser to replace the cartridge in the dispenser, or in the case of hanging dispensers, replace it with a fresh version.

Existing scent dispensers also provide little control to users to configure how much scent is actually being diffused. Some existing electronic scent dispensers include a hardware selector to switch the device between off, low, and high operating states. However, these electronic scent dispensers are not self-aware, and therefore output the same amount of scent over time. Therefore, even at a low setting, the scent dispenser can eventually over-perfume a room, and only change state when manually switched off or set to another level by the user using the switch. This results in the unpleasant experience of the room becoming too perfumed and, in some cases, causes people to leave the room.

### SUMMARY

According to one innovative aspect of the subject matter being described in this disclosure, an example system includes a first vial including a first side, one or more sidewalls, and a second side. The one or more sidewalls connect the first side to the second side. The first side, the one or more sidewalls, and the second side collectively form an inner cavity. The first side includes an opening through which a solution containable in the inner cavity is dispensed from the first vial. The system includes a vial sensor including a first array of sensor pads electrically coupled to a controller, a sidewall from the one or more sidewalls of the first vial being situated adjacent to the first array of sensor pads within a first array of electric fields. The first array of sensor pads are electrically charged to produce the first array of electric fields. The controller detects changes in one or more of the electric fields of the first array as the solution is dispensed from the first vial.

In general, the system may optionally include one or more of the following features: a second vial including a first side, one or more sidewalls, a second side; that the one or more sidewalls of the second vial connect the first side of the second vial to the second side of the second vial; that the first side of the second vial, the one or more sidewalls of the second vial, and the second side of the second vial collectively form an inner cavity of the second vial; that the first

side of the second vial includes an opening through which a second solution containable in the inner cavity is dispensed from the second vial; that the first array of sensor pads are situated along a first side of the vial sensor; that the vial sensor includes a second array of sensor pads electrically coupled to the controller and situated along a second side of the vial sensor situated adjacent to the first side of the vial sensor; that a sidewall from the one or more sidewalls of the second vial is situated adjacent to the second array of sensor pads with a second array of electric fields; that the second array of sensor pads is electrically charged to produce the second array of electric fields; that the controller detects changes in the one or more of the electric fields of the second array as the second solution is dispensed from the second vial; a vial retaining mechanism including a first vial coupling and a second vial coupling; that the first vial coupling receives and detachably retains the first side of the first vial, and the second vial coupling receives and detachably retains the first side of the second vial; that the first side of the first vial includes a neck through which the opening of the first side of the first vial extends; that the first side of the second vial includes a neck through which the opening of the first side of the second vial extends; that the first vial coupling includes one or more surfaces shaped to engage with and secure the neck of the first side of the first vial; that the second vial coupling includes one or more surfaces shaped to engage with and secure the neck of the first side of the second vial; that the vial retaining mechanism includes a first wick receiver and a second wick receiver; that the first wick receiver includes a stopping member having a wick hole extending through the stopping member of the first wick receiver; that the second wick receiver includes a stopping member having a wick hole extending through the stopping member of the second wick receiver; that the wick hole of the first wick receiver receives a wick extending outwardly from the opening of the first side of the first vial; that the wick hole of the second wick receiver receives a wick extending outwardly from the opening of the first side of the second vial; a first heating element situated on a side of the stopping member opposing the first vial; a second heating element situated on the side of the stopping member opposing the second vial; that the first heating element heats an end of the wick extending through the wick hole of the first wick receiver, and the second heating element heats an end of the wick extending through the wick hole of the second wick receiver; that the first heating element includes a ring that receives the end of the wick extending through the wick hole of the first wick receiver; that the second heating element includes a ring that receives the end of the wick extending through the wick hole of the second wick receiver; that the first heating element and the second heating element are formed at least in part of a ceramic material; a first vial coupling that receives and detachably retains the first vial; a heating element that heats the solution receivable from the first vial; a housing that houses the first vial coupling, the heating element, and the vial sensor; that a front side of the housing includes an opening providing access to the first vial; a removable cover that, when attached to the front side of the housing, covers the opening providing access to the first vial; that the removable cover includes one or more first magnetic fasteners; and that the front side of the housing includes one or more second magnetic fasteners that are compatible with the one or more first magnetic fasteners and that magnetically engage with the one or more first magnetic fasteners when the removable cover is situated abuttingly with the front side of the housing.

US 11,213,601 B2

3

In general, according to a further innovative aspect, an example system includes a vial retaining system, a heating element, a vial sensor, and a controller. The vial retaining mechanism includes a vial coupling that removably retains a vial containing a scented solution. The vial includes a neck forming an opening, a hollow body forming a cavity containing the scented solution, and a wick extending from the cavity through the opening of the neck. The heating element is shaped to receive and heat the wick of the vial. The vial sensor includes an array of sensor pads that are arranged in alignment with the vial retained by the vial coupling. The controller is electrically coupled to the heating element and electrically coupled to the array of sensor pads. The controller regulates a temperature level of the heating element. The controller receives signals from the array of sensor pads and processing the signals to determine a fluid level of the vial.

In general, the system may optionally include one or more of the following features: that the wick passes the scented solution to the heating element; that the heating element diffuses the scented solution by heating the scented solution to the temperature level regulated by the controller; that the controller electrically charges the sensor pads of the array; and that the controller detects a change in the signals received from the array of sensor pads charged by the controller and determines a corresponding change in the fluid level of the scented solution of the vial; that the change in the signals is a change in capacitance of at least one of the sensor pads; that the signals from a first subset of the sensor pads reflect a maximum capacitance level; that the signals from a second subset of the sensor pads of the array reflect a minimum capacitance level; and that the controller determines the fluid level of the vial based on the signals from the first subset and the signals from the second subset; that the sensor pads comprise copper pads; that the vial coupling includes one or more fasteners formed to detachably engage with the neck of the vial; that the one or more fasteners include one or more clips.

In general, according to a further innovative aspect, an example system includes a vial retaining system, two or more heating elements, a vial sensor, and a controller. The vial retaining mechanism includes two or more vial couplings that removably retain two or more vials. The two or more vials each include a neck forming an opening, a hollow body forming a cavity, and a wick extending from the cavity through the opening of the neck. Each of the two or more heating elements are shaped to receive and heat the wick of a corresponding vial of the two or more vials. The vial sensor includes two or more arrays of sensor pads that are respectively arranged in alignment with the two or more vials retained by the two or more vial couplings. The controller is electrically coupled to the two or more heating elements and electrically coupled to each of the two or more arrays of sensor pads. The controller regulates a temperature level of each of the two or more heating elements, and the controller receives signals from the arrays of sensor pads and processes the signals to determine a fill level of each of the two or more vials.

Further innovative aspects include corresponding systems, methods, apparatus, and computer program products. These systems, methods, apparatus, computer program products, and other aspects, are particularly advantageous in a number of respects. For example, the technology enables users to remotely control scent dispensers, switch between scents remotely, and receive notifications when a scent solution is running/has run out, automatically switches the scent solution(s) to diffuse based on user location, allows

4

users to schedule scent diffusion for different locations, etc. In addition, the technology can collect data about scent solution usage and user habits when using scent dispensers, and then analyze that data to produce analytics to inform producers about characteristics of the users, the scents being consumed, etc. Numerous additional features are also possible and contemplated, many of which are discussed herein.

However, this list of features and advantages is not all-inclusive and many additional features and advantages are within the scope of the present disclosure. Moreover, it should be noted that the language used in the present disclosure has been principally selected for readability and instructional purposes, and not to limit the scope of the subject matter disclosed herein.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1**A is a block diagram illustrating an example system for scent dispensation.

FIG. 1B is a block diagram illustrating an example scent dispenser.

FIG. **2**A is a front perspective view of an example scent dispenser.

FIG. 2B is a rear perspective view of the example scent dispenser.

FIG. 2C is a front view of the example scent dispenser with a cover removed.

FIG. 2D is a front exploded view of the example scent dispenser.

FIGS. **2**E-2G are various further views of various components of the example scent dispenser.

FIG. **3**A is a schematic diagram of an example vial sensor.

FIG. 3B is a block diagram of an example vial sensor.

FIGS. **4**A-4D are block diagrams depicting a progression for sensing a solution level of a vial using the vial sensor.

FIG. **5**A is a front perspective view of an example vial with a wick inserted.

FIG. 5B is a front perspective view of the example vial with the wick removed.

FIG. **6** is a flowchart of an example method for sensing vial volume.

FIG. **7**A is flowchart of an example method for activating a vial.

FIG. **7**B is flowchart of a further example method for activating a vial.

FIG. **8** is a flowchart of an example method for automatically adjusting the dispensation intensity of a scent dispenser based on the presence of nearby scent dispensers.

FIG. **9** is a flowchart of an example method for adjusting the dispensation intensity of a scent dispenser based on room size.

FIG. **10** is a flowchart of an example method for controlling operation of scent dispenser(s) based on geolocation data.

FIG. **11** is a flowchart of an example method for scheduling scent dispensation for room(s) of a premises.

FIG. **12**A is a flowchart of an example method for activating a scent dispenser based on detected motion.

FIG. **12**B is a flowchart of an example method for using motion detection to control operation of a scent dispenser.

FIG. **13** is a front perspective view of an example vial with a scannable optical representation.

FIGS. **14**A-14H are graphical representations of user interfaces for setting up a scent dispenser.

FIGS. **15**A-15H are graphical representations of user interfaces for configuring vial settings of a scent dispenser.

US 11,213,601 B2

5

FIGS. **16A-16E** are graphical representations of user interfaces for scheduling scent dispensation for one or more rooms.

FIG. **17** is a graphical representation of a user interface for viewing vial properties of an installed vial.

FIGS. **18A-18M** are graphical representations of user interfaces of electronic marketplace for (re)ordering vials.

FIGS. **19A-19F** are graphical representations of user interfaces for viewing and configuring room, schedule, and dispenser settings.

FIG. **20A** is a graphical representation of a user interface for installing a new or replacement vial.

FIG. **20B** is a graphical representation of a user interface for disabling geolocation-based control of scent dispensation.

FIGS. **21-25** are schematic diagrams of various example components of a scent dispenser.

FIGS. **26-27B** are graphical representations of example user interfaces for display and receiving user interaction with scent analytics.

DETAILED DESCRIPTION

The technology described in this disclosure relates to dispensing scent within the premises using remotely controllable scent dispensers. As an example, the technology allows the user to remotely control the operation of scent dispensers installed in his or her home using a mobile application executed on a mobile device. Using the mobile application, the user may turn a scent dispenser on or off, change the scent that is being dispensed by the dispenser, change the intensity level of the scent dispensation, set a schedule for the scent dispensation, control the operation of the scent device based on the location of his/her mobile device, receive status notifications from about the operation of the scent dispenser, such as when a particular scent solution may be running out, etc.

FIG. **1A** is a block diagram illustrating an example system **100** for scent dispensation. The system **100** may include one or more scent dispenser installations **158**. In a typical implementation, a multiplicity of users **112** may install scent dispenser on their respective premises **140** in which they wish to dispense various scents. A scent dispenser installation **158** may include any number of scent dispensers **132a** . . . **132n**. In the depicted implementation, scent dispensers **132a** and **132n** (individually or collectively also referred to as simply **132**) are plugged into electrical sockets **146a** and **146n**. The scent dispensers **132** may be located in the same room or in different rooms (e.g., **142a** and **142n**).

As shown, the illustrated system **100** further includes client device(s) **106** and a server **150**, which are electronically communicatively coupled via a network **102** for interaction with one another, access point(s) **120**, and the scent dispenser(s) **132**, etc., using standard networking protocols, as reflected by signal lines **104**, **138**, and **152**. In a typical installation, the scent dispenser(s) **132** are coupled for electronic communication with the access point(s) **120** (e.g., a modem, router, etc., coupled to the network **102**) as reflected by signal lines **134a** and **134n**. In further embodiments, the scent dispenser(s) **132** may be coupled directly to the network **102** as reflected by the signal line **138**, such as via a wireless wide area network (e.g., WWAN) or other suitable network. For clarity, reference to the term network **102** includes the local networks of the installations (e.g., provided by access point(s) **120**, etc.), unless otherwise specified.

6

The scent dispenser **132** includes a communication-enabled diffusion device that diffuses scent solution(s) from scent vial(s) installed in the scent dispenser **132**. The scent dispenser **132** may include wireless transceivers configured to communicate with other devices within range, such as other scent dispenser(s) **132** and/or access point(s) **120**. In some embodiments, the diffusion device nebulizes the scent solution into the air of the surrounding environment to diffuse the scent. The structure, acts, and/or functionality of the scent dispenser **132** is discussed further below.

The access point **120** connects to the set of scent dispensers **132** installed on the premises **140**, as shown by the signal lines **134a** . . . **134n**, and exchanges data sent between the scent dispensers **132** and the mobile device(s) **106** and/or the dispenser management server **150** (e.g., via the signal line **138**).

