David L. Mortensen (#8242)
   Email: dmortensen@foley.com
Tanner B. Camp (#17805)
   Email: tcamp@foley.com
Michael A. Manookin (#15667)
   Email: mmanookin@foley.com
Charles D. Morris (#18058)
   Email: charlie.morris@foley.com
FOLEY & LARDNER LLP
95 S. State Street, Suite 2500
Salt Lake City, UT 84111
Telephone: 801.401.8900

*Attorneys for Pura Scents, Inc*

# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF UTAH

| | |
|---|---|
| PURA SCENTS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>ATMOS FRAGRANCE, INC., a Delaware corporation, KRISTEN KNIGHT, an individual,<br><br>Defendants. | **STIPULATED MOTION TO EXTEND TIME FOR PURA SCENTS, INC. TO FILE ITS OPPOSITION TO DEFENDANTS' MOTION TO DISMISS COMPLAINT PURSUANT TO FED. R. CIV. P. 12(B)(6)**<br><br>Case No. 2:24-cv-00958-TS-DAO<br><br>The Honorable Ted Stewart<br><br>Magistrate Judge Daphne A. Oberg |

Plaintiff Pura Scents, Inc. ("Pura") and defendants Atmos Fragrance, Inc. and Kristen Knight (collectively, the "Atmos Parties") stipulate and move the Court to extend the deadline for Pura to file its opposition to the Atmos Parties' Motion to Dismiss Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) (ECF No. 13) (the "Motion"), from March 18, 2025 to March 25, 2025. A proposed order is submitted herewith.

Good cause exists for the requested extension. The time to file a response has not expired, and Pura's counsel had a personal emergency that makes meeting the current deadline impractical. Accordingly, Pura needs a short extension to adequately assess and respond to the issues addressed in the Motion. Thus, the parties respectfully request that the Court extend Pura's deadline to file its opposition from March 18, 2025 to March 25, 2025. A proposed order granting the stipulated motion is submitted herewith.

DATED:  March 17, 2025					FOLEY & LARDNER LLP


							*/s/ David L. Mortensen*
							David L. Mortensen
							Tanner B. Camp
							Michael A. Manookin
							Charles D. Morris

							*Attorneys for Plaintiff Pura Scents, Inc.*


DATED: March 17, 2025					KUNZLER BEAN & ADAMSON, PC


							*/s/ Chad Pehrson (signed with permission)*
							Chad Pehrson

							*Attorneys for Defendants Atmos Fragrance, Inc. and Kristen Knight*