David L. Mortensen (#8242)
  Email: dmortensen@foley.com
Tanner B. Camp (#17805)
  Email: tcamp@foley.com
Michael A. Manookin (#15667)
  Email: mmanookin@foley.com
Charles D. Morris (#18058)
  Email: charlie.morris@foley.com
FOLEY & LARDNER LLP
95 S. State Street, Suite 2500
Salt Lake City, UT 84111
Telephone: 801.401.8900

*Attorneys for Pura Scents, Inc*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| PURA SCENTS, INC., a Delaware corporation,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>ATMOS FRAGRANCE, INC., a Delaware corporation, KRISTEN KNIGHT, an individual,<br><br>　　　　　　　Defendants. | **ORDER GRANTING STIPULATED MOTION TO EXTEND TIME FOR PURA SCENTS, INC. TO FILE ITS OPPOSITION TO DEFENDANTS' MOTION TO DISMISS COMPLAINT PURSUANT TO FED. R. CIV. P. 12(B)(6)**<br><br>Case No. 2:24-cv-00958-TS-DAO<br><br>The Honorable Ted Stewart<br><br>Magistrate Judge Daphne A. Oberg |

　　　　This matter comes before the Court on the parties' Stipulated Motion to Extend Time for Pura Scents, Inc. to File Its Opposition to Defendants' Motion to Dismiss Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) (the "Motion"). The Court, having considered the Motion and for good cause appearing, HEREBY ORDERS AS FOLLOWS:

The Motion is GRANTED. The time for Pura Scents, Inc. to file a response in opposition to Defendants' Motion to Dismiss is extended from March 18, 2025 to March 25, 2025.

IT IS SO ORDERED.

DATED: March ___, 2025

                                                      The Honorable Daphne A. Oberg
                                                      United States Magistrate Judge

APPROVED AS TO FORM:

KUNZLER BEAN & ADAMSON, PC

*/s/ Chad Pehrson (signed with permission)*
Chad Pehrson

*Attorneys for Defendants Atmos Fragrance, Inc.
and Kristen Knight*