Edgar Cataxinos (7162)
 cataxinos@mcpc.law
James E. Magleby (7247)
 magleby@mcpc.law
Jennifer Fraser Parrish (11207)
 parrish@mcpc.law
**MAGLEBY CATAXINOS, PC**
141 W. Pierpont Avenue
Salt Lake City, Utah 84101-3605
Telephone: 801.359.9000
Facsimile: 801.359.9011

Attorneys for Plaintiff, Pura Scents, Inc.

**THE UNITED STATES DISTRICT COURT**

**DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| **PURA SCENTS, INC.**, a Delaware corporation,<br><br>　　Plaintiff,<br><br>v.<br><br>**ATMOS FRAGRANCE, INC.**, a Delaware corporation, **KRISTEN KNIGHT**, an individual,<br><br>　　Defendants. | **NOTICE OF SUBSTITUTION OF COUNSEL FOR PLAINTIFF PURA SCENTS, INC.**<br><br><br><br>Case No.:  2:24-cv-958<br><br>Honorable Ted Stewart<br><br>Magistrate Judge Daphne A. Oberg |

Notice is hereby given of the appearance of counsel on behalf of Plaintiff Pura Scents, Inc., of Edgar R. Cataxinos, James E. Magleby, and Jennifer Fraser Parrish of the law firm Magleby Cataxinos, PC in substitution of David L. Mortensen, Tanner B. Camp, Michael A. Manookin, and Charles D. Morris of the law firm Foley & Lardner LLP.  All further pleadings, notices, orders, papers and other materials relevant to this action should be directed to and served upon:

Edgar R. Cataxinos
cataxinos@mcpc.law
141 W. Pierpont Ave
Salt Lake City, Utah 84101

James E. Magleby
magleby@mcpc.law
141 W. Pierpont Ave
Salt Lake City, Utah 84101

Jennifer Fraser Parrish
parrish@mcpc.law
141 W. Pierpont Ave
Salt Lake City, Utah 84101

Pursuant to DUCivR 83-1.4(a), the attorneys entering the case and signing below hereby verify that each are aware of and will comply with all pending deadlines.

DATED this 22nd day of May 2025.

**MAGLEBY CATAXINOS, PC**

/s/ Jennifer Fraser Parrish_____
Jennifer Fraser Parrish

/s/ Edgar Cataxinos_____
Edgar R. Cataxinos
(Signed by filing attorney with permission from Edgar R. Cataxinos)

/s/ James E. Magleby_____
James E. Magleby
(Signed by filing attorney with permission from James E. Magleby)

Attorneys for Plaintiff, Pura Scents, Inc.

**WITHDRAWING COUNSEL:**

**FOLEY & LARDNER, LLP**

/s/ David L. Mortensen_____
David L. Mortensen
(Signed by filing attorney with permission from David L. Mortensen via email on May 22, 2025)

/s/ Tanner B. Camp _____
Tanner B. Camp
(Signed by filing attorney with permission from Tanner B. Camp via email on May 22, 2025)

/s/ Michael A. Manookin _____
Michael A. Manookin
(Signed by filing attorney with permission from Michael A. Manookin via email on May 22, 2025)

/s/ Charles D. Morris _____
Charles D. Morris
(Signed by filing attorney with permission from Charles D. Morris via email on May 22, 2025)

## CERTIFICATE OF SERVICE

I hereby certify that I am employed by the law firm of MAGLEBY CATAXINOS, PC, 141 W. Pierpont Avenue, Salt Lake City, Utah 84101, and that pursuant to Rule 5(b), Federal Rules of Civil Procedure, a true and correct copy of the foregoing **NOTICE OF SUBSTITUTION OF COUNSEL FOR PLAINTIFF PURA SCENTS, INC.** was delivered to the following this 22nd day of May 2025 by:

[ ] Hand Delivery

[ ] Depositing the same in the U.S. Mail, postage prepaid

[X] CM/ECF System

[ ] Electronic Mail

Chad Perhson
 cpehrson@kba.law
KUNZLER BEAN & ADAMSON, PC
50 West Broadway, Suite 1000
Salt Lake City, Utah 84101

Attorneys for Defendants Atmos
 Fragrance, Inc. and Kristen Knight

/s/ Hi Evan Gibson