Edgar Cataxinos (7162)
 cataxinos@mcpc.law
James E. Magleby (7247)
 magleby@mcpc.law
Jennifer Fraser Parrish (11207)
 parrish@mcpc.law
**MAGLEBY CATAXINOS, PC**
141 W. Pierpont Avenue
Salt Lake City, Utah 84101-3605
Telephone: 801.359.9000
Facsimile: 801.359.9011

Attorneys for Plaintiff, Pura Scents, Inc.

# THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **PURA SCENTS, INC.**, a Delaware corporation,<br><br>    Plaintiff,<br><br>v.<br><br>**ATMOS FRAGRANCE, INC.**, a Delaware corporation, **KRISTEN KNIGHT**, an individual,<br><br>    Defendants. | **STIPULATED MOTION FOR SCHEDULING ORDER**<br><br><br><br>Case No.: 2:24-cv-958<br><br>**Honorable Ted Stewart**<br><br>**Magistrate Judge Daphne A. Oberg** |

Plaintiff Pura Scents, Inc. and Defendants Atmos Fragrance, Inc. and Kristen Knight (collectively, the "Parties"), through their respective counsel of record, hereby move the Court to enter a scheduling order in substantive form to that attached to this motion. The Parties also submit with this motion a completed Attorney Planning Meeting Report.

DATED this 20th day of August 2025.

          **MAGLEBY CATAXINOS**

          <u>/s/ Jennifer Fraser Parrish</u>
          Jennifer Fraser Parrish

          Attorneys for Plaintiff, Pura Scents, Inc.


          **KUNZLER BEAN & ADAMSON**

          <u>/s/ Chad S. Pehrson</u>
          Chad S. Pehrson
          (Signed by filing attorney with permission from Chad S. Pehrson via email on August 20, 2025)

          Attorneys for Defendants Atmos Fragrance, Inc. and Kristen Knight

## CERTIFICATE OF SERVICE

I hereby certify that I am employed by the law firm of MAGLEBY CATAXINOS, PC, 141 W. Pierpont Avenue, Salt Lake City, Utah 84101, and that pursuant to Rule 5(b), Federal Rules of Civil Procedure, a true and correct copy of the foregoing **STIPULATED MOTION FOR SCHEDULING ORDER** was delivered to the following this 20th day of August 2025 by:

[ ] Hand Delivery

[ ] Depositing the same in the U.S. Mail, postage prepaid

[X] CM/ECF System

[ ] Electronic Mail

Chad Perhson
 cpehrson@kba.law
KUNZLER BEAN & ADAMSON, PC
50 West Broadway, Suite 1000
Salt Lake City, Utah 84101

Attorneys for Defendants Atmos
 Fragrance, Inc. and Kristen Knight

/s/ Hi Evan Gibson