Chad Pehrson (12622)
**KNH**
50 W. Broadway 9th Floor
Salt Lake City, Utah 84101
Telephone: (801) 994-4646
cpehrson@knh.law

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| PURA SCENTS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>ATMOS FRAGRANCE, INC., a Delaware corporation, KRISTEN KNIGHT, an individual,<br><br>Defendants. | NOTICE OF CHANGE OF FIRM NAME AND ADDRESS<br><br>Case No.: 2:24-cv-00958-TS-DAO<br><br>Judge: Ted Stewart<br>Magistrate Judge: Daphne A. Oberg |

**PLEASE TAKE NOTICE** that with respect to the above-captioned matter, effective January 1, 2026, Mr. Pherson is now affiliated with the KNH law firm. Please update his address and contact information in the Court's records as follows:

Chad Pehrson
**KNH**
50 W. Broadway 9th Floor
Salt Lake City, Utah 84101
Telephone: (801) 994-4646
cpehrson@knh.law

DATED: January 1, 2026.

                                         **KNH**

                                         */s/Chad Pehrson*
                                         Chad Pehrson
                                         *Attorney for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on January 6, 2026, I filed a true and correct copy of the foregoing **NOTICE OF CHANGE OF FIRM NAME AND ADDRESS** via the Court's electronic filing system, which effectuated service on all parties of record.

*/s/Andrea Coats*