Edgar Cataxinos (7162)
 cataxinos@mcpc.law
James E. Magleby (7247)
 magleby@mcpc.law
Jennifer Fraser Parrish (11207)
 parrish@mcpc.law
**MAGLEBY CATAXINOS, PC**
141 W. Pierpont Avenue
Salt Lake City, Utah 84101-3605
Telephone: 801.359.9000
Facsimile: 801.359.9011

Attorneys for Plaintiff, Pura Scents, Inc.

## THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **PURA SCENTS, INC.**, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>**ATMOS FRAGRANCE, INC.**, a Delaware corporation, **KRISTEN KNIGHT**, an individual,<br><br>Defendants. | **STIPULATED MOTION FOR AMENDED SCHEDULING ORDER**<br><br><br>Case No.: 2:24-cv-958<br><br>Honorable Ted Stewart<br><br>Magistrate Judge Daphne A. Oberg |

Plaintiff Pura Scents, Inc. and Defendants Atmos Fragrance, Inc. and Kristen Knight (collectively, the "Parties"), through their respective counsel of record, hereby move the Court to enter an amended scheduling order in substantive form to that attached to this motion, and represent that there is good cause to modify the schedule in this case, including to accommodate potential amendments to the pleadings.

DATED this 20th day of January 2026.

**MAGLEBY CATAXINOS**

/s/ Jennifer Fraser Parrish
Jennifer Fraser Parrish

Attorneys for Plaintiff, Pura Scents, Inc.


**KUNZLER BEAN & ADAMSON**

/s/ Chad S. Pehrson
Chad S. Pehrson
(Signed by filing attorney with permission from Chad S. Pehrson via email on January 20, 2026)

Attorneys for Defendants Atmos
 Fragrance, Inc. and Kristen Knight

## CERTIFICATE OF SERVICE

I hereby certify that I am employed by the law firm of MAGLEBY CATAXINOS, PC, 141 W. Pierpont Avenue, Salt Lake City, Utah 84101, and that pursuant to Rule 5(b), Federal Rules of Civil Procedure, a true and correct copy of the foregoing **STIPULATED MOTION FOR AMENDED SCHEDULING ORDER** was delivered to the following this 20th day of January 2026 by:

[ ] Hand Delivery

[ ] Depositing the same in the U.S. Mail, postage prepaid

[X] CM/ECF System

[ ] Electronic Mail

Chad Perhson
 cpehrson@kba.law
KNH
50 West Broadway, Suite 900
Salt Lake City, Utah 84101

Attorneys for Defendants Atmos
 Fragrance, Inc. and Kristen Knight

/s/ Hi Evan Gibson