Edgar Cataxinos (7162)
 cataxinos@mcpc.law
James E. Magleby (7247)
 magleby@mcpc.law
Jennifer Fraser Parrish (11207)
 parrish@mcpc.law
**MAGLEBY CATAXINOS, PC**
141 W. Pierpont Avenue
Salt Lake City, Utah 84101-3605
Telephone: 801.359.9000
Facsimile: 801.359.9011

Attorneys for Plaintiff Pura Scents, Inc.

---

## THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **PURA SCENTS, INC., a Delaware corporation,**<br><br>        **Plaintiff,**<br><br>**v.**<br><br>**ATMOS FRAGRANCE, INC., a Delaware corporation, KRISTEN KNIGHT, an individual,**<br><br>        **Defendants.** | **PLAINTIFF'S SHORT FORM DISCOVERY MOTION TO COMPEL RESPONSES TO FIRST SET OF DOCUMENT REQUESTS**<br><br><br><br>**Case No.:  2:24-cv-958**<br><br>**Honorable Ted Stewart**<br><br>**Magistrate Judge Daphne A. Oberg** |

Pursuant to DUCivR 37-1, Plaintiff Pura Scents, Inc. ("Plaintiff") moves to compel

Defendants Atmos Fragrance, Inc. and Kristen Knight ("Defendants") to respond to

Plaintiff's First Set of Requests for Production of Documents ("First RFPs").

### STATEMENT OF FACTS

1.      Fact discovery began on October 1, 2025.  [Dkt. 20].

2.      Plaintiff served its First Set of RFPs on October 10, 2025.  [First RFPs, Exhibit A].

3.      Defendants' responses were due November 9, 2025.

4.      On January 7, 2026, Plaintiff's counsel Jennifer Fraser Parrish sent an e-mail[1] to Defendants' counsel Chad Pehrson, asking for Defendants' response.  There was no response.  On January 14, 2026, Plaintiff's counsel James Magleby sent an e-mail to Mr. Pehrson, generously offering to work with Atmos/Knight, and asking that Atmos first produce certain financial documents.  Magleby advised that if Pura could not get "get discovery responses, we will  have to go to the Court.  We would like to avoid the extra expense that doing so will impose on everyone."  This inquiry was literally ignored.

## DUCivR 30-2 CERTIFICATION

As noted, Plaintiffs' counsel have made reasonable efforts to obtain Defendants' responses.

## ARGUMENT

This motion is easy – Defendants have had months to respond to Plaintiff's First RFPs, and have neither provided written objections or responses, nor a single document.  Defendants have also ignored an offer to resolve the dispute without judicial intervention.  The Court should grant this motion and i) compel production of all documents requested; ii) find that Defendants have waived their rights to object; and iii) award attorney fees.

---

[1] The cited emails are available upon request.

A defendant's complete failure to respond is never justified and entitles Plaintiff to entry of an order compelling Defendants' response and appropriate sanctions, including, at minimum, reimbursement of attorney's fees.  Fed. R. Civ. P. 37(a)(5)(A); *Centennial Archaeology, Inc. v. AECOM, Inc.*, 688 F.3d 673, 678 (10th Cir. 2012) ("Under Rule 37(a)(5) the district court must ordinarily order a party to pay the opposing party's reasonable expenses, including attorney fees, [where] the opposing party's discovery motion is granted [or] the party provided discovery only after a motion to compel was filed").  A complete failure to respond is also sanctionable under Rule 37(d) and, unless the party failing to act has a pending motion for a protective order, cannot be justified by objections that were never made.  In such a case, sanctions include any of the orders listed in Rule 37(b)(2)(A)(i)-(vi).

Further, Defendants' utter failure to respond is a waiver of their right to later object to the requests.  *See, e.g.*, *Podium Corp. Inc. v. Chekkit Geolocation Servs. Inc.*, No. 2:20-CV-00352, 2022 WL 2118221, at *2 (D. Utah June 13, 2022) (untimely response to document requests constitute waiver of right to object unless good cause shown); *Mills v. E. Gulf Coal Preparation Co., LLC*, 259 F.R.D. 118, 132 (S.D.W. Va. 2009) ("Failure to state objections specifically in conformity with the Rules will be regarded as a waiver of those objections.").

[Remainder of Page Intentionally Blank]

DATED this 2nd day of February 2026.

                      **MAGLEBY CATAXINOS, PC**

                    /s/ James E. Magleby
                    Edgar R. Cataxinos
                    James E. Magleby
                    Jennifer Fraser Parrish
                    *Attorneys for Plaintiff Pura Scents, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that I am employed by the law firm of MAGLEBY CATAXINOS, PC,

141 W. Pierpont Avenue, Salt Lake City, Utah 84101, and that pursuant to Rule 5(b),

Federal Rules of Civil Procedure, a true and correct copy of the foregoing **PLAINTIFF'S**

**SHORT FORM DISCOVERY MOTION TO COMPEL RESPONSES TO FIRST SET OF**

**DOCUMENT REQUESTS** was delivered to the following this 2nd day of February 2026,

by:

[  ] Hand Delivery

[  ] Depositing the same in the U.S. Mail, postage prepaid

[X] CM/ECF System

[  ] Electronic Mail


Chad Perhson
 cpehrson@knh.law
KNH
50 West Broadway, 9th Floor
Salt Lake City, Utah 84101

Attorneys for Defendants Atmos
Fragrance, Inc., and Kristen Knight


                                         /s/ H. Evan Gibson
                                         _____