# THE UNITED STATES DISTRICT COURT
# DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **PURA SCENTS, INC.**, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>**ATMOS FRAGRANCE, INC.**, a Delaware corporation, **KRISTEN KNIGHT**, an individual,<br><br>Defendants. | **ORDER GRANTING PLAINTIFF'S SHORT FORM DISCOVERY MOTION TO COMPEL DEFENDANTS' INITIAL DISCLOSURES AND FOR SANCTIONS**<br><br><br>Case No.:  2:24-cv-958<br><br>Honorable Ted Stewart<br><br>Magistrate Judge Daphne A. Oberg |

Before the Court is Plaintiff's Short Form Discovery Motion to Compel Defendants' Initial Disclosures and for Entry of Sanctions. [Dkt. 28]. Defendants' initial disclosures were originally due on October 8, 2025. Following the Court's entry of an Amended Scheduling Order on January 21, 2026 [Dkt. 24], the due date was reset and extended to February 6, 2026. Defendants failed to meet either deadline. Defendants have been non-responsive to inquiries from Plaintiff's counsel. Good cause does not exist to excuse Defendants' failure. Defendants received follow-up requests from Plaintiff, who facilitated the Court's entry of the Amended Scheduling Order in order to secure Defendants' delivery of its initial disclosures.

Accordingly, for good cause shown, the Court GRANTS the motion and ORDERS that:

1

1.      Defendants shall deliver their initial disclosures to Plaintiff within seven (7) calendar days of the entry of this Order, including any documents referenced in their written initial disclosures.

2.      Defendants shall be precluded from using any witness or other evidence that is not disclosed by that deadline without first (i) demonstrating that such witness or other evidence was unknown to Defendants at that time and could not have been known with reasonable diligence and (ii) obtaining the Court's leave.

3.      Defendants shall reimburse Plaintiff for its attorney's fees and costs incurred in preparing the instant motion. If the parties can reach agreement on the amount of fees and costs, they shall submit a stipulated order. If the parties cannot agree, then within seven (7) calendar days of Plaintiff's conclusion that the parties have reached an impasse, Plaintiff shall submit an affidavit stating the amount of such attorney's fees and costs and containing the information specified in DUCivR 54-1(a)(2)(B)(iv). Plaintiff shall be entitled to recover its attorney's fees seeking fees. Any objection by Defendants to the attorney's fees and costs claimed shall be due within seven (7) calendar days after Plaintiff files its affidavit.

DATED this _____ day of _____ 2026.

**UNITED STATES DISTRICT COURT**

_____
Daphne A. Oberg
United States Magistrate Judge