Edgar Cataxinos (7162)
 cataxinos@mcpc.law
James E. Magleby (7247)
 magleby@mcpc.law
Jennifer Fraser Parrish (11207)
 parrish@mcpc.law
**MAGLEBY CATAXINOS, PC**
141 W. Pierpont Avenue
Salt Lake City, Utah 84101-3605
Telephone: 801.359.9000
Facsimile: 801.359.9011

Attorneys for Plaintiff, Pura Scents, Inc.

# THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **PURA SCENTS, INC.**, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>**ATMOS FRAGRANCE, INC.**, a Delaware corporation, **KRISTEN KNIGHT**, an individual,<br><br>Defendants. | **REQUEST TO SUBMIT FOR DECISION:**<br><br>**PLAINTIFF'S SHORT FORM DISCOVERY MOTION TO COMPEL RESPONSES TO FIRST SET OF DOCUMENT REQUESTS [26]**<br><br>Case No.: 2:24-cv-958<br><br>Honorable Ted Stewart<br><br>Magistrate Judge Daphne A. Oberg |

Pursuant to DUCivR 7-3, Plaintiff Pura Scents, Inc., through its counsel of record, submits for decision Plaintiff's Short Form Discovery Motion to Compel Responses to First Set of Document Requests [Dkt. 26] (the "Motion").

The Motion was filed on February 2, 2026, and its exhibits were filed on February 3, 2026 [Dkt. 27].

Defendants did not file an opposition within 5 business days of the filing of the Motion, as required by DUCivR 37-1(b)(3), and the time for doing so has now expired. Accordingly, the Motion is ripe for decision by the Court.

A hearing on the Motion has not been requested.

DATED this 11th day of February 2026.

                                        **MAGLEBY CATAXINOS, PC**

                                        <u>/s/ Jennifer Fraser Parrish</u>
                                        Edgar R. Cataxinos
                                        James E. Magleby
                                        Jennifer Fraser Parrish

                                        Attorneys for Plaintiff, Pura Scents, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that I am employed by the law firm of MAGLEBY CATAXINOS, PC, 141 W. Pierpont Avenue, Salt Lake City, Utah 84101, and that pursuant to Rule 5(b), Federal Rules of Civil Procedure, a true and correct copy of the foregoing **REQUEST TO SUBMIT FOR DECISION** was delivered to the following this 11th day of February:

Chad Perhson
 cpehrson@knh.law
KNH
50 West Broadway, 9th Floor
Salt Lake City, Utah 84101

Attorneys for Defendants Atmos
 Fragrance, Inc., and Kristen Knight


/s/ Hi Evan Gibson