THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| PURA SCENTS, INC., a Delaware corporation,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ATMOS FRAGRANCE, INC., a Delaware corporation, KRISTEN KNIGHT, an individual,<br><br>　　　　Defendants. | ORDER GRANTING MOTION TO STRIKE DEFENDANTS' OVERLENGTH OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT [31]<br><br><br>Case No.:  2:24-cv-958<br><br>Honorable Ted Stewart<br><br>Magistrate Judge Daphne A. Oberg |

　　　　Before the Court is Plaintiff's Motion to Strike Defendants' Overlength Opposition to Plaintiff's Motion for Leave to Amend Complaint ("Motion to Strike") [Dkt. 31].  The Court finds that Defendants' Opposition to Plaintiff's Motion Seeking Leave to Amend Complaint, on Grounds of Futility [Dkt. 30] exceeds the page length limitation set forth in Local Rule DUCivR 7-1(a)(4)(C)(i), and that Defendants further violated the Local Rule DUCivR 7-1(a)(7)(A) by filing their overlength opposition without first obtaining permission of the Court.  Pursuant to Local Rule DUCivR 7-1(j), the Court may sanction Defendants as it deems appropriate.

　　　　Accordingly, for good cause shown, the Court GRANTS Plaintiff's Motion to Strike and ORDERS that:

　　　　1.　　　　Defendants' Opposition to Plaintiff's Motion Seeking Leave to Amend Complaint, on Grounds of Futility [Dkt. 30] is hereby stricken.

      2.      Plaintiff is awarded its attorneys' fees in bringing the Motion to Strike before the Court.  If the parties can reach agreement on the amount of the awarded fees, they shall submit a stipulated order.  If the parties cannot agree, then Plaintiff shall file a motion in compliance with DUCivR 54-1(a)(2)(B)(iv), and Plaintiff shall be entitled to recover any further fees incurred in bringing such motion.

      3.      Defendants' opposition having been stricken and the time for opposing Plaintiff's motion for leave to amend its pleading having expired, the Court GRANTS Plaintiff's Motion for Leave to Amend Complaint [Dkt. 25], and directs Plaintiff to file its amended pleading within seven (7) days if this order.

DATED this _____ day of _____ 2026.

**UNITED STATES DISTRICT COURT**

_____