Edgar Cataxinos (7162)
 cataxinos@mcpc.law
James E. Magleby (7247)
 magleby@mcpc.law
Jennifer Fraser Parrish (11207)
 parrish@mcpc.law
**MAGLEBY CATAXINOS, PC**
141 W. Pierpont Avenue
Salt Lake City, Utah 84101-3605
Telephone: 801.359.9000
Facsimile: 801.359.9011

Attorneys for Plaintiff Pura Scents, Inc.

# THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **PURA SCENTS, INC.**, a Delaware corporation,<br><br>　　Plaintiff,<br><br>v.<br><br>**ATMOS FRAGRANCE, INC.**, a Delaware corporation, **KRISTEN KNIGHT**, an individual,<br><br>　　Defendants. | **MOTION TO EXPEDITE MOTION TO STRIKE DEFENDANTS' OVERLENGTH OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT [31]**<br><br>Case No.: 2:24-cv-958<br><br>**Honorable Ted Stewart**<br><br>**Magistrate Judge Daphne A. Oberg** |

Plaintiff Pura Scents, Inc. ("Plaintiff") has moved, pursuant to Local Rule DUCivR 7-1(j), to strike the overlength opposition to Plaintiff's pending motion to amend its complaint because Defendants Atmos Fragrance, Inc. and Kristen Knight violated DUCivR 7-1(a) and the Honorable Ted Stewart's Practices & Procedures.  [See Dkt. 31 (the "Motion to Strike")].  The opposition at issue [Dkt. 30] is more than twice the allowed page length and Defendants did not first obtain an order from the Court allowing an overlength memorandum after showing good cause.

By and through the instant motion, Plaintiff respectfully requests expedited briefing and/or consideration of its Motion to Strike, [Dkt. 31], so that the propriety of Defendants' overlength opposition may be decided before Plaintiff is required to file its response to the overlength opposition 11 days from now, on February 27, 2026.  See DUCivR 7-1(a)(4)(C)(iv) (reply to be filed within 14 days after service of the opposition on February 13, 2026).  In the absence of an expedited decision on the Motion to Strike, Plaintiff will be prejudiced by having to respond to a filing that fails to comply with the Court's rules and Defendants will be rewarded for their transgressions.

DATED this 16th day of February 2026.

                                                          **MAGLEBY CATAXINOS, PC**

/s/ Jennifer Fraser Parrish
Edgar R. Cataxinos
James E. Magleby
Jennifer Fraser Parrish

Attorneys for Plaintiff Pura Scents, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that I am employed by the law firm of MAGLEBY CATAXINOS, PC, 141 W. Pierpont Avenue, Salt Lake City, Utah 84101, and that pursuant to Rule 5(b), Federal Rules of Civil Procedure, a true and correct copy of the foregoing **MOTION TO EXPEDITE MOTION TO STRIKE DEFENDANTS' OVERLENGTH OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT [31]** was delivered to the following this 16th day of February 2026 to the following through the Court's CM/ECF system:

Chad Pehrson
 cpehrson@knh.law
KNH
50 West Broadway, 9th Floor
Salt Lake City, Utah 84101

Attorneys for Defendants Atmos
 Fragrance, Inc., and Kristen Knight

/s/ Jennifer Fraser Parrish