## THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **PURA SCENTS, INC.**, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>**ATMOS FRAGRANCE, INC.**, a Delaware corporation, **KRISTEN KNIGHT**, an individual,<br><br>Defendants. | **ORDER GRANTING MOTION TO EXPEDITE MOTION TO STRIKE DEFENDANTS' OVERLENGTH OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT [32]**<br><br><br>Case No.:  2:24-cv-958<br><br>Honorable Ted Stewart<br><br>Magistrate Judge Daphne A. Oberg |

Before the Court is Plaintiff's Motion to Expedite Motion to Strike Defendants' Overlength Opposition to Plaintiff's Motion for Leave to Amend Complaint ("Motion to Expedite") [Dkt. 32].  The Court finds that there is good cause to expedite consideration of Plaintiff's motion to strike Defendants' overlength filing [Dkt. 31] and therefore GRANTS the Motion to Expedite.

DATED this _____ day of _____ 2026.

UNITED STATES DISTRICT COURT

_____
