IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| PURA SCENTS, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>v.<br><br>ATMOS FRAGRANCE, INC., a Delaware corporation, KRISTEN KNIGHT, an individual,<br><br>    Defendants. | ORDER GRANTING MOTION TO STRIKE AND DENYING AS MOOT MOTION TO EXPEDITE<br><br>Case 2:24-cv-958-TS-DAO<br><br>District Judge Ted Stewart<br>Magistrate Judge Daphne A. Oberg |

This matter is before the Court on Plaintiff Pura Scents' Motion to Strike Defendants' Overlength Opposition to Plaintiff's Motion for Leave to Amend Complaint,[1] and Motion to Expedite Motion to Strike.[2]

Defendants' Opposition to Plaintiff's Motion to Amend is, as Plaintiff asserts, over double the length allowed by DUCivR 7-1(a)(4). Additionally, Defendants failed to comply with DUCivR 7-1(a)(7) by filing an overlength brief before seeking leave of the Court. Accordingly, the Court will strike Defendants' Response as overlength and direct Defendants to refile a response that is within the 10-page limitation.

Plaintiff also seeks an award of attorney's fees in relation to bringing the Motion to Strike. The Court will deny this request.

Having ruled on the Motion to Strike, Plaintiff's Motion to Expedite briefing on the Motion to Strike is moot.

---

[1] Docket No. 31.

[2] Docket No. 32.

It is therefore

ORDERED that Plaintiff's Motion to Strike Defendants' Overlength Opposition (Docket No. 31) is GRANTED. Defendants shall have until February 23, 2026, to file a Response that is compliant with the local rules. Plaintiffs shall have 14 days from the date the response is filed to submit any reply. It is further

ORDERED that Plaintiff's Motion to Expedite Motion to Strike (Docket No. 32) is DENIED AS MOOT.

DATED this 19th day of February, 2026.

BY THE COURT:

_____
Ted Stewart
United States District Judge