# Exhibit A



T 801.359.9000 : F 801.359.9011 : www.mcpc.law
141 W. Pierpont Ave., Salt Lake City, Utah 84101

### **2025 Discounted Timekeeper Rates for *Pura v. Atmos***

| Timekeeper | Regular Rate | Reduced Rate |
|---|---|---|
| Peggy A. Tomsic | $1,015 | $815 |
| Edgar R. Cataxinos | $975 | $795 |
| James E. Magleby | $975 | $795 |
| Jennifer Fraser Parrish | $755 | $605 |
| Geoffrey K. Biehn | $695 | $545 |
| Adam Alba | $695 | $545 |
| Yevgen Kovalov | $585 | $495 |
| Shanon Slack | $585 | $495 |
| Greg Wayment (Paralegal) | $245 | $195 |
| Law Clerk | $345 | $245 |
| Jr. Paralegal | $100 - $135 | $100 - $135 |