# Exhibit B



141 W. Pierpont Ave.
Salt Lake City, Utah 84101
Telephone: 801 359 9000  Facsimile: 801 359 9011

Tulsi Patel
General Counsel
Pura Scents, Inc.
2100 W. Pleasant Grove Blvd., Suite 600
Pleasant Grove, Utah 84062

February  6, 2026

Invoice No:  50601

Regarding:      Pura v. Atmos

MCG Matter No     1127.01

## Summary of Account

Redacted

If you have any questions, please do not hesitate to call us.

**EFT/WIRE INFORMATION:**
**Zions Bank**
**1 South Main Street**
**Salt Lake City, Utah 84133**
**Magleby Cataxinos & Greenwood, P.C.**
**Acct No. 003162682**
**Routing No 124000054**

Regarding:    Pura v. Atmos                                                    Page No.:      2
MCG Matter No    1127.01                                                      Invoice No:  50601

***Services Rendered***

| Date | Staff | Description | Hours | Rate | Charges |
| --- | --- | --- | --- | --- | --- |

<div align="center" style="color:red">Redacted</div>

Regarding:    Pura v. Atmos                                        Page No.:       3
MCG Matter No    1127.01                                           Invoice No:  50601

<p style="text-align:center; color:red;">Redacted</p>

| Date | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1/31/2026 | JEM | Redacted | Redacted coordination of filing of short form discovery motion to compel document production; e-mail regarding same; | 0.1 | 0.50 | $815.00 | $407.50 |
| 1/31/2026 | JFP | Emails with J. Magleby and C. Winchester regarding need to file motion compelling discovery; | | | 0.30 | $625.00 | $187.50 |

Regarding:   Pura v. Atmos                                   Page No.:      4
MCG Matter No   1127.01                                      Invoice No: 50601

<span style="color:red">Redacted</span>

Fee Subtotal
Flat Rate Fee for Overhead Expenses

Total Fees

## Expenses

| Start Date | Description | Charges |
|---|---|---|
| | Redacted | |

Total Expenses     <span style="color:red">Redacted</span>

Total New Charges

Previous Balance

Balance Due

## Staff Summary

| Name | | Hours | Rate | Fees |
|---|---|---|---|---|
| | Redacted | | | |

## A/R Aging

| Current | 30 Days | 60 Days | 90 Days | 120 and Over | -- | Total |
|---|---|---|---|---|---|---|
| | | Redacted | | | | |



141 W. Pierpont Ave.
Salt Lake City, Utah 84101
Telephone: 801 359 9000  Facsimile: 801 359 9011


Tulsi Patel                                                     March  9, 2026
General Counsel
Pura Scents, Inc.                                              Invoice No:  50887
2100 W. Pleasant Grove Blvd., Suite 600
Pleasant Grove, Utah 84062


Regarding:       Pura v. Atmos

MCG Matter No    1127.01


## Summary of Account

Redacted


If you have any questions, please do not hesitate to call us.


**EFT/WIRE INFORMATION:**
**Zions Bank**
**1 South Main Street**
**Salt Lake City, Utah 84133**
**Magleby Cataxinos & Greenwood, P.C.**
**Acct No. 003162682**
**Routing No 124000054**

