# Exhibit C

## Pura v. Atmos - Attorney Fee Request

| Bill # | Month/Date | Attorney | Rate | Time | | Total |
|---|---|---|---|---|---|---|
| **1** | Jan-26 | | | | | |
| | Fees: | | | | | |
| | 31-Jan | JEM | $815.00 | 0.1 | | $81.50 |
| | | JFP | $625.00 | 0.3 | | $187.50 |
| | | | | | | |
| | | | | | **Total:** | **$269.00** |
| | | | | | | |
| **2** | Feb-26 | | | | | |
| | Fees: | | | | | |
| | 2-Feb | CZW | $775.00 | 4.2 | | $3,255.00 |
| | | JEM | $815.00 | 1 | | $815.00 |
| | | JFP | $625.00 | 1.2 | | $750.00 |
| | | | | | | |
| | 3-Feb | CZW | $775.00 | 1.6 | | $1,240.00 |
| | | JEM | $815.00 | 0.4 | | $326.00 |
| | | JFP | $625.00 | 1.1 | | $687.50 |
| | | | | | | |
| | 7-Feb | CZW | $775.00 | 0.5 | | $387.50 |
| | | JEM | $815.00 | 0.3 | | $244.50 |
| | | | | | | |
| | 9-Feb | CZW | $775.00 | 4.3 | | $3,332.50 |
| | | JFP | $625.00 | 0.3 | | $187.50 |
| | | | | | | |
| | 10-Feb | CZW | $775.00 | 0.3 | | $232.50 |
| | | JEM | $815.00 | 0.7 | | $570.50 |
| | | JFP | $625.00 | 1.3 | | $812.50 |
| | | | | | | |
| | 2-Feb | JEM | $815.00 | 0.3 | | $244.50 |
| | | | | | | |
| | 19-Feb | JFP | $625.00 | 0.2 | | $125.00 |
| | | | | | | |
| | | | | | **Total:** | **$13,210.50** |
| | | | | | | |
| | | | | | **Grand Total:** | **$13,479.50** |