# Exhibit D

**Date:** Past 6 months
**Offices:** Salt Lake City UT
**Titles:** All Lawyers



☐ Reorder of rows/columns using mouse by dragging **or** using **Ctrl + Shift + UpArrow / Ctrl + Shift + DownArrow** to re-order rows and **Ctrl + RightArrow**

| Metric | My Firm | | Financial Insights AmLaw 1-200 | | |
| --- | --- | --- | --- | --- | --- |
| | Value | YOY Growth | Mean | YOY Growth | Quartile |
| Standard Rates (/Hr.) | $695 | 13.7% | $774 | 10.7% | 3 |

**Date:** Past 6 months
**Offices:** Salt Lake City UT
**Titles:** All Partners



☐ Reorder of rows/columns using mouse by dragging **or** using **Ctrl + Shift + UpArrow / Ctrl + Shift + DownArrow** to re-order rows and **Ctrl + RightArrow**

| Metric | My Firm | | Financial Insights AmLaw 1-200 | | |
| --- | --- | --- | --- | --- | --- |
| | Value | YOY Growth | Mean | YOY Growth | Quartile |
| Standard Rates (/Hr.) | $764 | 12.9% | $873 | 9.3% | 3 |

**Date:** Past 6 months
**Offices:** Salt Lake City UT
**Titles:** Associate



☐ Reorder of rows/columns using mouse by dragging **or** using **Ctrl + Shift + UpArrow / Ctrl + Shift + DownArrow** to re-order rows

| Metric | My Firm | | Financial Insights AmLaw 1-200 | | |
| --- | --- | --- | --- | --- | --- |
| | Value | YOY Growth | Mean | YOY Growth | Quartile |
| Standard Rates (/Hr.) | $568 | 13.6% | $602 | 9.8% | 2 |

2

**Date:** Past 6 months
**Offices:** Salt Lake City UT
**Titles:** Paralegal



☐ Reorder of rows/columns using mouse by dragging **or** using **Ctrl + Shift + UpArrow / Ctrl + Shift + DownArrow** to re-order rows and **Ctrl + RightArrow**

| Metric | My Firm | | Financial Insights AmLaw 1-200 | | |
| --- | --- | --- | --- | --- | --- |
| | Value | YOY Growth | Mean | YOY Growth | Quartile |
| Standard Rates (/Hr.) | $353 | 14.1% | $358 | 11.2% | 3 |

2