# Exhibit E

# AIPLA

# 2025

## Report of the
## Economic Survey

Prepared Under Direction of the
American Intellectual Property Law Association
Law Practice Management Committee

**American Intellectual
Property Law Association**
1400 Crystal Drive, Suite 600
Arlington, VA 22202

## www.aipla.org

**Average hourly billing rate in 2024 (Q41) -- Private Firm, Equity Partner (cont.)**

| | | Average hourly billing rate in 2024 (Rounded to the nearest ten) | | | | |
|---|---|---|---|---|---|---|
| | | Mean (Average) | First Quartile 25% | Median (Midpoint) | Third Quartile 75% | Count |
| All Individuals | | $480 | $420 | $510 | $650 | 186 |
| Age | 39 and younger | $530 | $380 | $480 | $680 | 6 |
| | 40-49 | $540 | $400 | $500 | $600 | 31 |
| | 50-59 | $600 | $430 | $500 | $640 | 87 |
| | 60-69 | $600 | $430 | $600 | $690 | 55 |
| | 70 or older | $560 | $420 | $450 | $750 | 7 |
| Gender | Male | $590 | $430 | $510 | $650 | 153 |
| | Female | $560 | $400 | $500 | $680 | 30 |
| Highest Non-Law Degree | Bachelor's Degree | $600 | $430 | $530 | $650 | 128 |
| | Master's Degree | $560 | $400 | $480 | $640 | 43 |
| | Doctorate Degree | $550 | $410 | $450 | $570 | 14 |
| Ethnicity | White/Caucasian | $570 | $430 | $520 | $650 | 138 |
| | Black/African American | $720 | $420 | $550 | $1,200 | 4 |
| | Hispanic/Latino | $580 | $400 | $480 | $810 | 5 |
| | Asian/Pacific Islander | $570 | $370 | $430 | $890 | 13 |
| | Other | $530 | $480 | $510 | $550 | 8 |
| Full-time Intellectual Property lawyers and agents in the firm or corporation | 1-2 | $480 | $390 | $500 | $580 | 29 |
| | 3-5 | $530 | $400 | $490 | $660 | 24 |
| | 6-10 | $500 | $420 | $490 | $560 | 38 |
| | 11-25 | $520 | $400 | $450 | $600 | 37 |
| | 26-50 | $690 | $480 | $580 | $760 | 17 |
| | 51-100 | $680 | $490 | $600 | $780 | 27 |
| | 101-150 | $1,060 | $450 | $980 | $1,740 | 4 |
| | More than 150 | $1,180 | $910 | $1,100 | $1,510 | 6 |