AO 120 (Rev. 08/10)

| TO:  Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court ___for the District of Utah___ on the following

☐ Trademarks or   ☒ Patents .  (  ☐  the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>2:24-cv-00958-JNP | DATE FILED<br>12/23/2024 | U.S. DISTRICT COURT<br>District of Utah, 351 S. West Temple, Rm. 1.100, Salt Lake City, UT 84101 | |
|---|---|---|---|
| PLAINTIFF<br><br>PURA SCENTS, INC., a Delaware<br><br>corporation | | DEFENDANT<br><br>ATMOS FRAGRANCE, INC., a Delaware<br><br>corporation, KRISTEN KNIGHT, an<br><br>individual | |
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK | |
| 1       10,967,091 | 4/6/2021 | Pura Scents, Inc | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☒ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | | |
|---|---|---|---|
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK | |
| 1     US 11,213,601 B2 | 1/4/2022 | Pura Scents , Inc. , | |
| 2     US 12,329,886 B2 | 6/17/2025 | Pura Scents, Inc., | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK<br><br>Gary P. Serdar | (BY) DEPUTY CLERK<br><br>Mozelle Hiatt | DATE<br><br>4/15/2026 |
|---|---|---|

**Copy 1—Upon initiation of action, mail this copy to Director     Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director     Copy 4—Case file copy**