Chad Pehrson (12622) cpehrson@knh.law
Nathan Gardner (19537) ngardner@knh.law
KNH LLP
50 W Broadway, Ste 900
Salt Lake City, Utah 84101
Telephone: (801) 994-4646

*Attorneys for Defendants*

<table>
<tr><td colspan="2" align="center">THE UNITED STATES DISTRICT COURT<br>DISTRICT OF UTAH, CENTRAL DIVISION</td></tr>
<tr>
<td>PURA SCENTS, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>v.<br><br>ATMOS FRAGRANCE, INC., a Delaware corporation, and KRISTEN KNIGHT, an individual,<br><br>    Defendants.</td>
<td>DECLARATION OF CHAD PEHRSON IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S FEE APPLICATION<br><br><br>Case No.: 2:24-cv-958<br><br>Honorable Ted Stewart<br><br>Magistrate Judge Daphne A. Oberg</td>
</tr>
</table>

I, Chad Pehrson, declare as follows:

1.  I am an attorney at KNH LLP and counsel of record for Defendants Atmos Fragrance, Inc. and Kristen Knight in this action. I submit this declaration in support of Defendants' Opposition to Plaintiff's Fee Application. I have personal knowledge of the facts stated below and, if called as a witness, could and would testify competently to them.

2.  On April 10, 2026, at approximately 12:45 pm, I received an email from James E. Magleby, counsel for Plaintiff Pura Scents, Inc., initiating a meet and confer regarding the fees the Court ordered Defendants to pay under its March 31, 2026 Memorandum Decision and Order (Dkt. 45). In that email, Mr. Magleby stated that Pura's "rough

1

calculation" of recoverable fees was "between about $11,800 and $18,000" and proposed resolving the fee dispute for $11,800. A true and correct copy of Mr. Magleby's April 10, 2026 morning email is attached as Exhibit A.

3. I responded to Mr. Magleby's email and requested the supporting time entries underlying the figures Pura proposed.

4. Later the same day, on April 10, 2026, at approximately 8:10 p.m., I received a second email from Mr. Magleby transmitting Magleby Cataxinos's invoices for the work at issue and an Excel spreadsheet calculating recoverable fees at $13,479.50. A true and correct copy of Mr. Magleby's April 10, 2026 evening email, together with the invoices and spreadsheet attached to it, is attached as Exhibit B.

5. I did not respond to Mr. Magleby's evening email of April 10, 2026. Two facts informed that decision. First, the $13,479.50 figure transmitted in the evening email was approximately $1,679.50 higher than the $11,800 figure Mr. Magleby had proposed that morning — an upward adjustment, not a concession, and one made before any further work had been performed. Second, the amount sought was several thousands of dollars more than I would have billed a client of mine for preparing two routine short-form discovery motions addressing a missed deadline. Given the direction of Pura's number within a single day and the magnitude of the figure relative to the underlying work, I concluded that further meet-and-confer was unlikely to be productive.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 28, 2026, in Salt Lake City, Utah.

/s/ Chad Pehrson

50 West Broadway Ave Ste 900
Salt Lake City Utah 84101

2