Outlook

---

**Pura v. Atmos: Meet and Confer re: Amount of Fees**

---

**From** James E. Magleby <magleby@mcpc.law>

**Date** Fri 4/10/2026 12:45 PM

**To**    Chad Pehrson <cpehrson@knh.law>; Nate Gardner <ngardner@knh.law>

**Cc**    James E. Magleby <magleby@mcpc.law>; Cody Winchester <winchester@mcpc.law>; Jennifer Fraser Parrish <parrish@mcpc.law>; Edgar Cataxinos <cataxinos@mcpc.law>

📎 1 attachment (147 KB)

2026-03-31 [45] Memo Decision & ORDER re Motions to Compel -- Pura v. Atmos.pdf;

Chad, Nate:

This e-mail is to initiate a meet and confer regarding the attorney fees incurred in bringing the motions referenced in the attached.  Our rough calculation is that the amount of fees that Pura can seek are between about $11,800 and $18,000.  If the parties cannot agree, them Pura will also see fees incurred in seeking fees.

Accordingly, we would like to resolve this dispute by an agreement that Defendants pay $11,800 to resolve the dispute.  Please share your thoughts.

Thanks.

James E. Magleby

**MC | Magleby Cataxinos**

141 W. Pierpont Ave.
Salt Lake City, Utah 84101
Telephone: 801.359.9000
Facsimile: 801.359.9011

magleby@mcpc.law
www.mcpc.law

PRIVILEGE AND CONFIDENTIALITY NOTICE: This e-mail message, including attachments, is intended exclusively for the individual(s) to whom it is addressed and may contain information that is proprietary, privileged, confidential, or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy, or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message. This message may be subject to the attorney-client privilege, work product protection, common-interest rule, or other privileges, protections, or immunities and is strictly confidential.



141 W. Pierpont Ave.
Salt Lake City, Utah 84101
Telephone: 801 359 9000  Facsimile: 801 359 9011

Tulsi Patel
General Counsel
Pura Scents, Inc.
2100 W. Pleasant Grove Blvd., Suite 600
Pleasant Grove, Utah 84062

February  6, 2026

Invoice No:  50601

Regarding:      Pura v. Atmos

MCG Matter No      1127.01

## Summary of Account

Redacted

If you have any questions, please do not hesitate to call us.

**EFT/WIRE INFORMATION:**
**Zions Bank**
**1 South Main Street**
**Salt Lake City, Utah 84133**
**Magleby Cataxinos & Greenwood, P.C.**
**Acct No. 003162682**
**Routing No 124000054**

Regarding:   Pura v. Atmos                                              Page No.:       2
MCG Matter No   1127.01                                                 Invoice No:  50601

*Services Rendered*

| Date | Staff | Description | Hours | Rate | Charges |
|------|-------|-------------|-------|------|---------|

<span style="color:red">Redacted</span>

| Regarding: | Pura v. Atmos | Page No.: | 3 |
| MCG Matter No | 1127.01 | Invoice No: 50601 |

Redacted

| 1/31/2026 | JEM | Redacted | Redacted coordination of filing of short form discovery motion to compel document production; e-mail regarding same; | 0.1 | 0.50 | $815.00 | $407.50 |
| 1/31/2026 | JFP | | Emails with J. Magleby and C. Winchester regarding need to file motion compelling discovery; | | 0.30 | $625.00 | $187.50 |

Regarding:    Pura v. Atmos                                                Page No.:      4
MCG Matter No    1127.01                                              Invoice No:  50601

Redacted

Fee Subtotal
Flat Rate Fee for Overhead Expenses

Total Fees

**Expenses**

| Start Date | Description | Charges |
| --- | --- | --- |
| | Redacted | |

Total Expenses                Redacted

Total New Charges

Previous Balance

Balance Due

**Staff Summary**

| Name | Hours | Rate | Fees |
| --- | --- | --- | --- |
| Redacted | | | |

**A/R Aging**

| Current | 30 Days | 60 Days | 90 Days | 120 and Over | -- | Total |
| --- | --- | --- | --- | --- | --- | --- |
| | | Redacted | | | | |



141 W. Pierpont Ave.
Salt Lake City, Utah 84101
Telephone: 801 359 9000  Facsimile: 801 359 9011

Tulsi Patel
General Counsel
Pura Scents, Inc.
2100 W. Pleasant Grove Blvd., Suite 600
Pleasant Grove, Utah 84062

March  9, 2026

Invoice No:  50887

Regarding:        Pura v. Atmos

MCG Matter No      1127.01

## Summary of Account

Redacted

If you have any questions, please do not hesitate to call us.

