Outlook

## RE: Pura v. Atmos: Meet and Confer re: Amount of Fees

**From** James E. Magleby <magleby@mcpc.law>

**Date** Fri 4/10/2026 8:11 PM

**To** Chad Pehrson <cpehrson@knh.law>; Nate Gardner <ngardner@knh.law>

**Cc** Cody Winchester <winchester@mcpc.law>; Jennifer Fraser Parrish <parrish@mcpc.law>; Edgar Cataxinos <cataxinos@mcpc.law>; James E. Magleby <magleby@mcpc.law>

〔◊〕 2 attachments (1 MB)

MC Invoice - Jan-Feb 2026 - Pura v. Atmos.pdf; Attorney Fee Request -- Pura v. Atmos.xlsx;

Sorry, I am "attachment challenged."

James E. Magleby

**MC** | Magleby Cataxinos

141 W. Pierpont Ave.
Salt Lake City, Utah 84101
Telephone: 801.359.9000
Facsimile: 801.359.9011

magleby@mcpc.law
www.mcpc.law

PRIVILEGE AND CONFIDENTIALITY NOTICE: This e-mail message, including attachments, is intended exclusively for the individual(s) to whom it is addressed and may contain information that is proprietary, privileged, confidential, or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy, or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message. This message may be subject to the attorney-client privilege, work product protection, common-interest rule, or other privileges, protections, or immunities and is strictly confidential.

**From:** James E. Magleby
**Sent:** Friday, April 10, 2026 8:10 PM
**To:** 'Chad Pehrson' <cpehrson@knh.law>; Nate Gardner <ngardner@knh.law>
**Cc:** Cody Winchester <winchester@mcpc.law>; Jennifer Fraser Parrish <parrish@mcpc.law>; Edgar Cataxinos <cataxinos@mcpc.law>; James E. Magleby <magleby@mcpc.law>
**Subject:** RE: Pura v. Atmos: Meet and Confer re: Amount of Fees

Chad, Nate:

Attached are redacted invoices and a calculation of the related fees. Please let us know if Defendants will voluntarily pay the amount reflected on the spreadsheet so we can avoid the expense of going to the Court.

Thanks.

**From:** Chad Pehrson <cpehrson@knh.law>
**Sent:** Friday, April 10, 2026 12:56 PM
**To:** James E. Magleby <magleby@mcpc.law>; Nate Gardner <ngardner@knh.law>
**Cc:** Cody Winchester <winchester@mcpc.law>; Jennifer Fraser Parrish <parrish@mcpc.law>; Edgar Cataxinos <cataxinos@mcpc.law>
**Subject:** Re: Pura v. Atmos: Meet and Confer re: Amount of Fees

**Caution:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Thanks, James.

We respectfully decline the offer, which we note was communicated without any listing of entries involved in the drafting of two 3-page motions.

Best,

**Chad Pehrson** | **KNH** | cpehrson@knh.law

---

**From:** James E. Magleby <magleby@mcpc.law>
**Sent:** Friday, April 10, 2026 12:44 PM
**To:** Chad Pehrson <cpehrson@knh.law>; Nate Gardner <ngardner@knh.law>
**Cc:** James E. Magleby <magleby@mcpc.law>; Cody Winchester <winchester@mcpc.law>; Jennifer Fraser Parrish <parrish@mcpc.law>; Edgar Cataxinos <cataxinos@mcpc.law>
**Subject:** Pura v. Atmos: Meet and Confer re: Amount of Fees

Chad, Nate:

This e-mail is to initiate a meet and confer regarding the attorney fees incurred in bringing the motions referenced in the attached.  Our rough calculation is that the amount of fees that Pura can seek are between about $11,800 and $18,000.  If the parties cannot agree, them Pura will also see fees incurred in seeking fees.

Accordingly, we would like to resolve this dispute by an agreement that Defendants pay $11,800 to resolve the dispute.  Please share your thoughts.

Thanks.

James E. Magleby

**MC** | Magleby Cataxinos

141 W. Pierpont Ave.
Salt Lake City, Utah 84101
Telephone: 801.359.9000
Facsimile: 801.359.9011

magleby@mcpc.law
www.mcpc.law

PRIVILEGE AND CONFIDENTIALITY NOTICE: This e-mail message, including attachments, is intended exclusively for the

individual(s) to whom it is addressed and may contain information that is proprietary, privileged, confidential, or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy, or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message. This message may be subject to the attorney-client privilege, work product protection, common-interest rule, or other privileges, protections, or immunities and is strictly confidential.