Chad S. Pehrson (12622)
Nathan C. Gardner (19537)
**KNH LLP**
50 W Broadway, 9th Floor
Salt Lake City, Utah 84101
Telephone: (801) 994-4646
cpehrson@knh.law
ngardner@knh.law

*Attorneys for Defendants*

---

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| PURA SCENTS, INC., a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> ATMOS FRAGRANCE, INC., a Delaware corporation, KRISTEN KNIGHT, an individual, <br><br> Defendants. | **NOTICE OF APPEARANCE OF NATHAN C. GARDNER** <br><br> Case No.: 2:24-cv-00958-TS-DAO <br><br> Judge: Ted Stewart <br><br> Magistrate Judge: Daphne A. Oberg |

PLEASE TAKE NOTICE that Nathan C. Gardner with the firm KNH LLP hereby enters his appearance as additional counsel for Defendants Atmos Fragrance, Inc. and Kristen Knight. The undersigned hereby requests that copies of all further pleadings and papers filed in connection with the above-captioned action be served upon him using the contact information provided.

Dated: April 28, 2026

**KNH**

*/s/Nathan C. Gardner*
Chad S. Pehrson
Nathan C. Gardner
*Attorneys for Defendants*

1

**CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of April 2026, I caused a true and correct copy of the foregoing **NOTICE OF APPEARANCE OF NATHAN C. GARDNER** to be submitted for electronic filing through the Court's CM/ECF system, which automatically effectuated service of process upon all counsel of record.

*/s/Nathan C. Gardner*