Edgar Cataxinos (7162)
  cataxinos@mcpc.law
James E. Magleby (7247)
  magleby@mcpc.law
Jennifer Fraser Parrish (11207)
  parrish@mcpc.law
**MAGLEBY CATAXINOS, PC**
141 W. Pierpont Avenue
Salt Lake City, Utah 84101-3605
Telephone: 801.359.9000
Facsimile: 801.359.9011

Attorneys for Plaintiff, Pura Scents, Inc.

---

## THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **PURA SCENTS, INC., a Delaware corporation,**<br><br>        **Plaintiff,**<br><br>**v.**<br><br>**ATMOS FRAGRANCE, INC., a Delaware corporation, KRISTEN KNIGHT, an individual,**<br><br>        **Defendants.** | **MOTION FOR SECOND AMENDED SCHEDULING ORDER**<br><br><br><br><br>**Case No.:  2:24-cv-958**<br><br>**Honorable Ted Stewart**<br><br>**Magistrate Judge Daphne A. Oberg** |

Plaintiff Pura Scents, Inc. ("Pura"), through its counsel of record, hereby moves the Court to enter a second amended scheduling order in substantive form to that attached to this motion, and represents that there is good cause to modify the schedule in this case, including to accommodate discovery, which is ongoing.

The case schedule was last amended on January 21, 2026, after Pura and Defendants Atmos Fragrance, Inc. and Kristen Knight (collectively, "Defendants") approached the Court together with stipulated amendments to the schedule. (ECF No. 24). At that time, Defendants were delinquent with respect to several deadlines in the original order, and therefore the amendment provided, among other things, additional time for Defendants to catch up on missed deadlines. Notwithstanding this opportunity to cure their delinquencies, Defendants did not meet the deadlines set forth in January's amended order, while Pura continued in good faith to meet the Court's deadlines, including by serving its initial infringement contentions on February 20, 2026 (despite not having the benefit of Defendants' responses to discovery served in 2025 and initial disclosures that were due on February 6, 2026, under the amended schedule).

As the Court is aware, since the schedule was amended by the parties' agreement in January, Pura moved to amend its complaint to add an additional patent to its infringement claims and filed short-form discovery motions to force Defendants' participation in the case. Despite Defendants' opposition, all of Pura's motions were granted (at least in part) by the Court on March 31, 2026, and the case finally started to move forward. Among other things, on April 28, 2026, Pura *finally* received the contentions from Defendants that were originally due last year but were then due March 6, 2026, under the amended schedule. Defendants' failure to abide by the case schedule has therefore set efforts in discovery back by many months.

Now, due to the delay caused by Defendants, Pura finds itself without the discovery and other information it needs to determine whether to further amend its complaint and/or join additional parties (with current deadline May 15, 2026) or to draft and serve its final infringement contentions (with current deadline of May 29, 2026). Accordingly, as shown in Exhibit A, Pura reached out to Defendants to see if they would join Pura in pushing out the remaining case deadlines by 4-5 months, but Defendants declined Pura's invitation.

Because of the delay caused by Defendants set forth above and demonstrated in the docket, there is good cause to modify the schedule in this case, including to accommodate discovery, which is ongoing. Pura therefore respectfully requests that the Court enter a second amended scheduling order in substantive form to that attached to this motion as Exhibit B.

DATED this 15th day of May 2026.

MAGLEBY CATAXINOS

/s/ Jennifer Fraser Parrish_____
Edgar Cataxinos
James E. Magleby
Jennifer Fraser Parrish

Attorneys for Plaintiff, Pura Scents, Inc.

# CERTIFICATE OF SERVICE

I hereby certify that I am employed by the law firm of MAGLEBY CATAXINOS, PC, 141 W. Pierpont Avenue, Salt Lake City, Utah 84101, and that pursuant to Rule 5(b), Federal Rules of Civil Procedure, a true and correct copy of the foregoing **MOTION FOR SECOND AMENDED SCHEDULING ORDER** was delivered to the following this 15th day of May 2026 through the Court's CM/ECF system:

Chad Perhson
 cpehrson@knh.law
Nathan C. Gardner
 ngardner@knh.law
KNH LLC
50 West Broadway, 9th Floor
Salt Lake City, Utah 84101

Attorneys for Defendants Atmos
 Fragrance, Inc. and Kristen Knight


/s/ Hi Evan Gibson