# Exhibit A

## Jennifer Fraser Parrish

| | |
|---|---|
| **From:** | James E. Magleby |
| **Sent:** | Friday, May 15, 2026 12:13 PM |
| **To:** | Chad Pehrson; Jennifer Fraser Parrish |
| **Cc:** | Edgar Cataxinos; Cody Winchester; Nate Gardner; James E. Magleby |
| **Subject:** | RE: Pura v. Atmos - Schedule |

Chad:

Your response is strange, and reads like it is A.I. generated, and does not reflect the history of this case.

I think it's obvious that the reason why we are reaching out is because of the deadlines this month, i.e., the motion to amend or add parties today and Pura's final infringement contentions due on May 29.  Given your clients' continued refusal to abide by the court-ordered deadlines in this case, we are not as far along in discovery as we had hoped to be when the parties agreed to the current schedule back in January.  So we are proposing to push the schedule out to make up for the lost time, and will file a motion with the court.


James E. Magleby

**MC** | Magleby Cataxinos

141 W. Pierpont Ave.
Salt Lake City, Utah 84101
Telephone: 801.359.9000
Facsimile: 801.359.9011

magleby@mcpc.law
www.mcpc.law

PRIVILEGE AND CONFIDENTIALITY NOTICE: This e-mail message, including attachments, is intended exclusively for the individual(s) to whom it is addressed and may contain information that is proprietary, privileged, confidential, or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy, or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message. This message may be subject to the attorney-client privilege, work product protection, common-interest rule, or other privileges, protections, or immunities and is strictly confidential.

**From:** Chad Pehrson <cpehrson@knh.law>
**Sent:** Friday, May 15, 2026 10:38 AM
**To:** Jennifer Fraser Parrish <parrish@mcpc.law>
**Cc:** James E. Magleby <magleby@mcpc.law>; Edgar Cataxinos <cataxinos@mcpc.law>; Cody Winchester <winchester@mcpc.law>; Nate Gardner <ngardner@knh.law>
**Subject:** Re: Pura v. Atmos - Schedule

> **Caution:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Jennifer,

1

Thank you for the email.

Thank you for letting us know that Pura does not agree to a stay. In light of the Court's recent order on the motions to compel, we had hoped the parties could discuss a short, targeted pause or modest extensions. That approach would allow both sides to efficiently address issues and complete any remaining meet-and-confer process the Court encouraged, while reducing the likelihood of additional motion practice.

Regarding the specific schedule changes Jennifer sent yesterday, could you please provide a short bullet-point summary of the key modifications that you consider most important to your client? I'm happy to review promptly to identify opportunities to reach agreement on reasonable adjustments that account for the current posture of the case.  Bear in mind that under the odd procedural posture of the case, the Rules do not even yet contemplate my clients' filing of their counterclaims.  Again, as I mentioned, this setting is unusual and I think it merits a Rule 16 conference or at least a further holistic meet and confer on all scheduling issues.

Best regards,

**Chad Pehrson** |  | cpehrson@knh.law

---

**From:** Jennifer Fraser Parrish <parrish@mcpc.law>
**Sent:** Friday, May 15, 2026 9:32 AM
**To:** Chad Pehrson <cpehrson@knh.law>
**Cc:** James E. Magleby <magleby@mcpc.law>; Edgar Cataxinos <cataxinos@mcpc.law>; Cody Winchester <winchester@mcpc.law>; Jennifer Fraser Parrish <parrish@mcpc.law>
**Subject:** RE: Pura v. Atmos - Schedule

Chad,

Thank you for your email.  There is already a schedule in place and the parties have been actively participating in discovery.  So Pura will not agree to a stay.

Please let me know if Defendants will stipulate to the changes I sent yesterday or if Pura will need to file its motion for a second amended schedule without Defendants.

Regards,
Jennifer

Jennifer Fraser Parrish

**MC** | Magleby Cataxinos

141 W. Pierpont Ave.
Salt Lake City, Utah 84101
Telephone: 801.359.9000
Facsimile: 801.359.9011

2

parrish@mcpc.law
www.mcpc.law

PRIVILEGE AND CONFIDENTIALITY NOTICE: This e-mail message, including attachments, is intended exclusively for the individual(s) to whom it is addressed and may contain information that is proprietary, privileged, confidential, or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy, or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message. This message may be subject to the attorney-client privilege, work product protection, common-interest rule, or other privileges, protections, or immunities and is strictly confidential.

**From:** Chad Pehrson <cpehrson@knh.law>
**Sent:** Thursday, May 14, 2026 5:07 PM
**To:** Jennifer Fraser Parrish <parrish@mcpc.law>
**Cc:** James E. Magleby <magleby@mcpc.law>; Edgar Cataxinos <cataxinos@mcpc.law>; Cody Winchester <winchester@mcpc.law>
**Subject:** Re: Pura v. Atmos - Schedule

**Caution:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Thanks, Jennifer.  It seems like this is one of the logical perils in starting discovery before the pleadings are settled.  Rather than a stipulation, it makes sense to me to ask the Court for either a stay pending the resolution of the existing motions, or a scheduling conference to discuss why discovery is proceeding when the claims aren't settled and Defendants haven't filed their counterclaims, etc etc.  Would you like to stipulate to a stay or a request for a scheduling conference?

**Chad Pehrson** |  | cpehrson@knh.law

**From:** Jennifer Fraser Parrish <parrish@mcpc.law>
**Sent:** Thursday, May 14, 2026 2:29 PM
**To:** Chad Pehrson <cpehrson@knh.law>
**Cc:** James E. Magleby <magleby@mcpc.law>; Edgar Cataxinos <cataxinos@mcpc.law>; Cody Winchester <winchester@mcpc.law>; Jennifer Fraser Parrish <parrish@mcpc.law>
**Subject:** Pura v. Atmos - Schedule

Chad,

Given the pending motions to dismiss and other things happening in the case, it appears that we should push the schedule out.  I have attached a stipulated motion and order to move everything by at least four months.  Let me know if you will sign on to the motion and approve the order as to form, or if you have changes.  (I would like to get this on file tomorrow, if possible.)

Thanks,
Jennifer

Jennifer Fraser Parrish
 Magleby
Cataxinos
141 W. Pierpont Ave.

Salt Lake City, Utah 84101
Telephone: 801.359.9000
Facsimile: 801.359.9011

parrish@mcpc.law
www.mcpc.law

PRIVILEGE AND CONFIDENTIALITY NOTICE: This e-mail message, including attachments, is intended exclusively for the individual(s) to whom it is addressed and may contain information that is proprietary, privileged, confidential, or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy, or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message. This message may be subject to the attorney-client privilege, work product protection, common-interest rule, or other privileges, protections, or immunities and is strictly confidential.