# Exhibit B

**THE UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH**

| | |
|---|---|
| PURA SCENTS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>ATMOS FRAGRANCE, INC., a Delaware corporation; KRISTEN KNIGHT, an individual,<br><br>Defendants. | **SECOND AMENDED SCHEDULING ORDER (PATENT CASE PRE-CLAIM CONSTRUCTION)**<br><br>Case No. 2:24-cv-00958-TS<br><br>The Honorable Ted Stewart<br><br>Magistrate Daphne A. Oberg |

A Scheduling Order was entered in this case on August 22, 2025 (ECF No. 20) and amended on January 21, 2026 (ECF No. 24). Based upon the Stipulated Motion for Second Amended Scheduling Order filed by the parties, the dates set forth in the original Scheduling Order, as amended, are now further amended as follows. Unless modified below, all deadlines and other information contained in the Amended Scheduling Order (ECF No. 24) are to remain as set forth in that order. The following deadlines may not be modified without a court order consistent with Fed. R. Civ. P. 16(b)(4) and DUCivR 83-5. Plaintiff Pura Scents, Inc. is directed to file a proposed Post-Claim Construction Scheduling Order with the remaining case deadlines within 14 days of the Court entering a ruling on claim construction. The Court will then set trial deadlines in the Post-Claim Construction Scheduling Order or through a case management conference.

**DEADLINES ARE 11:59 P.M. ON THE DATE INDICATED UNLESS**
**EXPRESSLY STATED OTHERWISE**

## 1.  PRELIMINARY MATTERS AND DISCLOSURES

| | | | | |
|---|---|---|---|---|
| h. | | Deadline to file motion to amend pleadings: | | *09/18/26* |
| i. | | Deadline to file motion to join parties: | | *09/18/26* |
| j. | | Deadline for Final Infringement Contentions: [LPR 3.1] | | *10/02/26* |
| k. | | Deadline for final Ineligibility, Invalidity, and Unenforceability Contentions: [LPR 3.1] | | *10/16/26* |
| l. | | Deadline for Final Non-Infringement Contentions: [LPR 3.1] | | *10/30/26* |
| m. | | Deadline to serve written discovery before claim construction: [Fed. R. Civ. P. 34] | | *10/30/26* |
| n. | | Deadline for fact discovery to close before claim construction: [LPR 1.3(a)] | | *11/27/26* |

## 4.  CLAIM CONSTRUCTION DEADLINES

| | | | |
|---|---|---|---|
| a. | | Deadline for parties to exchange proposed claim terms and claim constructions for construction: [LPR 4.2] | *11/06/26* |
| b. | | Deadline for parties to reach an agreement to submit no more than 10 terms for construction: [LPR 4.2] | *11/13/26* |
| c. | | Deadline for parties to file and serve Cross-Briefs for Claim Construction and Joint Appendix: [LPR 4.3] | *11/13/26* |
| d. | | Deadline for parties to file Simultaneous Responsive Claim Construction Briefs: [LPR 4.3] | *01/15/27* |
| e. | | Deadline for parties to file Joint Claim Construction Chart & Joint Status Report Due: [LPR 4.3] | *01/22/27* |
| f. | | Deadline for parties to file a Tutorial: [LPR 4.5] | *01/29/27* |
| g. | | Deadline for parties to exchange exhibits: [LPR 4.4] | 7 days before Claim Construction Hearing |
| h. | | Claim Construction Hearing:[1] [LPR 4.4] | At the Court's convenience following joint motion to set date for hearing |

---

[1] Parties should file a joint motion to set the date for the Claim Construction Hearing per LPR 4.4.

**SO ORDERED** this _____ day of _____ 2026.

BY THE COURT:

_____

## CERTIFICATE OF SERVICE

I hereby certify that I am employed by the law firm of MAGLEBY CATAXINOS, PC,

141 W. Pierpont Avenue, Salt Lake City, Utah 84101, and that pursuant to Rule 5(b),

Federal Rules of Civil Procedure, a true and correct copy of the foregoing PROPOSED

**SECOND AMENDED SCHEDULING ORDER (PATENT CASE PRE-CLAIM**

**CONSTRUCTION)** was delivered to the following this 15th day of May 2026 through the

Court's CM/ECF system:


Chad Perhson
  cpehrson@knh.law
Nathan C. Gardner
  ngardner@knh.law
KNH LLC
50 West Broadway, 9th Floor
Salt Lake City, Utah 84101

Attorneys for Defendants Atmos
  Fragrance, Inc. and Kristen Knight


/s/ Hi Evan Gibson

4