UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

|  |  |
|---|---|
| PURA SCENTS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>ATMOS FRAGRANCE, INC., a Delaware corporation; and KRISTEN KNIGHT, an individual,<br><br>Defendants. | **SECOND AMENDED SCHEDULING ORDER - PATENT CASE PRE-CLAIM CONSTRUCTION**<br><br>Case No. 2:24-cv-00958<br><br>District Judge Ted Stewart<br><br>Magistrate Judge Daphne A. Oberg |

Pura Scents, Inc., moves for an amended scheduling order.[1]  Pura argues that delays by Atmos Fragrance, Inc. and Kristen Knight in providing their initial disclosures and discovery responses has hindered Pura's discovery efforts and ability to meet the May 2026 deadlines to amend pleadings and serve final infringement contentions.[2]  In response, Atmos and Ms. Knight argue Pura has not shown diligence in attempting to meet current deadlines.[3]  This argument is uncompelling.  Where Pura attempted to obtain initial disclosures and discovery responses from Atmos and Ms. Knight for

---

[1] (Mot. for Second Am. Scheduling Order (Mot.), Doc. No. 55.)

[2] (*Id.* at 2–3.)

[3] (Defs.' Mem. in Opp'n to Mot., Doc. No. 58.)

months and eventually had to move to compel their production,[4] Pura has shown diligence.

For good cause shown, the motion[5] is granted and the case schedule is amended as follows.  All deadlines and limitations not set forth herein remain unchanged.  However, as explained previously, the District of Utah has a strong preference for resolving cases within three years of filing,[6] and these extensions would make this case difficult to resolve within three years.  Accordingly, **the court will not grant further extensions—the parties are expected to comply with this schedule.**

**DEADLINES ARE 11:59 P.M. ON THE DATE INDICATED UNLESS EXPRESSLY STATED OTHERWISE**

**1.   PRELIMINARY MATTERS AND DISCLOSURES**

| | | | | |
|---|---|---|---|---|
| h. | | Deadline to file motion to amend pleadings: | | *09/18/26* |
| i. | | Deadline to file motion to join parties: | | *09/18/26* |
| j. | | Deadline for Final Infringement Contentions: [LPR 3.1] | | *10/02/26* |
| k. | | Deadline for final Ineligibility, Invalidity, and Unenforceability Contentions: [LPR 3.1] | | *10/16/26* |
| l. | | Deadline for Final Non-Infringement Contentions: [LPR 3.1] | | *10/30/26* |
| m. | | Deadline to serve written discovery before claim construction: [Fed. R. Civ. P. 34] | | *10/30/26* |
| n. | | Deadline for fact discovery to close before claim construction: [LPR 1.3(a)] | | *11/27/26* |

---

[4] (*See* Mem. Decision & Order Granting In Part & Denying In Part Pl.'s Mots. to Compel, Doc. No. 45.)

[5] (Doc. No. 55.)

[6] (*See* Disc. Mgmt. Order ¶ 4, Doc. No. 21 ("Extensions which would prolong the case beyond three years from filing are unlikely to be granted.")); *see also* Civil Case Sched. and Disc. Plan, https://www.utd.uscourts.gov/civil-case-scheduling ("If the amendment would cause the case to be pending for more than three years from the date it was commenced, the motion may be denied . . . .").

**4.  CLAIM CONSTRUCTION DEADLINES**

| | | | |
|---|---|---|---|
| a. | | Deadline for parties to exchange proposed claim terms and claim constructions for construction: [LPR 4.2] | *11/06/26* |
| b. | | Deadline for parties to reach an agreement to submit no more than 10 terms for construction: [LPR 4.2] | *11/13/26* |
| c. | | Deadline for parties to file and serve Cross-Briefs for Claim Construction and Joint Appendix: [LPR 4.3] | *11/13/26* |
| d. | | Deadline for parties to file Simultaneous Responsive Claim Construction Briefs: [LPR 4.3] | *01/15/27* |
| e. | | Deadline for parties to file Joint Claim Construction Chart & Joint Status Report Due: [LPR 4.3] | *01/22/27* |
| f. | | Deadline for parties to file a Tutorial: [LPR 4.5] | *01/29/27* |
| g. | | Deadline for parties to exchange exhibits: [LPR 4.4] | 7 days before Claim Construction Hearing |
| h. | | Claim Construction Hearing:[7] [LPR 4.4] | At the Court's convenience following joint motion to set date for hearing |

**5.  EXPERT DISCOVERY**

| | | | |
|---|---|---|---|
| a. | | Expert Reports of Parties Bearing the Burden of Proof [LPR 5.1(b)] | 28 days after claim construction ruling |
| b. | | Expert Reports of Parties Not Bearing the Burden of Proof [LPR 5.1(c)] | 56 days after claim construction ruling |
| c. | | Rebuttal Expert Witness Reports [LPR 5.2] | 84 days after claim construction ruling |
| d. | | Expert Witness Depositions and Close of Expert Discovery | 98 days after claim construction ruling |

---

[7]  Parties should file a joint motion to set the date for the Claim Construction Hearing per LPR 4.4.

| | | | |
|---|---|---|---|
| | | | |

**6.   DISPOSITIVE MOTIONS**

| a. | | Deadline for filing dispositive or potentially dispositive motions: *(including a motion to exclude experts when expert testimony is required to resolve the motion)* | 126 days after claim construction ruling |
|---|---|---|---|

DATED this 28th day of May, 2026.

BY THE COURT:

_Daphne A. Oberg_____
Daphne A. Oberg
United States Magistrate Judge