**EXHIBIT B**

**TO**

**JOINT MOTION FOR ENTRY OF STIPULATED PERMANENT INJUNCTION AND DISMISSAL WITH PREJUDICE**

---

**[PROPOSED] ORDER GRANTING JOINT MOTION FOR ENTRY OF STIPULATED PERMANENT INJUNCTION AND DISMISSING ACTION WITH PREJUDICE**

Chad Pehrson (12622) cpehrson@knh.law
Nathan C. Gardner (19537) ngardner@knh.law
**KNH LLP**
50 West Broadway, Suite 301
Salt Lake City, Utah 84101
Telephone: (801) 994-4646

*Attorneys for Defendants Atmos Fragrance, Inc., and Kristen Knight*

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| PURA SCENTS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>ATMOS FRAGRANCE, INC., a Delaware corporation; and KRISTEN KNIGHT, an individual,<br><br>Defendants. | **[PROPOSED] ORDER GRANTING JOINT MOTION FOR ENTRY OF STIPULATED PERMANENT INJUNCTION AND DISMISSING ACTION WITH PREJUDICE**<br><br>Case No. 2:24-cv-00958-TS-DAO<br><br>Judge Ted Stewart<br><br>Magistrate Judge Daphne A. Oberg |

Before the Court is the Parties' Joint Motion for Entry of Stipulated Permanent Injunction and Dismissal with Prejudice [Dkt. __] (the "**Motion**"). Having considered the Motion, and for good cause shown, the Court GRANTS the Motion and ORDERS as follows:

1. The Stipulated Permanent Injunction submitted with the Motion is entered concurrently with this Order.

2. This action, including all claims and counterclaims that were or could have been asserted, is DISMISSED WITH PREJUDICE. Each party shall bear its own attorney fees and costs, and no payment is due on any fee award entered in this action before the date of this Order.

3. All pending motions, including Defendants' Motions to Dismiss the First Amended Complaint [Dkts. 52, 53], are DENIED AS MOOT.

4. The Court retains jurisdiction to enforce the Stipulated Permanent Injunction and the parties' Settlement Agreement and Mutual Release.

**IT IS SO ORDERED.**

DATED: ______________________

BY THE COURT:

______________________________

Honorable Ted Stewart
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of November 2026, I caused a true and correct copy of the **[PROPOSED] ORDER GRANTING JOINT MOTION FOR ENTRY OF STIPULATED PERMANENT INJUNCTION AND DISMISSAL WITH PREJUDICE** to be submitted for electronic filing through the Court's CM/ECF system which automatically effectuated service of process upon all counsel of record.

*/s/Chad S. Pehrson*