The dispenser management application **160** operable by the dispenser management server **150** can receive operational data from the scent dispensers **132** in association with the premises **140**, room **142**, user(s) **112**, and/or scent vials (e.g., see FIG. **2C**) with which they are associated. The dispenser management application can receive management requests and geolocation data from mobile devices of the user(s) **112** in association with the scent dispenser(s) **132** that are registered to the user(s) in the system **100**. The management requests may include registration data requesting to register a scent dispenser **132** with a user's **112** account, a particular premises, and/or a room within the premises; scheduling data requesting to schedule dispensation of scent(s), from scent dispenser **132** or a set of two or more scent dispenser(s) **132**, for particular timeframe(s) within a particular room of a premises; operational data instructing to activate or deactivate a scent dispenser **132** and/or specifying which scent solution to activate and/or deactivate; geolocation data indicating a current location of a user, etc. The scheduling data may include a reoccurring schedule that repeats on certain days and/or times of day, and may specify which scent solution(s) should be dispensed at which times.

In some embodiments, the dispenser management application **160** may maintain the device states, scent allocations, users, and schedules of the scent dispensers **132**. The dispenser management application **160** may make device function calls to command/control the scent dispensers **132** (e.g., by sending state settings), and may receive and log published events (heartbeat, alerts, data, etc.) received from the scent dispensers **132** in the data store **170**. Example events may include, but are not limited to:

| Description | Event Name (string) | Event Data (string) |
|---|---|---|
| Device online | "spark/status" | online |
| Device flash started | "spark/flash/status" | started |
| Device flash successful | "spark/flash/status" | success |
| Heartbeat every ## minutes | "msg" | See below table. |
| Bay 1 Empty | "msg" | bay1_empty |
| Bay 2 Empty | "msg" | bay2_empty |

Further, an example heartbeat event be associated with a timestamp and may include a delimited string reflecting various operation aspects of a scent dispenser **132**. One such non-limiting example string may be "1,2,99999999,200, 200,100,100,100,255:255:255,100,100,200,200", where the delimited values may have the following meaning:

US 11,213,601 B2

7

| Description | Short Description | Type (int, double, string) | Range/unit | Example max char |
|---|---|---|---|---|
| Package Version # | version | integer | 1-9 | 1, |
| Heating element state | heaterState | integer | 0-2 (0 = none enabled, 1 = heater 1 enabled, 2 = heater 2 enabled) | 2, |
| Heating element duration (time heater has been active) (ms) | heaterDuration | integer | 1-99999999 (ms) | 99999999, |
| Slot/Bay 1 temperature | bayTemp1 | double | −50-200 | 200, |
| Slot/Bay 2 temperature | bayTemp2 | double | −50-200 | 200, |
| Slot/Bay 1 volume | bayVol1 | integer | 0-100 | 100, |
| Slot/Bay 2 volume | bayVol2 | integer | 0-100 | 100, |
| Ambient light | ambientLight | integer | 0-100 | 100, |
| Mood light state (rgb) | mLState | string | 255:255:255 | 255:255:255, |
| Slot/Bay 1 fragrance identifier | bayFID1 | integer | 0-999 | 999, |
| Slot/Bay 2 fragrance identifier | bayFID2 | integer | 0-999 | 999, |
| Slot/Bay 1 fragrance target temperature | bayTempTar1 | integer | 0-100 | 200 |
| Slot/Bay 2 fragrance target temperature | bayTempTar2 | integer | 0-100 | 200, |

In the above table, temperature is in Celsius, length is in millimeters (mm), duration is in milliseconds (ms), and time zone is any particular time zone (e.g., Mountain Time Zone (UTC-07:00)). Further, a fragrance identifier is a unique ID that corresponds to a specific type of scent solution, and a fragrance temperature is a temperature or range that a specific scent solution is heated to. Additionally, the scent dispenser **132** may be placed in various different operation states, such as but not limited to listening mode—for onboarding new credentials, safe mode—for development, DFU mode—for development, and connected—for normal operation.

In some embodiments, the scent dispenser **132** may support various functions, calls for which may originate from other devices of the system **100**, such as the dispenser management application **160**. Two non-limiting example functions may include command and tune:

    int command(String operation); and
    int tune(String operation),

where the tune function may use the format "TunablePa-rameter,[value]" for the operation parameter. In this example, [value] is a positive integer. The scent dispenser **132** may respond with a ReturnCode if the request was received, such as:

```
enum ReturnCode {
  PURA_FAILURE = 0,
  PURA_SUCCESS = 1
};
```

8

Non-limiting example acts that may be performed using the above functions may include:

| Description | Function | String operation |
|---|---|---|
| Enables bay 1 heater | command | enableHeaterBay1 |
| Enables bay 2 heater | command | enableHeaterBay2 |
| Disables bay 1 heater | command | disableHeaterBay1 |
| Disables bay 1 heater | command | disableHeaterBay2 |
| Sets mood light RGB | tune | mLRGB, [value]:[value]:[value] |
| Sets mood light activation threshold | tune | mLThreshold, [value] |
| Sets bay fragrance identifier and temperature (*C.) | Tune | baySet, [value1], [value2], [value3]<br>Value 1: bay # (1 or 2)<br>Value 2: fragrance identifier<br>Value 3: fragrance target temperature |

Users may register with the scent service embodied by the dispenser management application **160**, which enables them to remotely configure and interact with their respective scent dispensation installations **158**, and to receive notifications automatically as state changes are detected by their scent dispensation installations **158**.

The dispenser management server **150** includes a data store **170** storing various types of data used by the dispenser management application **160**. Example data types include dispenser data **172**, user data **174**, fragrance data **176**, usage data **178**, premises data **180**, and analytics data **182**. The dispenser data **172** may include entries for the scent dispensers **132** in the system **100**. A given entry may include a unique identifier for the corresponding scent dispenser, a firmware version, an operational status indicator (e.g., on, off, etc.), a schedule including which day(s) of the week and/or times of day the scent dispenser should be operating, which scent solution(s) should be dispensed during the scheduled timeframe(s), whether/which color light should be illuminated, the user identifier(s) with which the scent dispenser is registered, etc.

The user data **174** may include entries for the users **112** of the system **100**. A given entry may include a unique identifier for the user, contact information for the user (e.g., address, phone number, electronic address (e.g., email)), payment information, scent subscription information specifying which reoccurring scent vials should be shipped to the user, historical scent vial purchase information, etc.

The fragrance data **176** may include entries for the different scent solutions that are supported by the system **100**. An example entry may include a unique identifier for a given scent, a scent name, a scent description, a list of ingredients that comprise the scent's composition, an indication of the strength of a scent, room types for which to suggest the scent, etc.

The usage data **178** may include logged usage statistics received from the scent dispensers **132** deployed in the system **100**. Example usage statistics may include hours of operation, which scent solutions where dispensed during those hours of operation, thus reflecting the time of day scent solutions were utilized, the amount of scent solutions that were dispensed as measured by vial sensors included in the scent dispensers **132**, the rate at which the scent solutions were dispensed, etc. The usage statistics for a given scent dispenser **132** may be specifically associated with the user associated with the usage and/or a room of a premises in which the scent dispenser **132** is installed.

9

Further, the fragrance data **176** may include vial data including unique identifiers for each scent vial produced and registered for use in the system **100**. The vial data may reflect the installation status of a vial, the unique identifier of the scent solution contained by the vial, and the fill level of the vial, an eligibility status, etc. For instance, the vial data for a particular vial may indicate whether the vial is new and has not yet been installed, that the vial is currently installed but has not yet been depleted of its solution, and that the vial was depleted of its solution and is no longer eligible for use.

The premises data **180** may include entries for different premises **140** in which scents dispensers **132** are installed. The premises data **180** may include different rooms **142** for the premises **140**, and may indicate in which specific rooms **140** the scent dispensers **132** are installed. Example premises data may include unique identifiers for each of the premises, room names for each of the rooms of a given premises (e.g., which may be customized by the user), the dimensions of the rooms of the premises, an indication of which scent dispensers **132** are installed in which rooms of a given premises, for example, using the unique identifiers of the scent dispensers **132**, etc., an indication of which unique user identifiers are associated with which unique premises identifiers, etc.

The analytics data **182** may include data produced by the dispenser management application **160** the data stored in the data store **170**. For instance, data from the scent dispensers belonging to users **112** may be aggregated by the server in the data store **170** and then analyzed to generate analytics. These analytics can be used by the manufacturer to improve the product, the user to evaluate his/her usage, and the scent solution producers to learn more about their users, the users' habits and preferences, their products, etc.

Example analytics data may reflect scent preferences, such as which scents consumers use most often (e.g., based on the usage data **178** determined by a vial sensor), scent preferences by room type of the premises (e.g. floral for bathrooms, edible scents for kitchens, etc.) (e.g., based on the correlation between the fragrance data **176** and the premises data **180**), which scents consumers are repurchasing the most (based on user data **174**), whether or not consumers are mixing scents in specific rooms (e.g., based on the correlation between the fragrance data **176**, the usage data **178**, and the premises data **180**), scent preferences by season (based on time/data coded usage data **178**), preferences for strength of a scent (light vs. strong fragrance) and does that differ by room (e.g., based on the correlation between the fragrance data **176**, the usage data **178**, and the premises data **180**), whether consumer scent preferences evolve over time (e.g., based on the usage data **178**), preference for classic vs. novelty scents (e.g., based on the usage data **178** and the fragrance data **176** that tags each scent as classic or novelty), etc.

Example analytics data may reflect scent dispensation behaviors, such as how often users use their scent dispensers **132** (e.g., based on the usage data **178**), is the use continuous or as needed (e.g., based on the usage data **178**), how long is the continuous use (e.g., several hours, e.g., several days, etc., based on the usage data **178**), how long does it take for consumers to change out a cartridge/refill (e.g., usage data reflects an empty vial stayed in the scent diffuser **132** for a certain timeframe, which can be averaged over many, or all users (e.g., generally, for that fragrance type, etc.)), how often are consumers purchasing refills (e.g., based on the user data **174** reflecting purchase history), preferred rooms for using scent dispenser **132** (e.g., based on the correlation

10

between the usage data **178** and the premises data **180**), use of scent dispensers **132** when users **112** are in vs. out of the premises **140** (e.g., based on the correlation between the users' **112** user data **174** and the usage data **178**), etc.

Example demographics data may reflect behaviors and preferences by different demographic groups. User data may reflect a user's gender, age, income, race/ethnicity, number of children in the home, number of pets in the home, region, settlement-type (urban, rural, suburban, etc.), premises type (single family home, apartment, condo, townhouse, small business, large business, hotel, bed and breakfast, warehouse, restaurant, etc.), personal or business, etc. Using the user data, any of the other data or combinations thereof may be segmented to determine which groups may be more or less predisposed to scent dispensation, and how different factors affect the level of scent dispensation by a particular group.

The data stored by the data store **170** may be correlated using various common keys, such as unique identifiers (e.g., user identifiers, room identifiers, fragrance identifiers, scent dispenser identifiers, vial identifiers, room identifiers, premises identifiers, etc.), which allow the dispenser management application **160** to generate and provide rich analytics. Example graphical representations that may be rendered for display on a computing device **106** of a user **112** are depicted in FIGS. **26-27**B. In particular, FIG. **26** illustrates an example graphical user interface **2600** including a digital data visualization **2604** showing usage statistics for different scent solutions (e.g., lavender dream, dragon berry, green tea citrus, autumn café, golden dahlia).

In some embodiments, the statistical data used to generate the digital data visualization **2604** is received from a multiplicity of scent dispensers **132** installed in different premises in the system. The vial sensors of the scent dispensers **132** detect the changes in the fluid levels of the vials as the solutions from the vials are diffused into the air of the respective premises **140**. The controllers of the scent dispensers **132** receive the data reflecting the changing fluid levels and transmit that data to the dispenser management server **150**, which in turn stores the data as usage data **178** in the data store **170** in association with the scent/fragrance ID to which the data corresponds. As a result, the usage data **178** reflects the amount of each scent solution that is consumed over time for each scent dispenser **132** relative to the user ID, the premises ID, the room ID, scent dispenser **132** ID, the vial ID associated with that particular scent solution (e.g. which is identifiable as discussed elsewhere herein).

FIGS. **27**A and **27**B are graphical representations of further graphical user interface **2700** for displaying and providing user interaction with scent analytics. As shown, the graphical user interface **2700** includes usage statistics **2706** for a particular scent solution (e.g., lavender dream), including segmentation by gender, age, room type, settlement-type. The statistics **2706** include information on how many times that particular scent solution was reordered before switching to another scent solution (e.g., refilled in this case means the vial was switched out for a new vial in the users' **112** scent dispensers **132**), as well as the average hours the scent solution was used each day by the users **112** who have the scent solution installed in their scent dispensers **132**. The graphical user interface **2700** includes a corresponding set of digital data visualizations **2704** that correspond to the usage statistics, as shown in FIG. **27**B.

FIG. **1**B is a block diagram illustrating an example scent dispenser, which is depicted as including a power supply (PS) **184**, a set of sensors **186**, a controller **188**, an interface

US 11,213,601 B2

11

190, output device(s) **192**, dispenser firmware **194**, heating element(s) **196**, and any number of vials **205a** . . . **205n** (individually or collectively also referred to as simply **205**). The components **184**, **186**, **188**, **190**, **192**, and **196** are communicatively coupled via a communications bus **198**. The controller **188** may include a non-transitory memory device, or may be coupled to a non-transitory memory device also coupled for communication via the bus **198**. The non-transitory memory device may store software that specially configures the controller, such as the dispenser firmware **194**. The PS **184** may be any AC and/or DC power supply for powering the scent dispenser **132**. The controller **188** is a microchip that controls the constituent electronics (e.g., sensor(s) **186**, output device(s) **192**, interface **190**, heating element(s) **196**, etc.) of the scent dispenser. A non-limiting example of the controller **188** may include an ARM-based microcontroller, such as one manufactured by Mouser Electronics under PN P1REEL, although it should be understood that other chip architectures are also applicable, that the controller **328** may be combined with other processors, and/or that numerous other variations are possible, contemplated, and applicable.