Regarding:   Pura v. Atmos
MCG Matter No   1127.01

Page No.:      2
Invoice No:  50887

### *Services Rendered*

| Date | Staff | Description | Hours | Rate | Charges |
|---|---|---|---|---|---|
| 2/02/2026 | CZW | Confer with J. Parrish regarding background; draft motion to compel regarding defendants' failure to respond to first set of requests for production; revise to be within word limit;  Redacted | 4.20 | $775.00 | $3,255.00 |
| 2/02/2026 | JEM | Review e-mail regarding status of short form discovery motion; review, revise and comment on same; follow up research for additional case law on waiver of objections; final review and revisions; coordinate filing of same; | 1.00 | $815.00 | $815.00 |
| 2/02/2026 | JFP | Brief conference with C. Winchester to discuss assignment to draft statement of discovery issues on first RFPs; collect all relevant documents for assignment and forward to C. Winchester; confer with C. Winchester regarding status of same; review draft and email C. Winchester regarding changes; review various email between team regarding filing; | 1.20 | $625.00 | $750.00 |
| 2/03/2026 | CZW | Prepare proposed order granting motion to compel regarding Pura's first set of requests for production and confer with J. Magleby and J. Parrish regarding same;  Redacted    Redacted | 1.6 ~~2.60~~ | $775.00 | $2,015.00 |
| 2/03/2026 | JEM | review, revise and comment on draft order granting short form discovery motion; e-mail regarding finalizing and submitting same;  Redacted    Redacted | 0.4 ~~0.70~~ | $815.00 | $570.50 |
| 2/03/2026 | JFP | Emails with J. Magleby, E. Gibson, and E. Cataxinos regarding missing exhibit and possible errata; email team regarding need for proposed order and deadline timing in business days; email J. Magleby regarding upcoming activity in case and plan to immediately deal with missed disclosures and need to start draft of infringement contentions; review proposed order and make suggestion on timing; emails regarding past delivery of scheduling order to clients and new deadlines; | 1.10 | $625.00 | $687.50 |
| 2/07/2026 | CZW | Review 2-7-2026 e-mail from J. Magleby to Chad Pehrson and confer with J. Magleby regarding  the same; preliminary research regarding sanctions available when party fails to provide its initial disclosures; | 0.50 | $775.00 | $387.50 |
| 2/07/2026 | JEM | E-mail to D. Olson and T. Patel regarding status, deadlines; e-mail opposing counsel regarding missing initial disclosures; conference with C. Winchester regarding motions, discovery; internal e-mail regarding motion to compel; | 0.30 | $815.00 | $244.50 |

| Regarding: | Pura v. Atmos | Page No.: | 3 |
| MCG Matter No | 1127.01 | Invoice No: 50887 | |

| | | | | | |
|---|---|---|---|---|---|
| 2/09/2026 | CZW | Confer with J. Parrish regarding short form discovery motion regarding failure to provide initial disclosures; draft same and proposed order; <br> Redacted | 4.30 | $775.00 | $3,332.50 |
| 2/09/2026 | JFP | Conference with C. Winchester regarding statement of discovery issues on initial disclosures; | 0.30 | $625.00 | $187.50 |
| 2/10/2026 | CZW | Revise and finalize short form discovery motion regarding failure to provide initial disclosures and proposed order; confer with J. Magleby and J. Parrish regarding same; <br> Redacted | 0.30 | $775.00 | $232.50 |
| 2/10/2026 | JEM | Review, revise and comment on draft short form discovery motion regarding initial disclosures and proposed order; e-mail regarding same; conference with J. Parrish and C. Winchester regarding same; review follow up e-mail regarding filing of same, submission of order to court; | 0.70 | $815.00 | $570.50 |
| 2/10/2026 | JFP | Review email about statement of discovery issues on initial disclosures and emails with J. Magleby and C. Winchester regarding same; confer and email E. Gibson regarding same; complete final review and edits of same and forward to E. Gibson for filing; review proposed order and email E. Gibson; conference with J. Magleby and C. Winchester regarding discovery motion strategy; emails regarding submitting first statement of discovery issues tomorrow; draft RTS for same and forward to E. Gibson for filing tomorrow; | 1.30 | $625.00 | $812.50 |
| 2/11/2026 | JEM | E-mail regarding defendants' failure to respond to motion to compel production of documents, submission of motion; review request to submit; e-mail client team regarding same; <br> Redacted | 0.30 | $815.00 | $244.50 |

Regarding:    Pura v. Atmos

Page No.:        4

MCG Matter No    1127.01

Invoice No:  50887

Redacted

Regarding:    Pura v. Atmos                                        Page No.:        5
MCG Matter No    1127.01                                          Invoice No:  50887

| 2/19/2026 | JFP | Draft request to submit statement of discovery issues on disclosures and forward to E. Gibson for filing; | 0.20 | $625.00 | $125.00 |

Redacted

Redacted

Redacted

Fee Subtotal
Flat Rate Fee for Overhead Expenses

Regarding:    Pura v. Atmos                                          Page No.:      6
MCG Matter No    1127.01                                             Invoice No:  50887

                                                                         Redacted
                                                          Total Fees

**Expenses**

Start Date          Description                                                Charges
                                      Redacted
                                                                         Redacted
                                                          Total Expenses

         Total New Charges

         Previous Balance

2/03/2026       Payment              EFT

         Payment

         Total Payments and Credits

         Balance Due

**Staff Summary**

Name                                          Hours          Rate              Fees
                                      Redacted

**A/R Aging**

| Current | 30 Days | 60 Days | 90 Days | 120 and Over | -- | Total |
|---------|---------|---------|---------|--------------|----|-------|
| Redacted | | | | | | |