**EFT/WIRE INFORMATION:**
**Zions Bank**
**1 South Main Street**
**Salt Lake City, Utah 84133**
**Magleby Cataxinos & Greenwood, P.C.**
**Acct No. 003162682**
**Routing No 124000054**

Regarding:    Pura v. Atmos
MCG Matter No    1127.01

Page No.:    2
Invoice No:  50887

### Services Rendered

| Date | Staff | Description | Hours | Rate | Charges |
|------|-------|-------------|-------|------|---------|
| 2/02/2026 | CZW | Confer with J. Parrish regarding background; draft motion to compel regarding defendants' failure to respond to first set of requests for production; revise to be within word limit; Redacted | 4.20 | $775.00 | $3,255.00 |
| 2/02/2026 | JEM | Review e-mail regarding status of short form discovery motion; review, revise and comment on same; follow up research for additional case law on waiver of objections; final review and revisions; coordinate filing of same; | 1.00 | $815.00 | $815.00 |
| 2/02/2026 | JFP | Brief conference with C. Winchester to discuss assignment to draft statement of discovery issues on first RFPs; collect all relevant documents for assignment and forward to C. Winchester; confer with C. Winchester regarding status of same; review draft and email C. Winchester regarding changes; review various email between team regarding filing; | 1.20 | $625.00 | $750.00 |
| 2/03/2026 | CZW | Prepare proposed order granting motion to compel regarding Pura's first set of requests for production and confer with J. Magleby and J. Parrish regarding same; Redacted    Redacted | 1.6 ~~2.60~~ | $775.00 | $2,015.00 |
| 2/03/2026 | JEM | review, revise and comment on draft order granting short form discovery motion; e-mail regarding finalizing and submitting same; Redacted  Redacted | 0.4 ~~0.70~~ | $815.00 | $570.50 |
| 2/03/2026 | JFP | Emails with J. Magleby, E. Gibson, and E. Cataxinos regarding missing exhibit and possible errata; email team regarding need for proposed order and deadline timing in business days; email J. Magleby regarding upcoming activity in case and plan to immediately deal with missed disclosures and need to start draft of infringement contentions; review proposed order and make suggestion on timing; emails regarding past delivery of scheduling order to clients and new deadlines; | 1.10 | $625.00 | $687.50 |
| 2/07/2026 | CZW | Review 2-7-2026 e-mail from J. Magleby to Chad Pehrson and confer with J. Magleby regarding  the same; preliminary research regarding sanctions available when party fails to provide its initial disclosures; | 0.50 | $775.00 | $387.50 |
| 2/07/2026 | JEM | E-mail to D. Olson and T. Patel regarding status, deadlines; e-mail opposing counsel regarding missing initial disclosures; conference with C. Winchester regarding motions, discovery; internal e-mail regarding motion to compel; | 0.30 | $815.00 | $244.50 |

| | | | | | |
|---|---|---|---|---|---|
| Regarding:   Pura v. Atmos | | | | Page No.:   3 | |
| MCG Matter No   1127.01 | | | | Invoice No: 50887 | |