The set of sensor(s) **186** may include a vial sensor for sensing the fill level of the vial(s) **250** installed in the scent dispenser **132**, optical sensor(s) for detecting an identity of vial(s) installed in the scent dispenser **132**, temperature sensors (e.g., thermocouples, etc.) for sensing the temperature of the heating element(s) **196**, ambient light sensor to detect a light level in a surrounding environment (e.g., room), and/or a motion sensor to detect motion in the surrounding environment, etc.

In some embodiments, the sensors **186** may include a temperature bay sensor for each heating element **196** (e.g., that may measure temperatures ranging from (−50 to 200 degrees Celsius), the vial sensor **300** (e.g., see FIG. 3A), an ambient light sensor, etc. The heating element **196** may be configured to heat to any suitable temperature sufficient to diffuse a scent solution contained in a corresponding vial **250**, a non-limiting example of which may be 65 degrees Celsius, and the temperature bay sensor **186** may be mounted on or adjacent to, or embedded in, the heating element **196** to measure the temperature of the heating element **196** and provide feedback to the controller **188**, which may cyclically heat the heating element **196** based on the feedback to maintain a constant or substantially constant temperature during diffusion (as set in the state settings).

The sensors **186** include a transceiver having a wireless interface configured to communicate with the devices coupled to the network **102**, such as the access point **120**, the dispenser management server **150**, and/or other components of the network **102** using standard communication protocols, such as Internet protocols. Further, the transceiver may be configured to wirelessly transmit data via a meshwork network made up of a plurality of scent dispensers **132** and/or other devices, such as the access point **120** or a mobile device **106**. By way of further example, the transceiver may transmit data to the access point **120** to which it is linked using a protocol compliant with IEEE 802.15, such as Zigbee®, Z-Wave®, Bluetooth®, or another suitable standard. Additionally or alternatively, one or more of the scent dispenser(s) **132** and/or the access point **120** of an installation **158** may be wired for direct communication and the wired components may exchange data using wired data communication protocols. Further embodiments are also possible and contemplated. In some embodiments, the transceiver may be embedded in the controller **188** or may be a

12

component distinct from the controller and coupled to the controller **188** via the bus **198**.

The output device(s) **192** may include light sources and/or audio reproduction devices, although further suitable output devices are also contemplated and applicable. The light sources and/or audio reproduction devices may be controlled to produce output consistent with a scent being emitted by the scent dispenser (e.g., a low, soothing light and music may be output in conjunction with a relaxing scent being emitted).

Returning to FIG. **1A**, the client device(s) **106** (also referred to individually and collectively as **106**) are computing devices having data processing and communication capabilities. In some embodiments, a client device **106** may include a processor (e.g., virtual, physical, etc.), a memory, a power source, a network interface, and/or other software and/or hardware components, such as a display, graphics processor, wireless transceivers, keyboard, camera, sensors, firmware, operating systems, drivers, various physical connection interfaces (e.g., USB, HDMI, etc.).

The client devices **106** may couple to and communicate with one another and the other entities of the system **100** via the network **102** using a wireless and/or wired connection. Examples of client devices **106** may include, but are not limited to, mobile phones (e.g., feature phones, smart phones, etc.), tablets, smartwatches or other smart wearables, laptops, desktops, netbooks, server appliances, servers, virtual machines, TVs, set-top boxes, media streaming devices, portable media players, navigation devices, personal digital assistants, etc. In addition, while a single client device **106** is depicted in FIG. **1**, it should be understood that any number of client devices **106** may be included.

As shown, the client device **106** may include a scent application **108**, which allows the user to set scent dispenser **132** settings, turn scent dispensers **132** on and off, purchase vials for the scent dispenser **132**, set up a scent dispenser **132**, register an account, set up a premises and the rooms of the premises, associate a scent dispenser **132** with a particular room of the premises, view analytics reflecting the user's historical use of his/her scent dispenser(s) **132**, enable user profiles to use and setup scent profiles for the scent dispenser(s) installed in the premises, set a profile hierarchy (e.g., set which user profile(s) is/are the dominant user profile), etc.

The client device **106** may store the scent application **108** in non-transitory memory, retrieve the scent application **108** from memory, and execute instructions comprising the scent application **108**. The scent application **108**, when executed by a processor of the client device **106**, configures the processor of the client device **106** to carry out the acts and functionality described herein. In some embodiments, the scent application **108** may render and display various interfaces for carrying out the functionality described herein, such as but not limited to those depicted in FIGS. **14A-20B**.

In particular, FIGS. **14A-14H** are graphical representations of user interfaces for setting up a scent dispenser **132**. For instance, FIGS. **14A** and **14B** depict the user interface **1400** for logging into and/or registering an account with the scent service. The user may enter his/her credentials (e.g., email and password) in the fields **1402** or **1406**, may select corresponding interface elements (e.g., sign in or sign up) to submit the credentials depending on whether the user is logging into an existing account or creating a new account. Upon submission of the form fields, the scent application **108** may transmit the credentials to the dispenser management application **160** and authenticate instance of the scent application **108**.

US 11,213,601 B2

13                                                                                    14

Upon receiving a response from the dispenser management application **160** that the authentication is successful, the scent application **108** may proceed to display the user interface **1408** depicted in FIG. **14**C, which includes a summary of the steps for setting up a scent dispenser **132** and a user interface element **1410** for beginning the setup process, which is selectable by the user. Upon following the instructions (e.g., plugging in the scent dispenser **132**), and selecting the element **1410**, the scent application **108** displays user interface **1412**, which includes instructions prompting the user to connect his/her user device **106** (e.g., mobile phone) to a wireless network broadcasted by the scent dispenser **132**. An unregistered scent dispenser **132**, when first plugged into an electrical socket, proceeds through a boot sequence of the default firmware stored in the memory of the scent dispenser **132**. As part of the boot sequence, the firmware determines that the scent dispenser has not yet been initialized and proceeds to broadcast a wireless network via which the device connects his/her user device and the user can configure the scent dispenser **132**.

In some embodiments, when a scent dispenser **132** is booted, it registers its functions with the dispenser management application **160**, and may resume the device's last previously known state. If the state is unknown the heating elements **196** may be disabled. In some embodiments, if the state is different from what the controller **188** may programmed to expect (e.g., a scent volume has changed significantly), an alert may be published and the heating elements **196** may be disabled. In some embodiments, when the scent solution of a vial is depleted (e.g., drained to the lowest detectable level) the heating element **196** may be disabled and an event may be published to the dispenser management application **160**, which may in turn, send a notification to the client device **106** of that user (which may be registered in the usage data for the user of that scent dispenser **132**) to notify the user that the scent has run out and is no longer being diffused, as well as provide an option for repurchase.

As shown in FIG. **14**D, the user may select the network broadcasted by the scent dispenser **132** using user selectable element **1414** of the user interface **1412**, and upon successfully connecting to the network, may proceed to configure the scent dispenser **132**. In FIG. **14**E, the user interface **1416** includes a list of user selectable networks accessible in the location which the user stands and is presumably associated with the premises in which the scent dispenser **132** is installed. Upon selecting one of the networks from the list **1418**, the scent application **108** displays user interface **1420**, which includes a set of user interactable elements such as a password entry field and a save button. Upon entering the password and selecting save, the scent application **108** transmits data describing the selected wireless network and password to the scent dispenser **132** via the wireless network broadcasted by the scent dispenser **132**, and the firmware stores the data for that wireless network in the memory of the scent dispenser **132**, the proceeds to connect the scent dispenser **132** to that selected wireless network. Upon successfully connecting to the network, the firmware may run other checks such as verifying that the scent dispenser **132** can connect to the dispenser management server **150** via the network, and can register that dispenser **132** to the user. The dispenser management application **160** may receive the configuration information entered via the interfaces depicted in FIGS. **14**A-**14**E and may store that information as user data **174** in the data store **170**. The user interface **1424** depicted in FIG. **14**G includes graphical user interface elements showing the completed and yet to be completed

steps involved in the configuration. The user interface **1426** depicted in FIG. **14**H includes information confirming successful registration of the scent dispenser **132**, and includes a user selectable interface element **1430** for installing one or more scent vials in the scent dispenser **132**.

FIGS. **15**A-**15**H are graphical representations of user interfaces for configuring vial settings of a scent dispenser. For example, FIG. **15**A depicts a user interface **1500** including a set of user selectable interface elements for user account settings. For example, a user may select to disable all schedules and manually turn on and off the scent dispensers **132** registered with the user's account using the scent application **108**. Alternatively, the user may select to enable the schedules (which may be configured using other interfaces, such as those described elsewhere herein). The user may also select to add a new scent dispenser **132**, add a vial **250** to a scent dispenser **132**, replace a vial **250** with another vial **250** in the scent dispenser **132**, and enable a geofencing option as described elsewhere herein. Upon changing the user account settings, the scent application **108** may transmit user data reflecting the changes to the dispenser management server **150**, and upon receipt thereof, the dispenser management application **160** may update the user data associated with the user to reflect the revised settings. The settings associated with the user and his/her scent dispenser(s) **132** may also be referred to herein as a user profile, and may be stored as user data **174**. The scent vial configuration (e.g., which fragrance types and/or specific vials are installed in a given scent dispenser **132** or set of scent dispenser(s) **132**) may also be referred to herein as a scent profile of that/those scent dispenser(s) **132**, and may be stored as dispenser data **172**.

FIG. **15**B depicts a user interface **1504** displayed by the scent application **108** that includes user configurable interface elements **1506** for revising the user's personal information and/or account type, and user configurable interface elements **1508** for inputting address and payment information.

FIG. **15**C depicts a user interface **1510** displayed by the scent application **108** for installing a scent vial **250** into a first slot of a selected scent dispenser **132** registered to the user. The user interface **1510** instructs the user to insert the scent vial **250** into the first slot (e.g., slot labeled **1**, slot on left, etc.), and upon doing so, select the user selectable interface element **1514** to continue the installation process. Next, the scent application **108** displays user interface **1516**, as depicted in FIG. **15**D, which includes a user selectable list **1518** of available scents and requests the user to select which scent the user installed into the first slot. Upon confirmation of the type of scent the user selected by selecting the user interface element **1520** configured for confirming the selection (e.g., save and continue), the scent application **108** transmits the installation information to the dispenser management application **160**, which then stores the scent dispenser **132** information in the data store **170** (e.g., as dispenser data **172**, and user data **174**, etc.) in association with the user's user ID and the scent dispenser's **132** device ID.

FIGS. **15**E and **15**F depict user interfaces **1522** and **1528** for installing additional vial(s) in the scent dispenser **132** (e.g., in the second slot). The content and the functionality of the interfaces **1522** and **1528** are substantially similar to those described with respect to FIGS. **15**C and **15**D and will not be repeated here. It is noted that, once installation is complete and the second vial type is saved, the scent application **108** may transmit the installation information to

US 11,213,601 B2

15                                                                              16

the dispenser management application **160** for storage in a manner substantially similar to that described with respect to FIGS. **15**C and **15**D.

FIG. **15**G depicts a user interface **1534** for associating the scent dispenser **132**, and thus the scent types installed in the scent dispenser **132**, and in some cases, the specific identities of the first vial **250** and/or second vial **250**, with a particular room of the premises. The interface **1534** may include a user selectable list **1536** of rooms as well as a field for entering a custom room description for the room that the user selected from the list **1536**. Upon selecting interface element **1538** (e.g., save and continue), the scent application **108** may transmit installation data reflecting the room of the premises in which the scent dispenser **132** is installed. The dispenser management application **160** may receive and store this data in the data store **170** (e.g., as premises data **180**, etc.) in association with the scent dispenser ID, the premises ID, and/or the room ID, etc.

FIG. **15**H depicts a user interface **1540** to confirm that the installation process for installing the vial(s) in the scent dispenser **132** is complete, which includes a list of information about the installation, such as the room in which the scent dispenser **132** is installed, and identify information about the scent installed in the scent dispenser **132**. The user may exit the installation process by selecting the user interface element **1542**.

FIGS. **16**A-**16**E are graphical representations of user interfaces for scheduling scent dispensation for one or more rooms. FIGS. **16**A-**16**C depict the user interface **1600**, which includes a set of user interface elements **1602** and **1604** that are user configurable to set a schedule for a scent dispenser **132**. In particular, using the set of user interface elements **1602** and **1604**, the user may activate the device, and select a start and end time for scent dispensation. Further, the user may adjust the scent intensity and select whether to illuminate the light of the sensor during scent dispensation, and select to add additional scent schedules to the device, such as a schedule of different time and/or day for an alternative scent, etc. While not depicted, the set of user interface elements **1602** may also include a day calendar from which the user may select particular days of the month in which to schedule the scent dispensation. The user may select a one-time schedule or reoccurring schedule using the interface elements **1602** and **1604**.