| | | | | | |
|---|---|---|---|---|---|
| 2/09/2026 | CZW | Confer with J. Parrish regarding short form discovery motion regarding failure to provide initial disclosures; draft same and proposed order; <br><br> Redacted | 4.30 | $775.00 | $3,332.50 |
| 2/09/2026 | JFP | Conference with C. Winchester regarding statement of discovery issues on initial disclosures; | 0.30 | $625.00 | $187.50 |
| 2/10/2026 | CZW | Revise and finalize short form discovery motion regarding failure to provide initial disclosures and proposed order; confer with J. Magleby and J. Parrish regarding same; <br> Redacted | 0.30 | $775.00 | $232.50 |
| 2/10/2026 | JEM | Review, revise and comment on draft short form discovery motion regarding initial disclosures and proposed order; e-mail regarding same; conference with J. Parrish and C. Winchester regarding same; review follow up e-mail regarding filing of same, submission of order to court; | 0.70 | $815.00 | $570.50 |
| 2/10/2026 | JFP | Review email about statement of discovery issues on initial disclosures and emails with J. Magleby and C. Winchester regarding same; confer and email E. Gibson regarding same; complete final review and edits of same and forward to E. Gibson for filing; review proposed order and email E. Gibson; conference with J. Magleby and C. Winchester regarding discovery motion strategy; emails regarding submitting first statement of discovery issues tomorrow; draft RTS for same and forward to E. Gibson for filing tomorrow; | 1.30 | $625.00 | $812.50 |
| 2/11/2026 | JEM | E-mail regarding defendants' failure to respond to motion to compel production of documents, submission of motion; review request to submit; e-mail client team regarding same; <br> Redacted | 0.30 | $815.00 | $244.50 |

Regarding:    Pura v. Atmos                                          Page No.:      4
MCG Matter No    1127.01                                            Invoice No:  50887

Redacted

| Regarding: | Pura v. Atmos | Page No.: | 5 |
| MCG Matter No | 1127.01 | Invoice No: 50887 |

| 2/19/2026 | JFP | Draft request to submit statement of discovery issues on disclosures and forward to E. Gibson for filing; Redacted | 0.20 | $625.00 | $125.00 |

Redacted

Redacted

Fee Subtotal
Flat Rate Fee for Overhead Expenses

Regarding:    Pura v. Atmos
MCG Matter No    1127.01

Redacted

Total Fees

## Expenses

| Start Date | Description | Charges |
|---|---|---|
| | Redacted | |
| | | Redacted |
| | Total Expenses | |

Total New Charges

Previous Balance

2/03/2026      Payment            EFT

Payment

Total Payments and Credits

Balance Due

## Staff Summary

| Name | | Hours | Rate | Fees |
|---|---|---|---|---|
| | Redacted | | | |

## A/R Aging

| Current | 30 Days | 60 Days | 90 Days | 120 and Over | -- | Total |
|---|---|---|---|---|---|---|
| | | Redacted | | | | |

## Pura v. Atmos - Attorney Fee Request

| Bill # | Month/Date | Attorney | Rate | Time | | Total |
|---|---|---|---|---|---|---|
| **1** | Jan-26 | | | | | |
| | Fees: | | | | | |
| | 31-Jan | JEM | $815.00 | 0.1 | | $81.50 |
| | | JFP | $625.00 | 0.3 | | $187.50 |
| | | | | | **Total:** | **$269.00** |
| **2** | Feb-26 | | | | | |
| | Fees: | | | | | |
| | 2-Feb | CZW | $775.00 | 4.2 | | $3,255.00 |
| | | JEM | $815.00 | 1 | | $815.00 |
| | | JFP | $625.00 | 1.2 | | $750.00 |
| | 3-Feb | CZW | $775.00 | 1.6 | | $1,240.00 |
| | | JEM | $815.00 | 0.4 | | $326.00 |
| | | JFP | $625.00 | 1.1 | | $687.50 |
| | 7-Feb | CZW | $775.00 | 0.5 | | $387.50 |
| | | JEM | $815.00 | 0.3 | | $244.50 |
| | 9-Feb | CZW | $775.00 | 4.3 | | $3,332.50 |
| | | JFP | $625.00 | 0.3 | | $187.50 |
| | 10-Feb | CZW | $775.00 | 0.3 | | $232.50 |
| | | JEM | $815.00 | 0.7 | | $570.50 |
| | | JFP | $625.00 | 1.3 | | $812.50 |
| | 2-Feb | JEM | $815.00 | 0.3 | | $244.50 |
| | 19-Feb | JFP | $625.00 | 0.2 | | $125.00 |
| | | | | | **Total:** | **$13,210.50** |
| | | | | | **Grand Total:** | **$13,479.50** |