FIG. **16**D depicts a user interface **1608** that includes a set of user interface elements **1610** in which the user may customize the color of the light that may be output by the scent dispenser **132** during scent dispensation. In some embodiments, the user interface **1608** may include an automatically selected color that is determined to correspond with the scent scheduled to be dispensed (e.g., relaxing bath). In some embodiments, the user may manually select and/or customize which color should be illuminated, or select from a list of previously selected colors that the scent application **108** stored or retained in memory. FIG. **16**E depicts a user interface **1612** for selecting a custom color for the light using user interface elements **1614** (e.g., intensity selector, hue selector, etc.). Upon configuring the schedule and light settings, the scent application **108** may transmit the schedule data reflecting the settings to the dispenser management application **160**, which may store the settings in the data store **170** (e.g., as user data, dispenser data, etc.) in association with the user's user ID, the scent dispenser **132** ID, etc.

FIG. **17** is a graphical representation of a user interface **1700** for viewing vial properties of an installed vial. As shown, the vial depicted in the interface **1700** has a 45%

capacity. This fill level may be determined by the vial sensor of the scent dispenser **132** configured to detect fill level of the vial. The controller of the scent dispenser **132** may transmit the fill level data received from the vial sensor to the dispenser management application **160** for processing and/or storage in the data store **170** as usage data **178** in association with the scent dispenser **132** ID, the user ID associated with the scent dispenser **132**, etc. The user interface **1700** includes user selectable options **1702** for saving that scent type to the user's account (e.g., as reflected by the user data **174** associated with the user ID of that user) and/or ordering replacement/refill vial **250** from an online marketplace hosted by the dispenser management application **160** and/or another e-commerce server or service coupled to the network **102**.

FIGS. **18**A-**18**M are graphical representations of user interfaces of electronic marketplace for (re)ordering vials. FIG. **18**A depicts a user interface **1800** including interface elements **1802** selectable for viewing information about scents currently installed in the scent dispenser(s) **132** of the user, viewing all available scent types, and viewing scent types by various categories such as room type.

FIG. **18**B depicts a user interface **1806** including user interface elements **1808** selectable for viewing scent types by room type. For instance, upon selecting a bedroom room type, the scent application **108** may display the user interface **1810** depicted in FIG. **18**C, which includes a list **1812** with which the user may interact to view information about different scent types that are recommended for use in the bedroom.

FIG. **18**D depicts a user interface **1814** including user selectable interface elements **1816** for viewing scent types by category or theme. For instance, the user may select to view different scents recommended for relaxation, such as those depicted in FIG. **18**E, which displays the user interface **1818** including a user-selectable list **1820** of scents. FIG. **18**F depicts a user interface **1822** that includes a user selectable list **1824** of all available scent types. The user may select a scent from the various lists depicted in the forgoing figures to view additional information about that scent. An example interface **1826** displaying detailed information about a scent is depicted in FIG. **18**G. As shown, the user may review information about the scent and use the user selectable interface elements **1828** to either save the scent to the user's **112** account for later purchase, or to purchase immediately.

In some embodiments, the scent service embodied by the dispenser management application **160** may provide a subscription service to the user in which a certain number of scent vials are automatically shipped to the user (e.g., monthly). The user, using the interfaces depicted in FIGS. **18**A-**18**M, browses and selects the scent vials **250** to add to an upcoming shipment and/or future shipments. When the time comes, a fulfillment center associated with the scent service automatically fulfills the items selected by the user for purchase. For instance, as depicted in FIG. **18**G, the interface **1826** includes a user-selectable option for the user to add the scent vial **250** to the next shipment (e.g., add to box.). Upon selection of the interface element, the scent application **108** may transmit order data reflecting the addition of the scent vial **250** to the next shipment, and the dispenser management application **160** may store the order information as user data **174** in association with the user, which may be transmitted to a fulfillment center system to facilitate fulfillment of the order.

FIG. **18**H depicts a user interface **1830** reflecting scent vials that the user has saved to his/her profile for later

US 11,213,601 B2

17                                              18

ordering. Upon selection of one or more of the user select-able interface elements **1832** (e.g., add buttons), corresponding scent vials may be selected for purchase/shipment.

FIGS. **18**I and **18**J depict a user interface **1834**, which includes user interface elements **1836** reflecting the items selected to be included in the user's next shipment, as well as interface elements **1838** including information reflecting when the shipment will occur.

FIG. **18**K depicts a user interface **1842** including user interface elements **1844** reflecting the current shipment confirmation and previous shipment confirmations. FIG. **18**L depicts a user interface **1846** including user interface elements **1848** providing the user the option to add additional items to a pending shipment, a new shipment, or a subsequent subscription service shipment. FIG. **18**M depicts a user interface **1850** including user interface elements **1848** completing a purchase transaction for purchasing scent vials.

FIGS. **19**A-**19**F are graphical representations of user interfaces for viewing and configuring room, schedule, and dispenser settings. FIG. **19**A includes information about which scent dispensers **132** are currently on and which scent dispensers **132** are scheduled to turn on. The information also reflects the scent being dispensed or scheduled to be dispensed by the corresponding scent dispensers **132**. The user interface **1900** includes user-selectable interface elements **1902** for modifying the settings of the currently active scent dispensers **132**, as well as user-selectable interface elements **1904** for modifying the settings of the currently dormant scent dispensers **132** and the scent dispensers **132** which are turned off. As the state of the scent dispensers **132** change over time, the dispenser management application **160** may send refreshed operational data for the scent dispensers to the scent application **108**, and the scent application **108** may refresh interfaces described herein to reflect the current operational state and/or configurations of the scent dispensers **132**. Information about each of the scent dispensers **132** registered to the user, including which scents are installed in the scent dispensers **132** and the rooms that the scent dispensers **32** are installed in, can be retrieved by the scent application **108** from the dispenser management application **160**. Correspondingly, the dispenser management application **160** may retrieve this information from the data store **170**, as described elsewhere herein.

FIG. **19**B depicts a user interface **1906** for viewing the details of a particular room (e.g., Lukas' bedroom). The scent application **108** may display the interface **1906** responsive to the selection of a room/scent dispenser **132** in the interface **1900** depicted in FIG. **19**A. The user interface **1906** may include the current **1908** and upcoming schedules **1910** for the scent dispenser(s) **132** installed in Lukas' bedroom. For example, currently a scent dispenser **132** in Luka's bedroom is actively dispensing relaxing bath (until 7 PM), and is scheduled to dispense a calming scent (between 7 PM and 10 PM). A user may select any of the listed schedules, and modify that schedule and/or turn off the scent dispenser **132** using a corresponding interface, as discussed elsewhere herein.

FIG. **19**C depicts a user interface **1912** including a user selectable interface toggle **1914** for toggling the scent dispenser **132** in a particular room (e.g., guestroom) on and off. In this case, turning the scent dispenser **132** off/inactive overrides the schedules defined for that scent dispenser **132**. Using the user selectable interface elements **1916**, the user may select any of the scheduled times for modification, and responsive thereto, the scent application **108** may display a schedule editing interface, as discussed elsewhere herein.

FIG. **19**D depicts a user interface **1918** including user-selectable interface elements **1920** for editing different aspects of the scent schedule, such as the time the scent dispensation is scheduled to occur, whether or not to illuminate a light, and the intensity of the scent dispensation, as discussed elsewhere herein.

The user interface **1922** in FIG. **19**E, which may be displayed responsive to the selection by the user to edit the light settings in the user interface **1918**, provides the user options **1924** for configuring the intensity and hue of the light to be illuminated during the scheduled time.

FIG. **19**F depicts a user interface **1926** including a user configurable interface element **1928** for adjusting scent dispensation intensity during the scheduled time. For example, the user may use the slider to adjust the intensity up and down. The intensity setting, as with any other of the settings described with reference to the interfaces, may be transmitted to the dispenser management application **160** and stored in the data store **170** and/or transmitted to the scent dispenser **132** as operational settings.

FIG. **20**A is a graphical representation of a user interface **1930** including a notification prompting the user to install a new or replacement vial. The notification may include a user selectable interface element **1932** for installing a new scent vial. Responsive to the selection of the element **1932**, the scent application **108** may provide the user with instructions on how to swap out the old/empty vial with a new vial **250** and/or provide the user with options to purchase additional scent vials **250**.

FIG. **20**B is a graphical representation of a user interface **1934** for disabling geolocation-based control of scent dispensation. In some embodiments, responsive to the user, and the user's mobile device **106**, leaving the premises that is registered to the user (e.g., as reflected by geofence settings stored as user data **174** in the data store **170** and/or the memory of the mobile device **106**), the scent application **108** may display the user interface **1934** notifying the user that all of the scent dispensers **132** on the premises were automatically turned off/made inactive because the user was not present at the premises. The user interface **1934** further provides the user selectable interface element **1936** for disabling the automatic turning off of the scent dispensers **132** upon leaving the premises. Upon selecting the user interface element **1936**, the scent application **108** transmits updated setting to the dispenser management application **160** instructing the sensor management application **160** to update the user's account to reflect not inactivating the scent dispensers **132** when the user leaves the premises.

Returning to FIG. **1**, the dispenser management server **150** may include one or more computing devices having data processing, storing, and communication capabilities. For example, the server **150** may include one or more hardware servers, virtual servers, server arrays, storage devices and/or systems, etc., and/or may be centralized or distributed/cloud-based. In some embodiments, the server **150** may include one or more virtual servers, which operate in a host server environment and access the physical hardware of the host server including, for example, a processor, memory, storage, network interfaces, etc., via an abstraction layer (e.g., a virtual machine manager).

While not depicted, the server **150** may include a (physical, virtual, etc.) processor, a non-transitory memory, a network interface, and a data store **170**, which may be communicatively coupled by a communications bus. Similarly, the client device **106** may include a physical processor, a non-transitory memory, a network interface, a display, an input device, a sensor, and a capture device. It should be

US 11,213,601 B2

19                                                    20

understood that the server and the client device may take other forms and include additional or fewer components without departing from the scope of the present disclosure.

Software operating on the server **150** (e.g., the dispenser management application **160**, an operating system, device drivers, etc.) may cooperate and communicate via a software communication mechanism implemented in association with a server bus. The software communication mechanism can include and/or facilitate, for example, inter-process communication, local function or procedure calls, remote procedure calls, an object broker (e.g., CORBA), direct socket communication (e.g., TCP/IP sockets) among software modules, UDP broadcasts and receipts, HTTP connections, etc. Further, any or all of the communication could be secure (e.g., SSH, HTTPS, etc.).

As shown, the server **150** may include a dispenser management application **160** embodying a remotely accessible scent service. The dispenser management application **160** may send data to and receive data from the other entities of the system including the controllers **188** and/or **328**, the mobile device(s) **106**, etc. The dispenser management application **160** may be configured to store and retrieve data from one or more information sources, such as the data store **170**. In addition, while a single server **150** is depicted in FIG. **1**, it should be understood that one or more servers **150** may be included.

In some embodiments, the dispenser firmware **194**, the scent application **108**, the dispenser management application **160**, etc., may require users to be registered to access the acts and/or functionality provided by them. For example, to access various acts and/or functionality provided by the scent application **108**, dispenser management application **160**, and/or scent dispensers **132**, these components may require a user to authenticate his/her identity (e.g., by confirming a valid electronic address). In some instances, these entities **108**, **132**, **150**, etc., may interact with a federated identity server (not shown) to register/authenticate users. Once registered, these entities **108**, **132**, **150**, etc., may require a user seeking access to authenticate by inputting credentials in an associated user interface.

FIGS. **2A-2G** are various views of an example scent dispenser **132**. As shown, the scent dispenser **132** includes a housing **200** that houses the components of the scent dispenser (e.g., vial coupling(s), heating element(s), vial sensor, etc.).

The housing **200** includes a body **202** and a detachable lid **204**. The backside **212** of the housing includes a plug **206** that can be plugged into a conventional outlet (e.g., **146**) to power the device. The scent dispenser **132** also includes one or more electronic interfaces, such as USB port **208**, which the user can utilize to charge other devices, plug the scent dispenser into a computer to update firmware, set settings, etc. The housing **200** may also include one or more output devices **210**, such as LED(s), which are discussed further below.

As shown in FIG. **2C**, the lid **204** of the dispenser **132** is removable to provide access to one or more scent vials **250** (e.g. in this case two, although conceivably any number of scent vials can be included), which can be inserted into a cavity **220** exposed by the lid when removed. In particular, when the lid **204** is removed, it exposes an inner surface **216** including a concave surface **218** that forms the cavity **220**. The lid/removable cover **204** can be (re)attached to the front side/inner surface **216** of the housing **200** to cover the opening/cavity **220** providing access to the vial(s) **250**.

The cavity **220** includes two slots **222** (left and right from a front view) in the depicted embodiment, although it should

be understood that any number of slots maybe included to accommodate any number of scent vials **250**. Each slot **222** accommodates a corresponding vial **250**, which contains particular scent solution (not depicted).

The front side/inner surface **216**, which is exposed when the lid **204** is removed, includes a (e.g., second) set of magnetic fasteners **226** that are configured to magnetically detachably attached to a corresponding (e.g., first) set of magnetic fasteners **228** included in the removeable cover/lid **204**. For instance, the lid **204** may include a set of magnetic fasteners **228** on an inside surface (not shown) of the lid that abuts the inner surface **216** that engage with the set of magnetic fasteners of the body when the lid is situated abuttingly with the front side/inner surface **216** of the housing **200** of the scent dispenser **132**.

FIGS. **5A** and **5B** are various views of an example vial **250**, although it should be understood that the vial **250** may take other forms and have different dimensions. The solution may include chemical(s) that are processed by the scent diffuser **132** to diffuse or nebulize it within the room in which the scent dispenser **132** is placed. The solution in some embodiments may be a liquid perfume, an essential oil, or other suitable solutions. In some alternative, the perfume or essential oil may be caked and the caked substrate may be heated to diffuse the scent. A vial **250** may be made of any suitable material, such as plastic, metal, ceramic material, glass, etc.

In some embodiments, a vial **250** (e.g., a first vial, second vial, etc.) may include a first side **264**, one or more sidewalls **266**, and a second side **288**. For example, a vial **250** having a tubular sidewall may be a continuous around a circumference. In another example, a vial **250** having a square, triangular, rectangular, etc., cross-section (e.g., halfway between the second side **268** and the first side **264**) at a middle of the sidewall, may have a plurality of sidewalls that are joined along at the corners of the cross-section. It should be understood that the vial **250** may have any shape. The one or more sidewalls **266** connecting the first side **264** to the second side **268**. The first side **264**, the one or more sidewalls **266**, and the second side **268** collectively form an inner cavity (e.g., see FIGS. **4A-4D**). The first side **264** includes an opening **262** through which a solution containable in the inner cavity can be dispensed from the vial **250**.

In some embodiments, the first side **264** includes a neck **258** forming the opening **262**, and the sidewall(s) **266** and second side **268** form a hollow body **256**. The hollow body forms a cavity containing the scented solution. A wick **252** may extend from the cavity through the opening **262** of the neck **258**.

As shown in FIGS. **5A** and **5B**, in some embodiments, the vial **250** may include a stopper **254** and a wick **252**. The stopper **254** inserts into an opening **262** of the vial **250** and forms a seal against an inner surface of the neck **258**. The stopper **254** includes a through-hole **251** extending through a center portion of the stopper **254** from an outer surface **255** of the stopper to an inner surface **254** of the stopper **254**. The through-hole/opening **251** is formed in the stopper to allow a wick inserted into the cavity of the vial **250** to extend outwardly from the through-hole **251**, and thus the opening **262** of the first side **264**.

FIG. **2D** is an exploded view of the scent dispenser **132** housing **220** with the lid **204** removed. As shown, the scent dispenser **132** includes a back housing portion **233** and a front housing portion **231** that are attachable using one or more fasteners **232** (e.g., screws, snaps, etc.). The back housing portion **233** and the front housing portion **231** collectively enclose and retain the electronics of the scent

US 11,213,601 B2

21

22

dispenser **132**. In the depicted example, the dispenser's **132** electronics may a controller **188** that controls the components of the scent dispenser **132**. In some embodiments, the scent dispenser **132** includes multiple circuit boards (e.g., a sensor board **237**, a main board **235**), although it should be understood that the boards could be combined or further split up, etc. In the depicted embodiment, the main board **235** includes the controller **188**. FIGS. **21**-**25** are schematic diagrams of various example electronics of the scent dispenser **132** illustrating wiring and features of the electronics that would be readily interpretable and understandable by one having skill in the art. In particular, FIG. **21** is a schematic diagram of an example controller **188**, which includes a wireless communications chip (e.g., the interface **190**); FIG. **22** is a schematic diagram of an example PS **184**; FIG. **23** is a schematic diagram of an example heating element circuit including the heating element(s) **196**; FIG. **24** is a schematic diagram of an example sensor **186**, such as a temperature sensor configured to sense the temperature of a heating element **196** and provide the temperature to the controller **188** for temperature feedback control; FIG. **25** is a schematic diagram of an example output device **192**, such as an array of LEDs controllable by the controller **188** based on light settings set using the scent application **108**.

In FIG. **2E**, a retaining mechanism **248** of the vial **250** couples with a corresponding retaining mechanism **246** included in a slot of the scent dispenser **132**. In some embodiments, the vial retaining mechanism **248** may include first and second vial couplings **244**. The first and second vial couplings **244** receive and detachably retain the first side **264** of the first and second vials **250**, respectively. In some instances, the first and second vial couplings **244** includes one more surfaces shaped to engage with and secure the neck **258** of the first side **264** of the first and second vials **250**.

As shown, the retaining mechanism **248** may be a protrusion extending outwardly from a surface of the vial, such as the neck or the body of the vial. In the specific example depicted, the protrusion extends around the circumference of the neck **258** of the vial **250**, and the retaining mechanism **246** includes one or more coupling devices **244** that engage with the retaining mechanism **248**. In some embodiments, the coupling devices **244** may comprise one or more fasteners formed to detachably engage with the neck of the vial. For instance, the coupling devices **244** may include one or more clips protruding outwardly from a stopping member **249** along the neck **258** of the vial **250** toward the body **256** of the vial **250**. The clips include protrusions protruding inwardly toward the neck such that they engage with and hold the protrusion **260** of the neck **258**.

It should be understood that other variations for the retaining mechanism **248** and **246** are also possible and contemplated. For instance, the protrusion **260** may engage with corresponding channels formed in a surface of the retaining mechanism **246** into which protrusion **260** slides into an opposing side(s). In another example, the neck **258** includes a grove and the retaining mechanism **246** includes corresponding protrusions or rails that mate with the grove. Numerous other variations are also possible and contemplated.

As illustrated in FIGS. **2F** and **2G**, the scent dispenser **132** may include a heating element(s) **196** to heat the solution from the vial(s) **250** installed in the scent dispenser **132**. In some embodiments, the wick **252** passes a scented solution to the heating element **196**. The heating element **196** diffuses the scented solution by heating the scented solution to the temperature level regulated by the controller **188**.

An example heating element **196** may include a ceramic material (e.g., ceramic resistor, such as a wire wound ceramic heating element). Heating the solution received from the vial **250** accelerates diffusion of the solution into the surrounding air. The housing **200** may include one or more ports **214** in the lid **204** to allow the diffused air to pass into the surrounding environment, as shown in FIGS. **2A** and **2B**. The more heat applied by the diffusion device, the stronger the evaporative rate and thus the stronger the smell that may be produced.

In some embodiments, a scent solution of a vial **250** may require a certain heating range to be diffused effectively, and the controller **188** may receive specific state settings for that scent solution from the dispenser management application **160** and use those settings to control the temperature of the corresponding heating element **196**.

In the depicted embodiment, the vial retaining mechanism **246** includes wick receiver(s) for receiving the end(s) of the wick(s) **252** of the installed vial(s) **250** and passing them to the heating element(s) **196**. For instance, the scent dispenser **132** may include a first (e.g., left) heating element **196** situated on a side of the stopping member **249** opposing a first (e.g., left) vial **250**, and a second (e.g., right) heating element **196** situated on the side of the stopping member **249** opposing the second (e.g., right) vial. The first heating element **196** heats an end of the wick **252** extending through the wick hole **247** of the first wick receiver **243**, and the second heating element **196** heats an end of the wick **252** extending through the wick hole **247** of the second wick receiver **243**.

A wick receiver **243** may include a stopping member having a wick hole **247** extending through the stopping member **249** of the wick receiver **243**. The wick hole **247** of the wick receiver **243** receives a wick **252** extending outwardly from the opening of the first side **264** of the vial **250** (e.g., see FIGS. **5A** and **5B**). Multiple wick receivers **243** may be included to match the number of vials being heated.

In some embodiments, a heating element **196** is shaped to receive and heat a wick **252** of a vial **250**. For example, the a heating element **196** (e.g., first, second, etc.) may include a ring **245b** extending from a main body **245a** that receives the end of the wick **252** extending through the wick hole **247** of the wick receiver **243**. In some instances, a metallic heating wire may be wound in the main body **245a** and the ring conducts the heat around the wick **252**, although other variations are also possible and contemplated.

The electronics (e.g., **235**) of the scent dispenser **132** include an intensity control unit that controls the intensity of diffusion by the diffusion device. For example, the controller **188** may use pulse width modulation (PWM) to digitally control the (analog) power provided to a heating element **196** of the diffusion device. The controller **188** is coupled to one or more temperature sensors (not shown but installed proximate and/or on the heating element(s) **196**) to measure the temperature of the element(s) **196** and send feedback to the controller **188**, which determines whether to increase or decrease the temperature based on the desired intensity setting, which may be stored in state settings in a non-transitory memory device coupled to the controller **188**. The intensity setting may be variable based on the time of day or other parameters, and/or user-defined using the scent application **108**, as discussed elsewhere herein.

In some embodiments, the diffusion device uses the above described PWM output control and temperature input data in conjunction with a PID (proportional, integral, derivative) control loop firmware algorithm. This is beneficial as it can increase the reliability, robustness, and ruggedness of the

US 11,213,601 B2

23

diffusion device. With proper system tuning, the PID control can help to ensure that the temperature will more accurately track the desired set point, with less over/undershoot. For instance, the following example code could be used by the controller **188**.

```
previous_error = 0
integral = 0
start:
        error = setpoint − measured_value
        integral = integral + error*dt
        derivative = (error − previous_error)/dt
        output = Kp*error + Ki*integral + Kd*derivative
        previous_error = error
        wait(dt)
        goto start
```

In further embodiments, in additional and/or alternative to a PID loop, the firmware may program the controller **188** to use a PI loop or other suitable feedback control loops to control the temperature.

As discussed herein regarding the inventive intensity control performed by the controller **188** in conjunction with the heating element(s) **196**, the scent dispensation may be digitally controlled through pulse width modulation (PWM). In some embodiments, the heating element switching discussed herein may also utilize the same or similar hardware and/or software to carry out those operations.

In some embodiments, through algorithmic direction from the instance of the scent application **108** (e.g., smart phone app), via the cloud platform described herein, and thereafter the dispenser's firmware, the hardware may be instructed to set at least one vial diffuser (heating element) to a PWM of zero (thus turning it off) and at least one other to some PWM value above zero (thus turning it on). Similar logic may also perform switching between vials **250**. In this example, the scent application **108** software logic, dispenser management application **160** software logic, and/or firmware **194** software logic may prevent and/or allow two or more vial diffusers (e.g., heating element circuitries) from being turned on simultaneously, although for other embodiments, they could be otherwise adapted if necessary.

In some embodiments, the firmware may program the controller to heat multiple elements **196**. In some embodiments, the heating of multiple elements **196** may be utilized to mix different scent solutions contained in different vials **250** installed int eh scent diffuser **132**. In some embodiments, the heating of multiple elements **196** may be utilized to further increase the scent intensity in a given room in which the scent dispenser **132** is installed. Each scent solution may have a temperature range in which it can be effectively diffused (e.g., without cause burning of the scent solution). As such, a given heating element **196** may have a maximum rate at which a particular scent solution can diffused (maximum temperature the scent solution can be diffused). Advantageously, to increase diffusion beyond the maximum rate for a given vial **250** and heating element **196**, the controller **188** may actuate a plurality of heating elements (e.g., a first, a second, etc.) configured to dispense the same scent solution. Further, a scent solution may have a particular temperature at which it optimally diffuses (e.g., below a maximal rate). Using plural heating elements allows the scent to diffuse at this rate while meeting the volume and/or intensity requirements of a given room. The firmware may retrieve state settings (e.g., received from the dispenser management application **160**) instructing the controller **198** to heat a plurality of wicks **252** at particular temperatures,

24

and the controller **188** may control the heating of the heating elements **196** accordingly. In further embodiments, the settings for different scents may be preloaded on the dispenser and the dispenser may adjust the heating of different scent solutions based on the store settings. The state settings received from the dispenser management application **160** may include data specifying which vial(s) to diffuse, the temperature at which to diffuse the solution from the vial, how long to diffuse the solution for, etc.

The controller **188** may listen for updated scent settings (e.g., by sending iterative requests to the dispenser management application **160**, running a local server configured to listen for update requests including state settings from the dispenser management application **160**, etc.). Further, the controller may **188** send check-in requests to the dispenser management application **160** reporting the operational status of the dispenser **132**.

In some embodiments, state settings for scent dispenser **132** operation are synchronized with the dispenser management application **160**. The interface **190** may utilize any communication protocol that is suitable, such as 801.11 protocols (e.g., Bluetooth, Wi-Fi™, etc.).

The controller **188** may be programmed by the firmware to update the state settings when a user modifies the settings using an instance of the scent application **108** operating on his/her user device. The scent application **108** may transmit new and/or updated settings to the dispenser management application **160**, which is programmed to then synchronize the settings with the scent dispenser **132** if applicable. In addition, if the scent dispenser **132** is ever turned off, and/or the state settings are lost somehow (e.g., due to malfunction or power disruption), the scent dispenser may be reinitialized (e.g., by the controller **188** downloading the state settings and configuring the hardware of the scent dispenser **132** based on the settings). The controller **188** may receive settings via the interface **190** and update the settings stored in the non-transitory memory of the scent dispenser **132**. The non-transitory memory may be embedded in the controller **188** or may be a separate device that is coupled to the controller **188**. In some embodiments, the microcontroller may include MOSFET circuitry, the interface **190**, firmware, etc.

Any state information of the scent dispenser (e.g., the volume, available vials, vial in use, diffusion level, current LED color, etc.) can be communicated, via a wireless transceiver (e.g., the interface **190**) electronically coupled to the controller **188** that controls the above-noted electrical components, via the network **102** (e.g., the Internet) to the server **150**, which may relay the information via the network **102** to the scent application **108** operating on a computing device **106** of a user **112** (e.g., mobile device) that is associated with that scent dispenser **132**. This advantageously allows the user to view and react to the information in real time.

In some embodiments, the controller **188** may be electronically coupled (e.g., wired, wirelessly) to a motion sensor **186** (e.g., a passive infrared sensor (PIR), photocell, other suitable motion sensor, etc.) reflecting the presence or absence of people within a room in which scent dispenser(s) **132** are installed. The motion sensor **186** in some cases may be a device embedded in the scent dispenser **132** and/or may be a separate device that is installed in the premises and electronically coupled to the scent dispenser **132**. Other variations are also possible and contemplated.

Based on a predetermined duration of inactivity (e.g., no motion detection signals received from the motion sensor **186**), the controller **132** may deactivate the heating elements

US 11,213,601 B2

25                                                                                                 26

196 and suspend operation of the scent dispenser **132**, or may reduce the diffusion intensity by a certain percentage or to a certain minimal threshold, to economize the scent solution. In the latter example, upon detecting motion within the room via the motion sensor **186** (e.g., based on a detection signal received from the motion sensor **186**), the controller **188** may restore and/or increase diffusion. Data regarding presence in a given room through the day may be transmitted to the dispenser management application **160**, stored as premises data **180** in the data store, and used to generate analytics about user preferences, such as whether users prefer to scent a room even though users aren't present, whether users prefer to scent a room only if users are present, whether users prefer to maintain a minimal scent in a room if users aren't present, etc. This may be determined using the usage data because the usage data may be time and/or date coded so that the rate of use, as well as the time of day, day of week, etc., usage occurred may be determined by the dispenser management application **160**.

In some embodiments, the controller **188** may receive wireless signals broadcasted by other devices within transmission range, determine if the signals are broadcasted by other scent diffusers **132**, process the strength of the signals belonging to the other scent diffusers **132**, and adjust scent diffusion based on the signal strength of other scent diffusers **132** that satisfy a predetermined signal strength threshold, as discussed in further detail with reference to at least FIG. **8**.

FIGS. **3**A and **3**B depict various aspects of an example vial sensor **300**.

In some embodiments, the vial (e.g., volume) sensor **300** may be a sensing device for determining the volume level of the vial. The vial volume sensor may include a sensor, which produces an electric field. As the liquid volume in the vial **250** changes, the sensor **300** detects a change in the electric field and correlates the change into a volume change. Predetermined coefficients may be used by the controller **188** and/or **328** to perform the correlation and determine the vial volume reliably. In some cases, the sensor **300** is a capacitive sensing device, which is advantageous because it is inexpensive, robust, and uses a noncontact approach which reduces the probability of failure of the component over time due to the buildup of dirt, chemicals, etc. However, it should be understood that other ways of sensing the vial volume are also applicable, such as resistive, transmission line techniques (e.g., a probe sensor, etc.), and are encompassed by this disclosure.

FIG. **3**A is a schematic diagram of an example vial sensor **300** and FIG. **3**B is a block diagram of the example vial sensor **300**. As shown, the vial sensor **300** includes a plurality of pads **302** that are wired to a controller **328**. The pads **302** may belong to one or more arrays. As shown, the vial sensor **300** includes two arrays of pads **302** (those wired to ports P**2-0** through P**2-5** and those wired to P**0-2** through P**0-7**). The controller **328** electrically charges the sensor pads **302** of each array, and detects a change in the signals received from the array, and determines a corresponding change in the fluid level of the scented solution of the vial.

A non-limiting example of the controller **328** may include an ARM-based microcontroller, such as one manufactured by Cypress Semiconductor under PN CY8C4124LQI-443, although it should be understood that other chip architectures are also applicable, that the controller **328** may be combined with other processors, and/or that numerous other variations are possible, contemplated, and applicable.

Further, as shown in FIG. **3**B, the vial sensor **300** may include the controller **328** including pins **322** and a chip **330**, resistors **324** connecting various pins **322** of the controller **328** to first, second, etc., arrays **354** of pads **302**a-**302**n (e.g., via wires **326**), a set of capacitors **332** to regulate the voltage powering the controller **328**, and a testing and/or firmware flashing module **334**.

It should be understood that the shape and dimensions of the pads **302** may vary based on implementation. Thus, while a certain number of pads (e.g., 6) of an array **322** are used by example to describe the vial sensor **300**, any suitable number of pads **302** may be used to provide the functionality and benefits described herein. For Instance, the sensor pads **302** may be nested, narrower, larger, horizontally or vertically disposed, place in a multidimensional array, etc.

In some embodiments, the wires **326**, pads **302**, and/or trace patterns **326** may comprise a conductive material, such as metal (e.g., PCB copper). The controller **328** may be programmed using firmware, which may be stored in an embedded or separate non-transitory memory device and loaded upon initialization of the scent dispenser **132**. The firmware may program the controller **328** to sense the vials **250** as described herein, and provide sensory output to the controller **188** and/or other components.

In an example embodiment, the pads **302** of an array **322** may be spaced 1-2 mm apart and may include a plurality (e.g., 2, 3, 4, 5, 6, 7, 8, etc.) copper sensor pads, although other spacing dimensions, pad sizes, and number of pads may be used, as described elsewhere herein. In some instances, various pads **302** (e.g., top and bottom corner pads) may be connected through jumper options that allow for driven shield, ground, and normal sensor pad connection options. Further, sensor pad connections may be in series with in-line resistors to the chip pins **322** of the controller **328**.

The circuitry/electronics of the vial sensor **300** may include resistors **324** between the pins of the microprocessor **328** and the sensor pads **302** to adjust the current being applied to the sensor pads **302** so they consistently charge to a level that allows for an electric field emitted by them to pass through the air between the sensor pads **302** and an adjacent vial sidewall **266** so the presence and/or absence of a solution contained in the vial **250** adjacent to the pad **302** may be detected. Further electronics of the vial sensor **300** may include resistors **324** located near the line of where a center line of an H-shaped vial sensor **300** meets a sensor region; I2C PSOC connections for tuner connectivity; digital ground pours on top/bottom of the PSOC mounting area, etc., although other variations are also possible and contemplated.

FIGS. **4**A-**4**D are block diagrams depicting a progression for sensing a solution level of vial(s) **250** using a vial sensor **300**. In FIG. **4**A, the vial **250** is relatively full (e.g., 80%) of scent solution **250**. The array of sensor pads **302** are electrically coupled to a controller and charged. A sidewall of each vial **250** is situated adjacent to a corresponding array **320** of sensor pads **302** (e.g., at a certain distance, which may predefined) within an array of electric fields **322**. The array **320** of sensor pads **302** are electrically charged by the microcontroller **128** (responsive to an actuation signal from the controller **188** using power from the PS **184**) to produce the array **322** of electric fields. The controller **328** detects changes in one or more of the electric fields **322** of the array as the solution **310** is dispensed from the corresponding vial **250** (responsive to heating by a corresponding heating element **196**).

The vial sensor **300** may include any number of (e.g., two or more) arrays **322** of sensor pads **302** that are respectively arranged in alignment with the (e.g., two or more) vials **250** retained by the (e.g., two or more) vial couplings (e.g.,

US 11,213,601 B2

27                                                                28

coupling device(s) **244**). For instance, arrays **320** of sensor pads **302** may be situated along various sides (e.g., first, second, left, right, middle, etc.) of the vial sensor **300**. Each array **320** of sensor pads **302** may be arranged in alignment with a corresponding vial **250** retained by a corresponding vial coupling, such as a vial coupling of the retaining mechanism **246**. In embodiments, with multiple vials **250**, the controller **328** charges multiple arrays **322** to sense the fill level of those vials **250**.

As the solution is used up **310**, and the fill level (also called fluid level or solution level) goes down, the signals provided by the sensor pads **302** change. For example, the signals **306** that are output to the controller **328** and/or **188** in FIG. **4**A reflect that the bottom four sensor pads **302** detect a maximum capacitance reflecting that the portions of the vial **250** corresponding in location to those sensor pads **302** are full. However, the top two sensor pads **302** detect a minimum capacitance reflecting that the portions of the vial **250** corresponding in location to those sensor pads **302** are empty. The controller **328** and/or **188** may aggregate the signals and determine an overall fill level (e.g., 80%, 50%, 20%, 1%, etc.). As the solution is dispensed during operation, the solution level 310 drops, and as a result, the output to the controller **306** changes (e.g., in FIG. **4**B, three pads register a minimum capacitance, one registers an high capacitance (e.g., less than the maximum but closer to the maximum than the minimum), and three register a maximum capacitance; in FIG. **4**C, five pads register a minimum capacitance and two pads register a maximum capacitance; and in FIG. **4**D, six pads register a minimum capacitance and one pad registers a low capacitance due to a trace amount of solution being left in the vial **250**). The controller **188** may transmit usage data, such as the rate at which the solution of each vial drops, as determined using data from the vial sensor **300**, to the dispenser management application **160** for storage and/or use in generating analtyics, as described in further detail herein. In some embodiments, the output **306** may be output on a cycle, such as the duty cycle of the controller **328** and/or **188**, although other timing variations are also possible and contemplated.

The controller **328** may detect changes in the one or more of the electric fields **322** as the solution **310** is dispensed from the corresponding vial **250**. For clarity, the term controller, as used herein, may refer to the controller **188**, the controller **328**, or both the controller **188** and the controller **328**, unless specifically described otherwise.

In some embodiments, the controller **188** may be electrically coupled to heating element(s) **196** and electrically coupled to array(s) of sensor pads **302** via the controller **328**. The controller **188** may regulate the temperature level of the heating element(s) **196**, and the controller **328** may receive signals from the array(s) **322** of sensor pads **302**, and provide the signals to the controller **188** for processing. The controller **188** may process the signals to determine a fluid level of the vial(s) **250** and/or may relay the signals to dispenser management application **160**, which may store the signals as usage data **178** in association with the scent dispenser **132** and/or vial(s) **250** and/or scent being dispensed (using their corresponding IDs). In some cases, a change in a signal received from a pad **302** may reflect a change in capacitance due to a reduction in the solution near the pad **302**.

The controller **188** may be programmed to switch between, and or include multiple, vials **250** in implementation where a plurality of heating elements **196** and vial slots **222** are included in a scent dispenser **132**. The circuitry of the heating elements **196** may include a switch mechanism allowing for independent control and/or heating of the heating elements **196**.

The heating element switching mechanism includes executable firmware logic and the switching circuitry of the heating elements **196**. The heating element switching mechanism is configured to switch between the different solutions contained in the vials **250** so the scent dispenser **132** can diffuse different scents at different times. The controller **188** can control the operation of the heating element **196** based on a user-defined schedule or on-demand based on a user instruction submitted via the scent application **108** operating on the user's computer device **106**. In addition, in some cases, the controller **108** can automatically instruct the heating element switching mechanism to switch from using one vial **250** to another vial **250** when the first vial **250** has run out of solution. Once switched, the previously active heating element **196** is switched off and another heating element **196** is turned on, which results in the scent heated by the other heating element **196** to begin diffusion and the former to cease diffusion. Further, the switching mechanism can allow for multiple heating elements **196** to be active at the same time at the same or different temperature levels, depending on the settings received from the dispenser management application **160**.

Additionally, the scent dispenser **132** described herein may further amplify the efficiency of switching between or to include multiple scents. In some embodiments, to do so, the scent dispenser **132** utilizes a combination of additional software logic and the inclusion of bar and/or detectable objects (e.g., QR codes) on the vials **250**. FIG. **13** depicts an example vial **1300** that includes an example detectable object **1302**. The scent dispenser **132** may include an optical sensor to capture the detectable object **1302** and determine the identity of the vial **1300** based thereon.

In an example, a camera, scanner, etc., included on the main board **235** may scan a vial **250** upon insertion into a slot of the scent dispenser **132**. The controller **188** may receive the captured data and identify the vial **250**, and/or send the captured data to the dispenser management application **160**, which may in turn identify the vial **250** and indicate the slot in which the vial **250** is installed. Upon identification of the vial **250**, the controller **188** may load the scent diffusion settings for that vial **250** and slot (e.g., heating element **196**), such as the temperature, heating duration, whether to actuate other output devices **192** and the parameters for actuating those output devices **192** (e.g., LEDs, audio reproduction device(s), etc.).

In another example, upon the user receiving a new vial refill, the scent application **108** executing on the user's mobile device may prompt the user **112** to either manually select within the scent application **108** the correct scent of the their new refill, or alternatively, utilizing an image capture device of the user's mobile device (e.g., the user's phone's bar code scanner/camera) to scan the detectable object, such as unique graphical image included on the vial **250** (e.g., the bar code, QR code, etc., on the vial). The scent application **108** and/or the dispenser management application **160** may identify specifically which scent solution the vial **250** contains and then associates it with the correct vial slot/insert position **222** in the dispenser **132** (e.g., by querying a table that includes this information using the unique identifier associated with the unique graphical image). This scanning process adds simplicity for the user and also increases the integrity of the collected data analytics. It also verifies which vials **250** are being used and can prevent counterfeit vials **250** from being used. This is advantageous,

US 11,213,601 B2

<table>
<tr><td>29</td><td>30</td></tr>
</table>

as some solutions that are homemade or non-authentic could be flammable, toxic, cause respiratory distress, or other issues.

In some embodiments, room profiles stored in the data store 170 and/or in a local memory, and may be used to control the level of diffusion and which scents are diffused by the scent dispenser over time. In addition, the room profile may include color and intensity settings for the devices of the scent dispenser, such as one or more lights (e.g., LEDs) included in the scent dispenser. The LED(s) may be variable LEDs that can produce virtually any color. These colors may be correlated with the scent being diffused from the different vials included in the scent dispenser to produce a different mood (relaxing, energetic, etc.) for the room at different times of the day, times of year, etc. The controller 188 may reference the state settings (e.g., reflecting the room profile) to determine how to control the level of intensity of diffusion, which vial 250 should be active, the level of intensity of the output devices (e.g., LEDs), the characteristics of the output devices (e.g., color, sound, etc.). Additionally or alternatively, the user may set the parameters of the output devices (e.g., intensity and color of the LED(s)), remotely using the scent application 108, which the scent dispenser may receive and then implement responsive to receiving corresponding state settings from the dispenser management applicant 160.

FIG. 6 is a flowchart of an example method 600 for sensing vial volume. In block 602, the method charges the sensor array(s) 322, and in block 604, the method 600 heats heating element(s) 196 that are fluidly connected to the vial(s) 250. In some embodiments, wick(s) 252 may fluidly connect the heating element(s) 196 with the vial(s) 250. In further embodiments, the vial(s) 250 may be fluidly coupled to the heating element(s) 196 using other arrangements, such as heating the vial(s) 250 themselves, dripping scent solution into the vial(s) 250 (e.g., using a gravity fed configuration where the vial(s) 250 are still upside down), etc.

In block 606, if the method 600 receives signals from or more sensor arrays 322, the method 600 may proceed to determine the signal values in block 608, compute vial fill level(s) using the signal values in block 610, and transmit, in block 612, the vial fill level(s) to the dispenser management server 150 for processing and/or storage by the dispenser management application 160.

In block 614, the method 600 determines whether the dispenser 132 is still active, and if so, proceeds to block 606 for another iteration. If, in block 614, the dispenser 132 is no longer active (e.g. the scheduled scent diffusion presented, the scent dispenser 132 is inactivated (sometimes referred to as turned off), a loss of power occurred, etc.), the method 600 returns to block 616 and awaits actuation of the scent dispenser 132. Method 600 may check (e.g., routinely, etc.) to see whether an actuation signal has been received, and upon receiving an actuation signal (e.g., responsive to a timer triggering, responsive to receiving state settings from the dispenser management application 160, etc.), may return to block 602 and repeat the method 600. If in block 608, the signals of the received from the sensor array(s) 322, the method 600 may wait until the signals received before proceeding to block 608, and if too much time passes, may report an error and exit. If, in block 618, no actuation signal is been received, the method 600 may continue to stay active and wait for an actuation signal to proceed.

FIG. 7A is flowchart of an example method 700 for activating a vial 250. In block 702, the scent application 108 may receive a vial identifier for the vial 250. For example, using the user interface, the user 112 may enter the vial identifier using an input device of a user device 106 that is executing the scent application 108. In a further example, the user may capture an image object include on the vial 250, and the scent application 108 may process the captured image object to determine the vial identifier. Other variations are also possible and contemplated.

In block 704, the scent application 108 may identify the scent dispenser 132. For example, the user may input an identification of the scent dispenser 132 into which the user intends to install/has installed the vial 250, or the scent application 108, using fill level data for the scent dispensers 132 registered to the user 112. Based on the data stored in the data store 170, the scent application 108 may provide a list of empty vials 250 that are installed in the scent dispensers 132, and/or suggest the user replaceable of those vials 250 with the vial 250 corresponding to the vial identifier specified in block 702.

Upon identifying the scent dispenser 132 into which the vial 250 is to be installed, the scent application 108 determines, in block 706, into which slot 222 of the scent dispenser 132 user intends to install/has installed the vial 250. This may be based on a user selection of the slot 222 using an input device of the user device 112 and a corresponding user interface presented by the scent application 108, and/or based on a recommendation to the user on which vial 250 to replace based on the fill levels of the determined scent dispenser 132.

In block 708, the scent application 108 and/or the dispenser management application 160 may associate the vial 250 with the determined slot 222 of the scent dispenser 132. For example, the dispenser management application 160 may store dispenser data reflecting the installation of scent in the slot 222 and/or associating a unique vial identifier with the slot 222. This information may be used to generate analytics, often in conjunction with a multiplicity of other users, to determine user scent preferences behavior and generate corresponding data visualizations and graphical user interfaces for navigating the analytics.

FIG. 7B is flowchart of a further example method 750 for activating a vial 250. In block 752, a sensor 186 of the dispenser 132 detects that the vial 250 is inserted into one of the slots of the scent dispenser 132. In some embodiments, the vial sensor 300 may detect the presence of the vial due to a large change in capacitance. In some embodiments, an optical sensor may detect the change in light, and RF reader may detect the presence of a corresponding RF tag included on the vial 250, or a touch sensor may detect the presence of the vial 250 by coming into contact with it. Other variations are also possible and contemplated.

In block 754, the sensor 186 may capture the unique identifier of the vial 250. In some embodiments, the unique identifier may be embodied by an optical representation included on the vial 250, such as one scannable using an optical sensor. In some embodiments, the unique identifier may be transmitted via radio frequency responsive to an RF tag being placed proximate to an RF reader. In some embodiments, the color of the vial 250, or some other visual representation, may be captured by sensor 186 of the scent dispenser 132 and used as and/or processed into a unique identifier. As shown in FIG. 13, and an embodiment may use a QR code 1302, and the sensor 26 may be a scanner configured to scan and interpret the QR code 1302.

In block 756, the sensor 186 and/or the controller 188 may process the captured data to identify the vial 250. Some embodiments, the controller 188 may cooperate with the dispenser management application 160 to decrypt the captured data and determine a unique identifier for the vial. In

US 11,213,601 B2

31                                                             32

block **758**, the controller **188** and/or the dispenser manage-
ment application **160** may use the unique identifier for the
vial **250** to verify the viability of the vial. For example, if the
vial **250** is brand-new, the data store **170** may include data
reflecting the existence of the vial **250** and that the vial **250**
is never been used and are installed in a scent dispenser **132**.
In another example, the vial **250** has been partially used, the
data store **170** will include usage data reflecting that usage
and that the vial **250** has never been used to depletion, and
as such, will allow for continued use of the vial **250** (e.g.,
provided in some cases that the scent solution included in the
vial **250** is unexpired). In a further example, if the usage data
stored in the data store **170** reflects that the vial **250** in use
is used to completion, or in other words all of the scent
solution have been used, then the dispenser management
application **160** and/or the controller **188** may prevent the
scent dispenser **132** from dispensing scent from the vial **250**.
Further, the dispenser management application **160** may
detect when a vial **250** might somehow go from the 50% fill
level to an 80% fill level based on sensor data received from
a vial sensor **322**, thus indicating that a user may have filled
the vial **250** with additional solution. In this case, since
heating the unknown solution could yield harmful effects,
the dispenser management application **160** and/or the con-
troller **180** may prevent usage of the vial **250** in the scent
dispenser **132**.

In block **760**, the scent application **108** and/or the dis-
penser management application **160** may associate the vial
**250** with the determined slot **222** of the scent dispenser **132**.
For example, the dispenser management application **160**
may store dispenser data reflecting the installation of scent
in the slot **322** and/or associating a unique vial identifier with
the slot **222**. This information may be used to generate
analytics, often in conjunction with a multiplicity of other
users, to determine user scent preferences behavior and
generate corresponding data visualizations and graphical
user interfaces for navigating the analytics.

FIG. **8** is a flowchart of an example method **800** for
automatically adjusting the dispensation intensity of a scent
dispenser **132** based on the presence of nearby scent dis-
pensers **132**.

In block **802**, the controller **188** of the first scent dispenser
**132** enables an interface **190** of the first scent dispenser **132**,
and upon doing so, receives in block **804**, wireless local area
network (WLAN) transmissions from other devices within
transmission rate. In block **806**, the controller **188** identifies
one or more second scent dispensers **132** based on the
WLAN transmissions. In some embodiments, the transmis-
sion may include identifying data reflecting that the device
is a scent dispenser **132** and/or the scent dispenser **132** is
actively dispensing. Some embodiments, that identified data
may be encrypted, and the controller **188** may decrypt the
data for security reasons.

In block **808**, the controller **188** of the first scent dispenser
**132** may process the signals by broadcasted by the identified
second scent dispenser(s) **132** to determine the strength of
the signals, and based on the strength of the signals, may
determine, in block **810**, distance(s) between the second
scent dispenser(s) **132** and the first scent dispenser **132**.

Based on the distance(s), the controller **188** may, in block
**812**, adjust an intensity level at which or more scent is being
dispensed by the first scent dispenser **132**. For example, the
controller **188** may have a predefined set of rules correlating
scent intensity and a density of scent dispensers **132**, and the
controller **188** may utilize this data to adjust the intensity
level. In a further example, the controller **188** may utilize
thresholds reflecting intensity level relative to distance from

other scent dispensers **132**, and may use the thresholds to
adapt scent intensity. In further embodiments, the first scent
dispenser **132** may transmit data reflecting the environment
including the neighboring second scent dispenser(s) **132** and
their dispensing activity, and the dispenser management
application **160** may send state settings to one or more of the
second scent dispenser(s) **132** to adjust the scent dispensa-
tion levels of those dispenser(s) **132**. In some instances,
sending state settings may include calling functions surfaced
by the scent dispenser **132** using various parameters, as
discussed elsewhere herein.

FIG. **9** is a flowchart of an example method **900** for
adjusting the dispensation intensity of a scent dispenser **132**
based on room size. In block **902**, the scent application **108**
may receive input from the user indicating a room size of a
room. For example, the user may input the dimensions of a
room using a corresponding interface of the scent applica-
tion **108** and an input device of the user's computing device
**106**. In block **904**, the scent application **108** may receive
input associating the scent dispenser **132** with a particular
room. For example, the user, using a corresponding interface
of the scent application **108** and an input device of the user's
computing device **106**, may select a room type from a
predefined list of from types and enter a custom name for the
room, although other variations are also possible.

In block **906**, based on the room size determined in block
**902**, the dispenser management application **160** may deter-
mine a number of vials to use for dispensing scent solution
in that room, and may transmit corresponding state settings
to the scent dispenser **132**. The scent dispenser **132**, upon
receiving the state settings, may, in block **908**, activate the
heating elements **196** corresponding to the number of vials
determined in block **906**. This is advantageous for a larger
room which may require a scent dispenser **132** to diffuse scent
from more than one vial **250** so that the scent level in the
room is adequate. This is also advantageous for smaller
rooms which may require less scent diffusion, and thus
fewer heating elements to be activated.

FIG. **10** is a flowchart of an example method **1000** for
controlling operation of scent dispenser(s) based on geolo-
cation data.

In block **1002**, a scent application may receive input(s)
defining geofence settings for scent dispensers **132** installed
on particular premises for one or more users (e.g., as
reflected by unique user IDs). For example, the user may
input, using a graphical user interface displaying a map, the
area of the geofence, which may be represented as an
overlay in the graphical user interface.

In block **1004**, the scent application **108** may transmit the
geofence settings to the dispenser management application
**160**, which may store the settings as user data in the data
store **170** in association with the user(s) (e.g., using the user
IDs).

In block **1006**, the dispenser management application **160**
may receive geolocation data from a location-aware device
associated with a particular user ID (e.g., the user's smart-
phone), such as one associated with the geofence data stored
in block **1004**. In block **1008**, the dispenser management
application **160** compares the geo-location data associated
with the particular user ID with the geofence settings stored
for that particular user ID in the data store **170**, and based on
the comparison determines whether a geolocation of the user
is within the geofence. If the geolocation is not within the
geofence, the method **1000** may return to block **1006** to
receive updated geo-location data. If the geolocation is
within the geofence, the dispenser management application
**160** may determine whether the geofence criteria of another

US 11,213,601 B2

33                                              34

user ID is associated with a particular user ID in the data store for the same premises already satisfied that geofence criteria and that a scent profile of another user **112** in use (e.g., a first scent is being dispensed by a particular scent dispenser **132** in a particular room the premises according to the settings of that user).

If the determination in block **1010** is negative, the dispenser management application **160** and generate and send state settings based on the scent profile that particular user associated with particular user ID (e.g. as reflected by the user data associated with that particular user ID in the data store **170**), and send the state settings to one or more scent dispensers **132** of the premises associated with a particular user ID so the scent dispensers **132** can be configured according to the settings of that particular user, as reflected by the scent profile that particular user.

If the determination in block **1010** is affirmative, the dispenser management application **160** determines which user has priority in block **1014**, and if the other user (the scent profile is currently in use) has priority, continues to use a scent profile of the other user **1016** (e.g., does not affect the current operation of the scent dispenser(s) **132**) of the premises. In some embodiments, the scent profiles of the particular user and the other user may not conflict for particular premises (e.g., users have selected devices in different rooms for use), in which case both scent profiles may be supported in the conflict resolution may be required. In other words, state settings reflecting the scent profile the particular user can be sent to certain scent dispensers **132** at the premises without affecting the scent dispensation currently occurring within the premises for the other user (e.g., by other scent dispensers **132**).

In some embodiments, the dispenser management application **160** may use the geofence settings stored in block **1004** for automatically turning the scent dispensers **132** of a given premises on or off (active or inactive) based on whether or not a particular user this present at the premises are not. For example, as the user leaves the premises, and the mobile device **106** of the user **112** leaves the geofence, the dispenser management application **162** may transmit signals to the scent dispensers **132** in the premises that are on to become inactive. Conversely, as the user's mobile device reenters the geofence upon returning to the premises, the dispenser management application **162** may transmit signals to the scent dispensers **132** in the premises to reactivate/wake-up based on the schedule data stored for the scent dispensers **132** in the data store **170**, although other variations are also possible.

In some embodiment, geo-location data associated with a given user, such as GPS data from a user's **112** portable electronic device **106**, can be used to further enhance the fragrance disbursement intelligence of the dispenser. For example, through the use of a low-power GPS mode, the scent application **108** operating on the user's device can register an event with the operating system of that device (e.g., iOS™ or Android™) to be notified when the user leaves the approximate radius of their house and/or neighborhood. Upon receiving that event trigger, remote communication to the device may be established via the dispenser management application **160** and the dispenser **132** may be instructed to shut down all fragrance dispensing. The reverse process may occur when the user returns home.

The method **1000** and corresponding embodiments are advantageous as they can automatically prevent wasted scent usage when the user is away from home (or office), and can be particularly helpful for individuals who are frequently away from the premises or to balance scent dispensation in a premises in which multiple users reside. The scent application **108** may further include settings to over-ride operation of the recovery mechanism, and/or adjust the operation thereof, as discusses elsewhere herein.

FIG. **11** is a flowchart of an example method **1100** for scheduling scent dispensation for room(s) of a premises. In block limited **1102**, the scent application **108** receives input, for a given user ID, defining a set schedule for a set installed in a scent dispenser **132** in a room of a premises.

In block **1104**, the scent application **108** may transmit the schedule data to the dispenser management application **160**, which in turn may store the scent schedule in the data store **170** of the server **150** in association with the scent dispenser **132** (and other entities, user, premises, etc.).

In block **1106**, the dispenser management application **160** may utilize the schedule data to monitor operation of the scent dispenser(s) **132** of that premises, and in block **1108**, may detect an event based on the scent schedule. The event may indicate a particular scent dispenser and an action for that scent dispenser.

In block **1110**, if the event indicates to start active dispensation of a scent, dispenser management application **160**, in block **1112**, generates and wirelessly transmits state settings instructing the scent dispenser **132** to dispense the scent, and the controller **188** receives and implements the state settings.

If, in block **1110**, the determination is negative, the method **1100** proceeds to block **1114**, in which the dispenser management application **160** determines whether to cease dispensing of the scent based on the event. If the determination is affirmative, the dispenser management application **160**, in block **1116**, generates and wirelessly transmits state settings instructing the scent dispenser **132** to disable dispensing the scent, and the controller **188** receives and implements the state settings.

If, in block **1114**, the determination is negative, the method **1100** proceeds to block **1118**, in which the dispenser management application **160** determines whether to switch between vials/switch scents. If the determination is affirmative, the dispenser management application **160**, in block **1120**, generates and wirelessly transmits state settings instructing the scent dispenser **132** to switch scents, and the controller **188** receives and implements the state settings (e.g., by deactivating one heating element **196** and activating another heating element **196** for heating a different scent).

Upon completion of blocks **1112**, **1116**, **1118** (assuming a negative determination), and/or **1120**, the method **1100** may return to block **1106** and repeat from there, and/or may exit.

FIG. **12A** is a flowchart of an example method **1200** for activating a scent dispenser **132** based on detected motion. In block **1202**, a motion sensor of the scent dispenser **132** may detect motion in the environment (e.g., room) within range/surrounding the scent dispenser **132**. Responsive to the detected motion, the controller **132** may activate the scent dispenser **132** (e.g. resume dispensing, query for current schedule and dispense according to schedule, await instructions, etc.).

FIG. **12B** is a flowchart of an example method **1250** for using motion detection to control operation of a scent dispenser. In block **1206**, a motion sensor of the scent dispenser **132** may monitor area. The controller **188** may be coupled to the motion sensor and receive motion data reflecting the presence or absence of motion within the area being monitored. In block **1208**, the controller **188** may determine a room to be vacant based on the motion monitoring, which may reflect that there's been no activity in the room for particular period of time (e.g., for a time threshold,

US 11,213,601 B2

35

no motion has been detected by the motion sensor). In block **1210**, the controller **188** may suspend dispensing a scent based on determining the room to be vacant.

The foregoing description, for purpose of explanation, has been described with reference to various embodiments and examples. However, the illustrative discussions above are not intended to be exhaustive or to limit the invention to the precise forms disclosed. Many modifications and variations are possible in view of the above teachings. The various embodiments and examples were chosen and described in order to best explain the principles of the invention and its practical applications, to thereby enable others skilled in the art to utilize the innovative technology with various modifications as may be suited to the particular use contemplated. For instance, it should be understood that the technology described herein can be practiced without these specific details in some cases. Further, various systems, devices, and structures are shown in block diagram form in order to avoid obscuring the description. For instance, various implementations are described as having particular hardware, software, and user interfaces. However, the present disclosure applies to any type of computing device that can receive data and commands, and to any peripheral devices providing services.

In some instances, various implementations may be presented herein in terms of algorithms and symbolic representations of operations on data bits within a computer memory. An algorithm is here, and generally, conceived to be a self-consistent set of operations leading to a desired result. The operations are those requiring physical manipulations of physical quantities. Usually, though not necessarily, these quantities take the form of electrical or magnetic signals capable of being stored, transferred, combined, compared, and otherwise manipulated. It has proven convenient at times, principally for reasons of common usage, to refer to these signals as bits, values, elements, symbols, characters, terms, numbers, or the like.

It should be borne in mind, however, that all of these and similar terms are to be associated with the appropriate physical quantities and are merely convenient labels applied to these quantities. Unless specifically stated otherwise as apparent from the following discussion, it is appreciated that throughout this disclosure, discussions utilizing terms such as "processing," "computing," "calculating," "determining," "displaying," or the like, refer to the action and methods of a computer system that manipulates and transforms data represented as physical (electronic) quantities within the computer system's registers and memories into other data similarly represented as physical quantities within the computer system memories or registers or other such information storage, transmission or display devices.

A data processing system suitable for storing and/or executing program code, such as the computing system and/or devices discussed herein, may include at least one processor coupled directly or indirectly to memory elements through a system bus. The memory elements can include local memory employed during actual execution of the program code, bulk storage, and cache memories that provide temporary storage of at least some program code in order to reduce the number of times code must be retrieved from bulk storage during execution. Input or I/O devices can be coupled to the system either directly or through intervening I/O controllers. The data processing system may include an apparatus may be specially constructed for the required purposes, or it may comprise a general-purpose computer selectively activated or reconfigured by a computer program stored in the computer.

36

The foregoing description has been presented for the purposes of illustration and description. It is not intended to be exhaustive or to limit the specification to the precise form disclosed. Many modifications and variations are possible in light of the above teaching. It is intended that the scope of the disclosure be limited not by this detailed description, but rather by the claims of this application. As will be understood by those familiar with the art, the specification may be embodied in other specific forms without departing from the spirit or essential characteristics thereof. Likewise, the particular naming and division of the modules, routines, features, attributes, methodologies and other aspects may not be mandatory or significant, and the mechanisms that implement the specification or its features may have different names, divisions, and/or formats.

Furthermore, the modules, routines, features, attributes, methodologies and other aspects of the disclosure can be implemented as software, hardware, firmware, or any combination of the foregoing. The technology can also take the form of a computer program product accessible from a computer-usable or computer-readable medium providing program code for use by or in connection with a computer or any instruction execution system. Wherever a component, an example of which is a module or engine, of the specification is implemented as software, the component can be implemented as a standalone program, as part of a larger program, as a plurality of separate programs, as a statically or dynamically linked library, as a kernel loadable module, as firmware, as resident software, as microcode, as a device driver, and/or in every and any other way known now or in the future. Additionally, the disclosure is in no way limited to implementation in any specific programming language, or for any specific operating system or environment. Accordingly, the disclosure is intended to be illustrative, but not limiting, of the scope of the subject matter set forth in the following claims.

What is claimed is:

**1**. A fragrance intensity control apparatus, comprising:
a first vial bay configured to receive and detachably retain a first vial including a first fragrance solution;
a first heating element disposed in the first vial bay and responsive to control data;
a first sensor proximate to the first heating element, the first sensor configured to measure a first temperature of the first heating element and to provide a first feedback based on the first temperature; and
a controller configured generate the control data to adjust a first intensity of a first fragrance based on the first fragrance solution dispensed from the first vial, the first intensity adjusted by adjusting the first temperature at a first set point of the first heating element to an adjusted temperature at an adjusted set point, the control data based at least in part on the first feedback to maintain the adjusted temperature at the adjusted set point during a diffusion of the first fragrance solution.

**2**. The fragrance intensity control apparatus, of claim **1**, wherein the control data is generated using a proportional-integral-derivative (PID) algorithm.

**3**. The fragrance intensity control apparatus, of claim **1**, wherein the control data is generated using a proportional-integral (PI) algorithm.

**4**. The fragrance intensity control apparatus, of claim **1**, wherein the control data is sent to the first heating element in a pulse-width modulation (PWM) format.

US 11,213,601 B2

37

**5**. The fragrance intensity control apparatus of claim **1**, further comprising:

a second vial bay configured to receive and detachably retain a second vial including a second fragrance solution;

a second heating element disposed in the second vial bay and responsive to the control data;

a second sensor proximate to the second heating element, the second sensor configured to measure a second temperature of the second heating element and to provide a second feedback based on the second temperature; and

the controller further configured generate the control data to adjust a second intensity of a second fragrance based on the second fragrance solution dispensed from the second vial, the second intensity adjusted by the second temperature of the second heating element, the control data based in part on the second feedback.

**6**. The fragrance intensity control apparatus of claim **5**, further comprising:

a switch configured to dispense one or more of the first fragrance solution from the first vial and the second fragrance solution from the second vial based on the control data from the controller.

**7**. The fragrance intensity control apparatus of claim **1**, wherein the controller generates the control data based at least in part on defined intensity requirements for a type of room.

**8**. The fragrance intensity control apparatus of claim **1**, wherein the controller generates the control data at least based in part on temperature sensitivity of the first fragrance solution.

**9**. The fragrance intensity control apparatus of claim **1**, wherein the controller is further configured to receive a first setting for the first intensity over a network from a management server.

**10**. The fragrance intensity control apparatus of claim **1**, wherein the controller is further configured to a first setting for the first intensity over a network from a user device.

**11**. The fragrance intensity control apparatus of claim **1**, wherein the controller is further configured to:

receive signals indicative of motion in a room serviced by the fragrance intensity control apparatus;

reduce the first intensity in response to the signals indicating inactivity in the room; and

restore the first intensity in response to the signals indicating activity in the room.

**12**. The fragrance intensity control apparatus of claim **1**, wherein the controller is further configured to:

receive signals indicative of another adjacent fragrance intensity control apparatus; and

adjust the first intensity based on the signals indicating a concurrent dispensing of an adjacent fragrance.

**13**. A method, comprising:

receiving and detachably retaining a first vial including a first fragrance solution in a first vial bay including a first heating element responsive to control data;

measuring by a first sensor proximate the first heating element a first temperature of the first heating element;

generating a first feedback based on the first temperature; and

generating by the control data to adjust a first intensity of a first fragrance based on the first fragrance solution dispensed from the first vial, the first intensity being

38

adjusted by changing the first temperature at a first set point of the first heating element to an adjusted temperature at an adjusted set point, the control data based at least in part on the first feedback to maintain the adjusted temperature at the adjusted set point during a diffusion of the first fragrance solution.

**14**. The method, of claim **13**, wherein the generating the control data is based on a proportional-integral-derivative (PID) algorithm.

**15**. The method, of claim **13**, wherein the generating the control data is based on a proportional-integral (PI) algorithm.

**16**. The method, of claim **13**, further comprising sending the control data to the first heating element in a pulse-width modulation (PWM) format.

**17**. The method, of claim **13**, further comprising:

receiving and detachably retaining a second vial including a second fragrance solution in a second vial bay including a second heating element responsive to the control data;

measuring by a second sensor proximate the second heating element a second temperature of the second heating element;

generating a second feedback based on the second temperature; and

generating the control data to adjust a second intensity of a second fragrance based on the second fragrance solution dispensed from the second vial, the second intensity based on the second temperature of the second heating element, the control data based in part on the second feedback.

**18**. The method, of claim **17**, further comprising:

dispensing one or more of the first fragrance solution from the first vial and the second fragrance solution from the second vial based on the control data.

**19**. The method of claim **13**, further comprising:

receiving signals indicative of motion in a room;

in response to the signals indicating inactivity in the room, reducing the first intensity; and

in response to the signals indicating activity in the room, restoring the first intensity.

**20**. A apparatus, comprising:

means for receiving and detachably retaining a first vial including a first fragrance solution in a first vial bay including a first heating element responsive to control data;

means for measuring by a first sensor proximate the first heating element a first temperature of the first heating element;

means for generating a first feedback based on the first temperature; and

means for generating the control data to adjust a first intensity of a first fragrance based on the first fragrance solution dispensed from the first vial, the first intensity being adjusted by adjusting the first temperature at a first set point of the first heating element to an adjusted temperature at an adjusted set point, the control data based at least in part on the first feedback to maintain the adjusted temperature at the adjusted set point during a diffusion of the first fragrance solution.

\* \* \* \* \*